Michael I. Katz (CA State Bar No. 181728)
    mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
    cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **M/A-COM Technology Solutions Inc.,** a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, <br><br> Plaintiffs; <br><br> v. <br><br> **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, <br><br> Defendants. | Case No. 8:19cv-00220-JVS-JDE <br><br> **Declaration of Michael I. Katz in Support of Defendant Litrinium, Inc.'s Motion to Dismiss** <br><br> HON. JAMES V. SELNA <br> UNITED STATES DISTRICT JUDGE <br> SANTA ANA, COURTROOM 10C <br><br> Assigned to:   Hon. James V. Selna <br> Trial Date:     None set <br> Hearing Date:  April 22, 2019, 1:30 p.m. |

## DECLARATION OF MICHAEL I. KATZ

I, Michael I. Katz, declare as follows:

1.     I am an attorney licensed to practice law in all courts in the State of California and am admitted to practice before the United States District Court, Central District of California. I am a partner in the law firm of Maschoff Brennan Laycock Gilmore Israelsen & Wright, PLLC, and one of the attorneys responsible for the representation of Defendant Litrinium, Inc. in this matter. I make this declaration of my own personal knowledge, unless the context indicates otherwise, and, if called as a witness, I could and would testify competently to the facts stated herein. This declaration is submitted in support of Defendant Litrinium Inc.'s Motion to Dismiss.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of correspondence sent by me to counsel for Plaintiffs.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of correspondence from M/A-Com Technology Solutions Inc.'s that has come into Litrinium Inc.'s possession through dissemination in among those in the TIA industry after February 25, 2019.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 5,343,160, entitled "Fully Balanced Transimpedance Amplifier with Low Noise and Wide Bandwidth," issued on August 30, 1994, and which was initially assigned to TriQuint Semiconductor, Inc.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of U.S. Patent No. 5,602,510, entitled "Automatic Transimpedance Control Amplifier Having a Variable Impedance Feedback," issued on February 11, 1997, and which was initially assigned to Anadigics, Inc.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Patent No. 5,646,573, entitled "Automatic Gain-Control Transimpedance Amplifier," issued on July 8, 1997, and which was initially assigned to Anadigics, Inc.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 6,084,478, entitled "Transimpedance Amplifier with Automatic Gain Control," issued on July 4, 2000, and which was initially assigned to Vitesse Semiconductor Corp.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 6,504,429, entitled "Wide Dynamic Range Transimpedance Amplifier," issued on January 7, 2003, and which was initially assigned to Sirenza Microdevices, Inc.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. 7,605,660, entitled "Linear Multi-stage Transimpedance Amplifier," issued on October 20, 2009, and which was initially assigned to RF Micro Devices, Inc.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 8,509,629, entitled "High Sensitivity Two-Stage Amplifier," issued on August 13, 2013, and which was initially assigned to Mindspeed Technologies, Inc.

11.      Attached hereto as **Exhibit 10** is a true and correct assignment record for the U.S. Patent No. 8,509,629, attached as Exhibit 9, which shows MACOM Technology Solutions Holdings, Inc. as the current assignee, and which was retrieved by the publicly available assignment information on the website for the U.S. Patent and Trademark Office.

12.      Attached hereto as **Exhibit 11** is a true and correct copy of U.S. Patent Application Publication No. 2004/0129862, entitled "Wideband Transimpedance Amplifier with Automatic Gain Control," which was published on July 8, 2004.

13.      Attached hereto as **Exhibit 12** is a true and correct copy of U.S. Patent Application Publication No. 2005/0200421, entitled "Transimpedance Amplifier with Differential Peak Detector," and which was published on September 15, 2005.

14.      Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Patent Application Publication No. 2017/0026011, entitled "Transimpedance Amplifier with Bandwidth Extender," published on January 26, 2017, and which was initially assigned to Mindspeed Technologies, Inc.

15.   Attached hereto as **Exhibit 14** is a true and correct assignment record for the U.S. Patent Application Publication No. 2017/0026011, attached as Exhibit 13, which shows MACOM Technology Solutions Holdings, Inc. as the current assignee, and which was retrieved by the publicly available assignment information on the website for the U.S. Patent and Trademark Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 20th day of March, 2019, at Irvine, California.


By: */s/ Michael I. Katz*
     Michael I. Katz

# EXHIBIT 1

# Maschoff
# Brennan

202-1900
100 Spectrum Center Drive, Suite 1200
Irvine, CA  92618
www.maschoffbrennan.com

Michael Katz
mkatz@mabr.com

**SENT VIA EMAIL AND U.S. MAIL**

March 12, 2019

Andrew P. Holland (aholland@thoits.com)
Erin M. Doyle (edoyle@thoits.com)
Mark V. Boennighausen (mboennighausen@thoits.com)
Misasha S. Graham (mgraham@thoits.com)
Thoits Law
400 Main Street, Suite 250
Los Altos, California 94022

Re:   ***M/A-COM Technology Solutions Inc. et al. v. Litrinium, Inc. et al.***
       **Case No. 8:19-cv-00220-JVS-JDE**

Dear Counsel:

We represent Litrinium in the lawsuit filed by your clients, M/A-COM and
Mindspeed, S.A.S.  We write to seek an early resolution of the lawsuit. Because the
Complaint is based on a falsehood, we believe that an early resolution is in the best
interest of all parties. The gist of M/A-COM's Complaint appears to be stated at
paragraph 15, *i.e.*, that "defendant Garez used Plaintiffs' resources and developed
confidential and proprietary design concepts while employed by Mindspeed S.A.S,
which were then incorporated into Litrinium products." The accusation is that Mr.
Garez gave Litrinium M/A-COM trade secrets with which Litrinium designed its
competing products. This allegation made by M/A-COM is easily disproved.

Litrinium's 28G TIAs were taped-out about 15 months before Mr. Garez joined
Litrinium and were designed without any involvement by or input from Mr. Garez.
M/A-COM's allegations in its Complaint were all made "on information and belief"
confirming its lack of genuine understanding or evidence.  For example, M/A-COM
alleges, on information and belief, that Mr. Garez was moonlighting for Litrinium
while working for Mindspeed S.A.S, or that he and Litrinium stole M/A-COM's trade
secrets.  These allegations are false, and frankly, defamatory.  To the extent M/A-

COM repeats these allegations to customers, or third parties outside the context of this litigation, be advised that Litrinium reserves its rights to take all legal measures to protect itself against the dissemination of these falsehoods in the market.

Litrinium independently developed its own proprietary TIA designs that bear no resemblance to those of M/A-COM. The Litrinium engineers who devised Litrinium's TIA design solutions never worked at M/A-COM, including any of its subsidiaries.  And no information was obtained from Mr. Garez or any work he performed while at Mindspeed S.A.S in developing Litrinium's solution. M/A-COM's Complaint, in short, includes many false allegations.

Litrinium is willing to submit its TIA designs to an independent expert for review, alongside M/A-COM's TIA designs. A qualified neutral expert can be selected in the next ten days to conduct this review under an appropriate non-disclosure agreement and terms to be agreed upon. The review itself can be completed in a day or two at most.  If M/A-COM's purpose, in filing this lawsuit, is to confirm that its alleged trade secret information has not been used by Litrinium, it should readily accept Litrinium's offer to have the issue resolved immediately by a neutral expert as proposed.

In considering this proposal, M/A-COM should be mindful that before filing a lawsuit in the United States District Court asserting claims for trade secret theft, M/A-COM is required to have a good faith basis for its allegations. It does not. If M/A-COM's purpose is to slander Litrinium in the market, using its error-filled Complaint as cover, this would be both an abuse of the legal process and highly problematic ultimately, for M/A-COM.

Litrinium has reason to believe that M/A-COM knows that its claims are false, but it has chosen nonetheless to file an anti-competitive lawsuit to injure Litrinium. Litrinium has become aware, for example, that Mr. Virk, M/A-COM's Senior Vice President and General Manager, told a M/A-COM employee, when that employee resigned, that if he finds out that employee is joining "Hasnain's company," then M/A-COM will file a lawsuit to slow the company's progress and to scare off investors. Hasnain is Hasnain Bajwa, the Chief Executive Officer of Litrinium. To be more precise, and here we still paraphrase, what Mr. Virk said was "[w]e are not shy

of suing, and if nothing else it will slow you down and investors will want their money back."

M/A-COM made good on Mr. Virk's threat. M/A-COM filed this lawsuit to coincide exactly with Litrinium's last financing round. Mr. Virk made clear M/A-COM's intent in filing its Complaint was to derail Litrinium's financing and slow down Litrinium's progress in the market. This is confirmed by the fact that, although Mr. Garez tendered his resignation in December 2017, and left M/A-COM in March 2018, M/A-COM waited an entire year before filing suit, timed to coincide with Litrinium's financing round.  Indeed, M/A-COM decided to act only after Litrinium began prevailing in head to head competition in the market.

Litrinium is also concerned that M/A-COM filed suit accusing Litrinium of trade secret theft to use the Complaint as a vehicle to smear Litrinium in the market.  We have reason to believe, for example, that M/A-COM personnel have been telling customers that Litrinium's TIAs have the same pinout as M/A-COM's or have warned customers not to do business with Litrinium because they stole M/A-COM property.  We are investigating these and other instances of misconduct by M/A-COM in the market.

Based on M/A-COM's bad faith filing of this lawsuit, Litrinium is likely to prevail in recovering its attorney's fees, as well as any damages caused to Litrinium and /or its investors due to M/A-COM's wrongful conduct. Litrinium will not hesitate to pursue such remedies should M/A-COM reject the offer to tender this issue to a neutral expert for resolution as proposed and rectify any misinformation or misconduct by M/A-COM in the market related to Litrinium.

To the extent the impetus for this lawsuit is the fact that Litrinium has hired a few M/A-COM employees, we note that the vast majority of Litrinium's hires are from companies other than M/A-COM, and the ones from M/A-COM were hired only after the 28G TIA was taped-out. As you know, in California and elsewhere, at will employees are free to resign from one company and accept work for another. Freedom of movement in the labor market is a basic right. In contrast, trying to prevent employees from exercising their freedom by threatening to sue them or by accusing them falsely of wrongdoing is unlawful. To be blunt, it is just plain wrong to

try to scare employees from pursuing the livelihood that they choose.  M/A-COM should want to avoid doing this kind of thing.

Litrinium strongly respects the intellectual property of others. Litrinium has no interest in competing in the market, other than fairly, on a level playing field, using its own resources and ingenuity. We would expect M/A-COM to want to uphold these same values. For this reason, Litrinium has made this proposal to resolve this lawsuit by giving M/A-COM a means to confirm that none of its allegedly confidential information was used to design Litrinium's TIAs.

Sincerely,

MASCHOFF BRENNAN

Michael Katz

# EXHIBIT 2

**MACOM Technology Solutions Inc.**
100 Chelmsford Street
Lowell, Massachusetts 01851
+1 978 656.2500
www.macom.com



Dear valued customer,

Thank you for your continued business with MACOM Technology Solutions Inc. ("MACOM"). I am writing this letter to keep you abreast of a legal proceeding recently instituted against Litrinium, Inc. (https://www.litrinium.com/) ("Litrinium").

On February 4, 2019, MACOM and its wholly owned subsidiary, Mindspeed Technologies, S.A.S, filed a lawsuit against Litrinium and former MACOM employee Jerome Garez in the United States District Court, Central District of California, Case No. 8:19-cv-220.

The complaint alleges that both Litrinium and Mr. Garez (collectively, "Defendants") violated the Federal Defense of Trade Secret Act, California's Uniform Trade Secret Act and California's Unfair Competition Law.  It further alleges that Mr. Garez breached his duties and obligations under his written employment agreement with MACOM.  As detailed in the complaint, MACOM conducted an investigation concerning the activities of its former employee, Mr. Garez, and the products being developed and marketed by his new employer, Litrinium.  Litrinium's headquarters are located in Orange County, California, where MACOM also operates a design center.

Public records indicate that former MACOM employee, Hasnain Bajwa, founded Litrinium in March 2016.  Mr. Bajwa appears to have initiated a recruitment of other MACOM employees who have recently joined Litrinium, and such activity appears to have continued in France with Mr. Garez engaging in recruiting efforts, on Mr. Bajwa's behalf, following Garez's departure from MACOM.  These individuals include, among others, Angus Lai and Sebastien Douyere.  MACOM is continuing to investigate the activities of all former MACOM employees who joined, or will join, Litrinium.

Importantly, for the legal claims asserted by MACOM, Messrs. Garez, Lai and Douyere were entrusted with proprietary and confidential technical and marketing data regarding MACOM's products and strategies.  The technology at-issue in the lawsuit concerns TIAs, including PAM-4 TIA, 28G Burst Mode TIA, 28G Gen1 TIA, 10G Gen2 TIA, 28G APD TIA single and quad versions and 28G PIN TIA single and quad versions.  MACOM believes that, at a minimum, Mr. Garez worked on Litrinium projects while still employed by MACOM and that Defendants misappropriated valuable design information to develop a competing line of products.

In light of your company's business relationship with MACOM, we suspect that Litrinium may approach you. If you are approached by anyone affiliated with Litrinium, we request that you promptly notify us and share whatever non-confidential product and marketing information you receive from Litrinium.  We believe it is critical that MACOM and its customers operate with the utmost transparency in respecting and enforcing each other's intellectual property rights. We are committed to working with our customers to ensure that they are not ensnared in legal actions that could jeopardize them because of intellectual property theft.  That said, MACOM is committed to protecting its intellectual property rights, including those rights as against parties who knowingly use and incorporate MACOM's proprietary and confidential information in their products, or aid and abet others who do so.

Exhibit 2, Page 11

MACOM will keep you updated with regard to the status of the pending lawsuit as appropriate. In the meantime, if you have any questions, please do not hesitate to contact me.  Upon request, I would also be happy to provide you with a copy of the complaint.

Sincerely,

*John Donnelly*

John Donnelly

Associate General Counsel, MACOM

# EXHIBIT 3

# United States Patent [19]

**Taylor**

[11] **Patent Number:** 5,343,160

[45] **Date of Patent:** Aug. 30, 1994

US005343160A

[54] **FULLY BALANCED TRANSIMPEDANCE AMPLIFIER WITH LOW NOISE AND WIDE BANDWIDTH**

[75] Inventor: **Stewart S. Taylor**, Beaverton, Oreg.

[73] Assignee: **TriQuint Semiconductor, Inc.,** Beaverton, Oreg.

[21] Appl. No.: **964,173**

[22] Filed: **Oct. 21, 1992**

[51] Int. Cl.$^5$ ........................... H03F 1/14; H03F 3/08
[52] U.S. Cl. ....................................... 330/9; 330/295; 330/308
[58] Field of Search ............... 330/9, 124 R, 129, 253, 330/282, 295, 308

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,808,942 | 2/1989 | Milkovic | 330/9 |
| 5,095,286 | 3/1992 | Cole et al. | 330/308 |

*Primary Examiner*—Steven Mottola

*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel

[57] **ABSTRACT**

A circuit is provided that solves the problem of implementing a fully balanced (differential) transimpedance amplifier with low-noise and wide bandwidth. This is accomplished by direct coupling the feedback resistors from the outputs of the amplifier to the inputs without the use of a blocking capacitor. The low frequency response is thereby improved and the problems created by a DC bias resistor that degrades the noise performance and, in some case, restricts the dynamic range (caused by pulse width distortion for large signals) are eliminated. The amplifier achieves higher voltage gain than prior designs and also results in lower noise and wider bandwidth. The differential nature of the amplifier provides good power supply rejection. While the preferred embodiment is particularly well-suited to GaAs MESFET technology, the invention can also be applied to silicon bipolar and MOS technology.

**42 Claims, 5 Drawing Sheets**



**U.S. Patent**      Aug. 30, 1994      Sheet 1 of 5      **5,343,160**



## Figure 1
## (Prior Art)



# Figure 2



# Figure 3



Figure 4



Figure 5

5,343,160

1

# FULLY BALANCED TRANSIMPEDANCE AMPLIFIER WITH LOW NOISE AND WIDE BANDWIDTH

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to amplifier circuits and more particularly to differential transimpedance amplifier circuits.

### 2. Description of the Relevant Art

Fully balanced or differential transimpedance amplifiers are utilized in a variety of applications where it is desirable to convert a current-varying signal into a voltage-varying signal. One such application is within optical receiver systems where the transimpedance amplifier is used to convert the current-varying output signal of a photodetector into a voltage signal that is processed by other circuitry. Although fully balanced or differential transimpedance amplifiers are typically associated with favorable power supply rejection characteristics, they are also often characterized with a relatively low voltage gain, a large low-cutoff frequency, poor noise performance, limited dynamic range, and/or a low bandwidth.

A typical differential transimpedance amplifier circuit for an optical receiver system is shown in FIG. 1. The amplifier includes a differential pair of transistors 10 and 11 and source follower transistors 13 and 14 connected through level shifting diodes 16 and 17. Feedback resistors 19 and 20 couple output voltages $V_{01}$ and $V_{02}$ to the gate inputs of transistors 10 and 11 to broadband the amplifier (i.e. increase the bandwidth) and stabilize the DC bias point. One terminal of a photodetector 22 (typically a metal-semiconductor-metal (MSM) detector) is DC coupled to the gate of transistor 10 while a second terminal is AC coupled to the gate of transistor 11 with a blocking capacitor 23. This coupling allows the photocurrent from photodetector 22 to circulate partially through resistors 19 and 20 to produce a balanced differential output voltage. Noise on power supply $V_{DD}$ is partially common-mode and is partly rejected by the next differential stage. Bias resistor 25 establishes the DC voltage at the second terminal of photodetector 22 to provide the required bias voltage.

The amplifier circuit of FIG. 1 is differential and thus provides a moderate amount of power supply rejection. However, the amplifier has a relatively low voltage gain, a relatively large low-cutoff frequency, poor noise performance, limited dynamic range, and/or low bandwidth. The voltage gain is low because the voltage drop across the load resistors 27 and 28 is small. The low-cutoff frequency is high because the on-chip capacitor 23 is small. The noise performance is poor because the voltage gain of the input stage is low (more proportional noise contribution from resistors 19, 20, 27 and 28, and the second stage) and because bias resistor 25 is usually small. To achieve high bandwidth, resistors 19 and 20 must be small because of the low voltage gain. This degrades noise performance as mentioned previously. If resistors 19 and 20 are chosen to be large for good noise performance, the bandwidth will be low because of the low voltage gain.

A differential transimpedance amplifier that rejects power supply noise, that has a relatively large voltage gain (to improve both the noise performance and bandwidth), that has a small low-frequency cutoff, and that

2

has a means for establishing the DC bias potential across the input photodetector without the use of a bias resistor (which degrades noise performance and limits dynamic range) is therefore desirable.

## SUMMARY OF THE INVENTION

In accordance with the present invention, a circuit is provided that solves the problem of implementing a fully balanced (differential) transimpedance amplifier with low-noise and wide bandwidth. This is accomplished by direct coupling the feedback resistors from the outputs of the amplifier to the inputs without the use of a blocking capacitor. Supplemental voltage offset means establishes the correct DC bias voltage across the photodetector. The low frequency response is thereby improved and the problems created by a DC bias resistor that degrades the noise performance and, in some cases, restricts the dynamic range (caused by pulse-width distortion for large signals) are eliminated. An amplifier in accordance with the invention achieves higher voltage gain than prior designs and also results in lower noise and wider bandwidth. The differential nature of the amplifier provides good power supply rejection. While the preferred embodiment is particularly well-suited to GaAs (gallium arsenide) MESFET technology, the invention can also be applied to other compound semiconductor technologies, as well as silicon bipolar and MOS technologies.

These and other advantages are achieved with the present invention, in accordance with which a balanced transimpedance amplifier circuit comprises first and second amplifier circuits for amplifying signals at first and second input lines, a first capacitor coupled between the first input line and the first amplifier, and a second capacitor coupled between the second input line and the second amplifier circuit. The balanced transimpedance amplifier circuit further comprises a first feedback network coupled between the first amplifier circuit and the first input line, a second feedback network coupled between the second amplifier circuit and the second input line, and first and second voltage offset means coupled in series with the first and second feedback networks, respectively.

The invention will be more readily understood with reference to the drawings and the detailed description. As will be appreciated by one skilled in the art, the invention is applicable to differential transimpedance amplifiers in general and is not limited to the specific embodiment disclosed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram illustrating a typical differential transimpedance amplifier circuit used within an optical receiver system.

FIG. 2 is a block diagram illustrating a first embodiment of a transimpedance amplifier circuit in accordance with the present invention.

FIG. 3 is a block diagram illustrating a second embodiment of a transimpedance amplifier circuit in accordance with the present invention.

FIG. 4 is a block diagram illustrating a third embodiment of a transimpedance amplifier circuit in accordance with the present invention.

FIG. 5 is a schematic diagram of a specific implementation of a transimpedance amplifier circuit according to the invention.

5,343,160

3

## DETAILED DESCRIPTION

The following includes a detailed description of the best presently contemplated mode for carrying out the invention. The description is intended to be merely illustrative of the invention and should not be taken in a limiting sense.

Referring first to FIG. 2, a block diagram is shown of a transimpedance amplifier circuit according to the present invention. In this embodiment, the transimpedance amplifier circuit is incorporated within an optical receiver system and thus includes a photodetector 118 that receives modulated optical signals from a transmitter. The transimpedance amplifier circuit includes two identical amplifiers 100 and 101 each with a voltage gain of −A. Two independent voltage offset means 105 and 106 couple the output signal of each amplifier 100 and 101 to separate feedback networks 110 and 111 and provide shifted DC voltage levels of $V_1$ and $V_2$, respectively. The voltage offset means 105 and 106 could be implemented using transistors, diodes, resistors or other level shifting circuits well known to those skilled in the art. In addition, feedback networks 110 and 111 are each shown with a single feedback resistor 120 and 121, respectively, although other feedback configurations could be used, such as the incorporation of a capacitor $C_F$ (shown in dashed lines) connected in parallel with the associated feedback resistor. Furthermore, a variety of automatic gain control (AGC) circuitry for extending the dynamic range by attenuating large signals could be added or incorporated within the feedback networks without departing from the spirit of the present invention.

The transimpedance amplifier circuit also includes two capacitors 115 and 116 which couple the output signals of photodetector 118 to the input nodes of amplifiers 100 and 101. The feedback resistors 120 and 121 couple each output line of photodetector 118 to each independent offset means 105 and 106 at the output lines of the amplifier. This arrangement allows the DC potential at nodes X and Y to be set independently to establish the necessary bias voltage across photodetector 118 without using a biasing resistor or a blocking capacitor as exemplified in the circuit of FIG. 1. Coupling capacitors 115 and 116 allow the input potentials of the amplifiers 100 and 101 to be set independently (usually at a value close to the negative supply) of the output potentials. This results in an amplifier with improved voltage gain characteristics since more voltage can be provided across the load resistors. Higher voltage gain produces increased bandwidth since this is a feedback amplifier. Higher voltage gain also reduces noise because the noise in the load resistor is smaller when the voltage gain is high and because a larger feedback resistor can be used for a given bandwidth. The mean-squared noise current from the feedback resistor is inversely related to the feedback resistor value. While coupling capacitors 115 and 116 pose a low frequency limit on the circuit, they are connected within the feedback loop and can have substantially smaller values than the blocking capacitor exemplified in FIG. 1. Equivalently, for a given value of the coupling capacitor, the low frequency bandwidth is lower for the circuit of FIG. 2 than for that of FIG. 1.

The amplifier circuit of FIG. 2 can be designed to operate with a single 5 volt power supply with excellent performance. Performance can be enhanced if a +/−5 volt power supply is used since more voltage gain can

4

be obtained per stage. Since the amplifier is differential in nature, power supply noise is substantially rejected.

Referring next to FIG. 3, a block diagram is shown of a second embodiment of a transimpedance amplifier circuit in accordance with the present invention. The embodiment of FIG. 3 is formed with a two-stage amplifier network. Circuit blocks corresponding to those of FIG. 2 are numbered identically. The embodiment of FIG. 3 includes a differential amplifier stage 330 having input nodes coupled to the respective output nodes of amplifiers 100 and 101. A non-inverting output line of differential amplifier stage 330 is coupled to voltage offset means 105 and an inverting output line of differential amplifier stage 330 is coupled to voltage offset means 106. An MSM photodetector 310 is shown connected to coupling capacitors 115 and 116. Amplifiers 100 and 101 are single-ended to produce maximum voltage gain and minimum noise. Differential amplifier stage 330 allows a two-stage design for high gain and high stability.

The transimpedance amplifier circuit of FIG. 3 is also shown with automatic gain control blocks 340 and 341 connected to feedback networks 110 and 111 and amplifiers 100 and 101. The automatic gain control block 340 includes diodes 345 and 346 and a resistor 347. Similarly, the automatic gain control block 341 includes diodes 360 and 361 and a resistor 362. It is noted that the automatic gain control blocks 340 and 341 are each variable impedance devices that provide for the automatic gain control function.

DC current absorbing means 349 and 369 are further connected to the transimpedance amplifier circuit to absorb or remove the DC current from photodetector 318 under large signal conditions. Specific circuitry forming the DC current absorbing means 349 and 369 is known to those skilled in the art and is disclosed, for example, in U.S. Pat. No. 5,030,925 issued Jul. 9, 1991 to Stewart S. Taylor. This patent is incorporated herein by reference in its entirety.

FIG. 4 shows an alternative embodiment for implementing the automatic gain control function within the transimpedance amplifier circuit. The automatic gain control blocks 340 and 341 shown in FIG. 4 are connected to the output lines of photodetector 318 instead of the input nodes of amplifiers 100 and 101. Each automatic gain control block 340 and 341 includes a field effect transistor 400 and 401, respectively, having an impedance that is controlled by an associated amplitude feedback AGC control circuit 402 or 403.

Referring finally to FIG. 5, a preferred embodiment of a transimpedance amplifier circuit in accordance with the invention is shown that operates from a single 5 volt supply. The embodiment of FIG. 5 is a two-stage transimpedance amplifier circuit that conforms generally to the block diagram of FIG. 4 without the incorporation of AGC circuiting. The transimpedance amplifier circuit includes two single-ended input amplifiers that form a first stage and a differential amplifier that forms a second stage common to both input amplifiers. A transistor 210 and a resistor 211 form one input amplifier while transistor 213 and resistor 214 form the other input amplifier. Capacitors 216 and 217 couple the input signal to each input amplifier. The second stage consists of a differential pair of transistors 220 and 221 and load resistors 222 and 223. Transistors 225, 226 and 227 and diodes 230, 231 and 232 provide proper bias to transistors 220 and 221 with common-mode feedback. This biasing is necessary in some cases to lower the common-

5

mode gain of transistors **220** and **221** since there is an undesired positive common-mode feedback loop around the entire amplifier. Transistors **225** and **226** and diodes **230–232** are biased with current from transistor **235**. Transistors **210** and **213** are biased with common-mode feedback from transistors **220**, **221**, **237**, diodes **238** and **239**, and resistors **241** and **242**. Biasing current is provided by resistors **245** and **247** and transistor **246**. Resistors **241** and **242** and capacitors **216** and **217** are chosen consistent with the low frequency cutoff of the circuit and with the size limitations of the integrated circuit. Resistors **241** and **242** should be much larger than feedback resistors **260** and **261** to ensure good noise performance. The photodetector (MSM in this case) is modeled by current source **250** and capacitor **251**. The voltage offset means are implemented with source follower transistors **255** and **256** and level-shifting diodes **257**, **258** and **259**. Transistors **256** and **285** provide bias current to level-shifting diodes **257–259**. Feedback resistors **260** and **261** couple the offset output signals back to the inputs of the photodetector. The output can be taken from the sources or gates of transistors **255** and **256**, or from the offset means diodes **257**, **258** and **259**.

The circuit of FIG. **5** is an illustration of a specific implementation of a transimpedance amplifier circuit according to the invention. Numerous modifications and variations will become apparent to those skilled in the art once the above disclosure is fully appreciated. It is to be understood that the above detailed description of the preferred embodiment is intended to be merely illustrative of the spirit and scope of the invention and should not be taken in a limiting sense. The scope of the claimed invention is better defined with reference to the following claims.

I claim:

**1.** A balanced transimpedance amplifier circuit comprising:

a first amplifier circuit for amplifying a first signal at a first input line;

a second amplifier circuit for amplifying a second signal at a second input line;

a first capacitor coupled between said first input line and an input node of said first amplifier circuit;

a second capacitor coupled between said second input line and an input node of said second amplifier circuit;

a first feedback network coupled between an output line of said first amplifier circuit and said first input line;

a second feedback network coupled between an output line of said second amplifier circuit and said second input line;

a first voltage offset means coupled in series with said first feedback network; and

a second voltage offset means coupled in series with said second feedback network.

**2.** The balanced transimpedance amplifier circuit as recited in claim **1** further comprising:

a first automatic gain control circuit coupled to said first amplifier circuit; and

a second automatic gain control circuit coupled to said second amplifier circuit.

**3.** The balanced transimpedance amplifier circuit as recited in claim **1** further comprising:

a first automatic gain control circuit coupled to said first feedback network; and

a second automatic gain control circuit coupled to said second feedback network.

6

**4.** The balanced transimpedance amplifier circuit as recited in claim **2** wherein said first automatic gain control circuit includes a variable impedance device.

**5.** The balanced transimpedance amplifier circuit as recited in claim **3** wherein said first automatic gain control circuit includes a variable impedance device.

**6.** The balanced transimpedance amplifier circuit as recited in claim **4** wherein said variable impedance device includes first and second diodes coupled in parallel.

**7.** The balanced transimpedance amplifier circuit as recited in claim **5** wherein said variable impedance device includes first and second diodes coupled in parallel.

**8.** The balanced transimpedance amplifier circuit as recited in claim **4** wherein said variable impedance device includes a transistor.

**9.** The balanced transimpedance amplifier circuit as recited in claim **5** wherein said variable impedance device includes a transistor.

**10.** The balanced transimpedance amplifier circuit as recited in claim **2** wherein said first automatic gain control circuit is coupled to an input node of said first amplifier circuit.

**11.** The balanced transimpedance amplifier circuit as recited in claim **3** wherein said first automatic gain control circuit is connected in parallel with said first feedback network.

**12.** The balanced transimpedance amplifier circuit as recited in claim **1** further comprising a photodetector coupled to said first and second input lines.

**13.** The balanced transimpedance amplifier circuit as recited in claim **12** wherein said photodetector is a metal-semiconductor-metal detector.

**14.** The balanced transimpedance amplifier circuit as recited in claim **13** wherein said photodetector and said first and second amplifier circuits are fabricated on a single gallium arsenide integrated circuit chip.

**15.** The balanced transimpedance amplifier circuit as recited in claim **1** wherein said first and second amplifier circuits are single-ended amplifiers.

**16.** The balanced transimpedance amplifier circuit as recited in claim **1** wherein said first amplifier circuit is biased with a DC common-mode feedback loop.

**17.** The balanced transimpedance amplifier circuit as recited in claim **1** wherein said first amplifier circuit includes a transistor having a control terminal coupled to said first capacitor and a second terminal connected to a first power supply terminal.

**18.** The balanced transimpedance amplifier circuit as recited in claim **17** further comprising a load resistor connected between a third terminal of said first transistor and a second power supply terminal.

**19.** The balanced transimpedance amplifier circuit as recited in claim **18** wherein said transistor is a field-effect transistor.

**20.** The balanced transimpedance amplifier circuit as recited in claim **18** wherein a voltage drop across said transistor summed with a voltage drop across said load resistor equals a difference in the voltage levels between said first and second power supply terminals.

**21.** The balanced transimpedance amplifier circuit as recited in claim **1** wherein said first voltage offset means is connected to the output line of said first amplifier circuit and to said first feedback network, and wherein said second voltage offset means is connected to the output line of said second amplifier circuit and to said second feedback network.

**22.** A balanced transimpedance amplifier circuit comprising:

5,343,160

7

a first amplifier stage including a first amplifier circuit for amplifying a first signal at a first input line and a second amplifier circuit for amplifying a second signal at a second input line;

a second amplifier stage including a differential amplifier circuit having a first input node coupled to an output node of said first amplifier circuit and having a second input node coupled to an output node of said second amplifier circuit;

a first capacitor coupled between said first input line and an input node of said first amplifier circuit;

a second capacitor coupled between said second input line and an input node of said second amplifier circuit;

a first feedback network coupled between a first output line of said differential amplifier circuit and said first input line;

a second feedback network coupled between a second output line of said differential amplifier circuit and said second input line;

a first voltage offset means coupled in series with said first feedback network; and

a second voltage offset means coupled in series with said second feedback network.

23. The balanced transimpedance amplifier circuit as recited in claim 22 further comprising:

a first automatic gain control circuit coupled to said first amplifier circuit; and

a second automatic gain control circuit coupled to said second amplifier circuit.

24. The balanced transimpedance amplifier circuit as recited in claim 22 further comprising:

a first automatic gain control circuit coupled to said first feedback network; and

a second automatic gain control circuit coupled to said second feedback network.

25. The balanced transimpedance amplifier circuit as recited in claim 23 wherein said first automatic gain control circuit includes a variable impedance device.

26. The balanced transimpedance amplifier circuit as recited in claim 24 wherein said first automatic gain control circuit includes a variable impedance device.

27. The balanced transimpedance amplifier circuit as recited in claim 25 wherein said variable impedance device includes first and second diodes coupled in parallel.

28. The balanced transimpedance amplifier circuit as recited in claim 26 wherein said variable impedance device includes first and second diodes coupled in parallel.

29. The balanced transimpedance amplifier circuit as recited in claim 25 wherein said variable impedance device includes a transistor.

30. The balanced transimpedance amplifier circuit as recited in claim 26 wherein said variable impedance device includes a transistor.

31. The balanced transimpedance amplifier circuit as recited in claim 22 further comprising a photodetector coupled to said first and second input lines.

32. The balanced transimpedance amplifier circuit as recited in claim 31 wherein said photodetector is a metal-semiconductor-metal detector.

33. The balanced transimpedance amplifier circuit as recited in claim 32 wherein said photodetector and said first and second amplifier circuits are fabricated on a single gallium arsenide integrated circuit chip.

34. The balanced transimpedance amplifier circuit as recited in claim 22 wherein said first and second amplifier circuits are single-ended amplifiers.

35. The balanced transimpedance amplifier circuit as recited in claim 22 wherein said first input node of said

8

differential amplifier circuit is a non-inverting input terminal and wherein said second input node of said differential amplifier circuit is an inverting input terminal.

36. The balanced transimpedance amplifier circuit as recited in claim 22 wherein said first output line of said differential amplifier circuit is a non-inverting output terminal and wherein said second output line of said differential amplifier circuit is an inverting output terminal.

37. The balanced transimpedance amplifier circuit as recited in claim 22 wherein said first amplifier circuit includes:

a transistor having a control terminal coupled to said first capacitor and a second terminal connected to a first power supply terminal; and

a load resistor connected between a third terminal of said transistor and a second power supply terminal.

38. The balanced transimpedance amplifier circuit as recited in claim 37 wherein a voltage drop across said transistor summed with a voltage drop across said load resistor equals a difference in the voltage levels between said first and second power supply terminals.

39. The balanced transimpedance amplifier circuit as recited in claim 22 wherein said first voltage offset means is connected to the first output line of said differential amplifier circuit and to said first feedback network, and wherein said second voltage offset means is connected to the second output line of said differential amplifier circuit and to said second feedback network.

40. A method for biasing a balanced transimpedance amplifier circuit, said transimpedance amplifier circuit including a first and a second amplifier circuit for amplifying signals at a first and a second input line, respectively, a first feedback network coupled between a first output line of said transimpedance amplifier circuit and said first input line, and a second feedback network coupled between a second output line of said transimpedance amplifier circuit and said second input line, said method comprising the steps of:

DC level shifting a first signal at said first output line;

DC level shifting a second signal at said second output line;

providing said first DC level shifted signal to said first input line through said first feedback network;

providing said second DC level shifted signal to said second input line through said second feedback network;

AC coupling said first input line to an input node of said first amplifier circuit; and

AC coupling said second input line to an input node of said second amplifier circuit;

whereby a bias voltage across said first and second input lines is established independent of the voltage levels at the input nodes of said first and second amplifier circuits.

41. The method for biasing a balanced transimpedance amplifier circuit as recited in claim 40 further comprising the step of controlling the gain of said transimpedance amplifier circuit.

42. The method for biasing a balanced transimpedance amplifier circuit as recited in claim 40 further comprising the steps of:

providing an output signal of said first amplifier circuit to an input node of a differential amplifier circuit; and

providing an output signal from said second amplifier circuit to a second input node of said differential amplifier circuit.

*  *  *  *  *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    :    5,343,160
DATED         :    August 30, 1994
INVENTOR(S)   :    Stewart S. Taylor

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3, line 20, delete "-" and insert --.--.

Column 4, line 8, delete "-" and insert --.--.

Signed and Sealed this

Twenty-first Day of March, 1995

*Attest:*

BRUCE LEHMAN

*Attesting Officer*                *Commissioner of Patents and Trademarks*

# EXHIBIT 4

# United States Patent [19]

**Bayruns et al.**

[11]  **Patent Number:**  **5,602,510**

[45]  **Date of Patent:**  **Feb. 11, 1997**

[54] **AUTOMATIC TRANSIMPEDANCE CONTROL AMPLIFIER HAVING A VARIABLE IMPEDANCE FEEDBACK**

[75] Inventors: **Robert J. Bayruns**, Middlesex; **Timothy M. Laverick**, Frankline Park, both of N.J.

[73] Assignee: **Anadigics, Inc.**, Warren, N.J.

[21] Appl. No.: **406,279**

[22] Filed: **Jun. 8, 1995**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 89,201, Jul. 8, 1993, Pat. No. 5,442,321.

[51] Int. Cl.$^6$ ................................ **H03F 1/36**; H03F 3/04; H03G 3/20

[52] U.S. Cl. ............................ **330/282**; 330/86; 330/110; 330/136; 330/311

[58] Field of Search ............................ 330/86, 110, 136, 330/282, 311

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,636,463 | 1/1972 | Ongkiehong | 330/29 |
| 4,092,611 | 5/1978 | Frederiksen et al. | 330/261 |
| 4,415,803 | 11/1983 | Muoi | 250/214 |
| 4,455,535 | 6/1984 | Sugawara | 330/278 |
| 4,540,953 | 9/1985 | Togari et al. | 330/284 |
| 4,563,656 | 1/1986 | Baum | 330/308 |
| 4,565,974 | 1/1986 | Smoot | 330/304 |
| 4,574,249 | 3/1986 | Williams | 330/59 |
| 4,608,542 | 8/1986 | Siegel | 330/279 |
| 4,642,453 | 2/1987 | Nordqvist et al. | 250/214 A |
| 4,714,828 | 12/1987 | Bacou et al. | 250/214 |
| 4,764,732 | 8/1988 | Dion | 330/59 |
| 4,855,687 | 8/1989 | Hebert Raymond T. | 330/304 |
| 5,008,524 | 4/1991 | Reutter et al. | 250/214 |
| 5,012,202 | 4/1991 | Taylor | 330/284 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2096852 | 4/1981 | United Kingdom | H04B 9/00 |

OTHER PUBLICATIONS

Scheinberg et al., "Monolithic GaAs Transimpedance Amplifiers for Fiber–Optic Receivers", *GaAs Transimpedance Amplifiers for Fiber–Optic Receivers* 26(12): 1–6 (1991).

Asad Abidi, "Gigahertz Transresistance Amplifiers in Fine Line NMOS", *IEEE Journal of Solid–State Circuits* SC–19(6): 986–994 (1984).

Jindal, R., "Gigahertz–Band High Gain Low Noise AGC Amplifier in Fine–Line NMOS", *IEEE Journal of Solid–State Circuits* SC–22(4): 512–521 (1987).

Pietruszynski et al., "A 50–Mbit/s CMOS Monolithic Optical Receiver", IEEE Journal of Solid State Circuits 23(4): 1426–1433 (1988).

*Primary Examiner*—Wael Fahmy
*Assistant Examiner*—Fetsum Abraham
*Attorney, Agent, or Firm*— Pennie & Edmonds

[57] **ABSTRACT**

An automatic transimpedance control amplifier is disclosed. The amplifier incorporates an automatic gain control circuit which simultaneously and automatically adjust the value of transimpedance and the voltage gain at each gain stage of the amplifier according to the input current. The amplifier has wide bandwidth, high sensitivity/and more importantly, wide dynamic range.

**12 Claims, 8 Drawing Sheets**



**U.S. Patent**        Feb. 11, 1997        **Sheet 1 of 8**        **5,602,510**



*FIG. 1*



FIG. 2



*FIG. 4*



*FIG. 3*

Exhibit 4, Page 29

## FIG. 5A



## FIG. 5B



Exhibit 4, Page 30

**U.S. Patent**          Feb. 11, 1997          Sheet 5 of 8          **5,602,510**

## FIG. 6



## FIG. 7







**U.S. Patent**          Feb. 11, 1997          Sheet 7 of 8          **5,602,510**



FIG. 11

Exhibit 4, Page 33



FIG. 12

5,602,510

**1**

# AUTOMATIC TRANSIMPEDANCE CONTROL AMPLIFIER HAVING A VARIABLE IMPEDANCE FEEDBACK

This is a continuation of application Ser. No. 08/089,201, filed Jul. 8, 1993, now U.S. Pat. No. 5,442,321.

## FIELD OF THE INVENTION

This invention relates to transimpedance amplifiers, and more particularly, to automatic transimpedance control amplifiers.

## BACKGROUND OF THE INVENTION

Transimpedance amplifiers are typically utilized to provide output voltage signals proportional to input current signals. Such amplifiers are normally implemented by providing a feedback resistor across the input and output of a voltage amplifier.

Transimpedance amplifiers are used to detect optical signals in optical transmission systems. In these applications, optical signals which are generally transmitted through an optical fiber, are irradiated onto a PIN an photodiode or avalanche photodiode which is connected to the input terminal of the amplifier. The photodiode converts the optical signals into currents which is applied to the input of the amplifier. The amplifier thus provides at its output terminal a voltage proportional to the diode current. In optical transmission systems, the information transmitted is usually digital and generally in the form of a pulse train.

In a transimpedance amplifier, the value of the feedback resistor directly relates to the performance of the amplifier. For example, the sensitivity of the transimpedance amplifier is proportional to the value of the feedback resistor, whereas the bandwidth of the amplifier is inversely proportional to the value of the feedback resistor. Additionally, the output voltage of the amplifier is a product of the input current and the value of the feedback resistor, and is thus proportional to the value of the feedback resistor.

The dependency of the amplifier's performance on the value of the feedback resistor presents special problems in utilizing transimpedance amplifiers to detect optical signals in an optical transmission system. In optical transmission applications, it is desirable that the transimpedance amplifiers are fabricated prior to their installation, and that the same transimpedance amplifiers are used for receiving strong optical signals such as in a Local Area Network where the distance of transmission is short as for receiving weaker optical signals in an optical network where the distance of transmission is long.

Thus, in a transimpedance amplifier utilized for optical signal detection, if the value of the feedback resistor is chosen to be high for high optical sensitivity, the bandwidth of the amplifier will be low due to the high value of the feedback resistor. In addition, when applying such transimpedance amplifier for detecting optical signals having high optical power, the high input optical power generates high input current to the amplifier, which in turn produces an output voltage above the output voltage that the amplifier can supply at its output without incurring significant distortion to the output waveform; Consequently, the output waveform becomes distorted and the clipping of the output pulses occurs. For a typical GaAs amplifier, if the peak to peak output voltage exceeds about 1 volt, the output pulse will begin to clip and the amplifier begins to lose its virtual ground at the input terminal of the amplifier.

**2**

On the other hand, if the value of the feedback resistor is selected to be low for high bandwidth and large dynamic range (i.e. being capable to accommodate high input current without resulting in significant distortion to the output waveform), the amplifier will have a low sensitivity which results in high bit error rate at low input current. Additionally, in a transimpedance amplifier, if the value of the feedback resistor is lower than a certain value, the transimpedance amplifier may produce oscillation and become unstable, which sets a lower limit for the value of the feedback resistor.

It is therefor an object of the present invention to provide an automatic transimpedance control amplifier which has a wide bandwidth, high sensitivity, and more importantly, a large dynamic range.

## SUMMARY OF THE INVENTION

In accordence with the invention, an automatic transimpedance amplifier comprises an inverting voltage amplifier and a feedback resistance means.

The voltage amplifier comprises a plurality of voltage gain stages, each of the voltage gain stage having an output node and at least one input node, and the gain stages being connected one after another from a first stage to a last stage as a cascade.

The feedback resistance means connects the output node of the last stage to the input node of the first stage.

The transimpedance amplifier further comprises a plurality of variable resistance means, each means having first, second, and control terminals, the resistance between the first and second terminals being variable by applying an electronic signal to the control terminal. Additionally, each said variable resistance means is connected between the output node of one voltage gain stage and the input node of the first stage, with the first terminal of the variable resistance means being connected to the output node of the one stage, and the second terminal being connected to the input node of the first gain stage, whereby a voltage gain of the one stage being controlled by changing the resistance of the variable resistive means.

The transimpedance amplifier further comprises an automatic gain control (AGC) drive circuit having an input node connected to the output node of the last stage, and a plurality of output control nodes, each control node being connected to the control terminal of one variable resistive means.

The AGC drive circuit is responsive to an output voltage at the output node of the last stage, generating at the output control terminals control signals relating to the output voltage.

Furthermore, the drive circuit is responsive to an increased current applied at the input node of said first stage, generating control signals that reduce the resistance of each variable resistance means, thereby reducing voltage gain of each stage as well as an effective feedback resistance.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects, features and advantages of the invention will be more apparent from the following detailed description in conjunction with the appended drawings in which:

FIG. 1 depicts a schematic block m of a first embodiment of an automatic transimpedance amplifier;

FIG. 2 illustrates a preferred circuit diagram for the embodiment of FIG. 1;

5,602,510

3

FIG. 3 depicts a functional block diagram for the circuit of FIG. 2;

FIG. 4 depicts the comparison of output v input characteristics for an ATCA circuit with an AGC circuit and a TIA circuit without AGC circuit;

FIGS. 5a–b illustrates a bootstrapping circuit and its small signal equivalent circuit, respectively;

FIG. 6 refers to the effect of pulse width distortion;

FIG. 7 refers to the effect of the bootstrapping circuit on the bandwidth of the ATCA;

FIG. 8 illustrates open loop gain of the circuit of FIG. 2 at different input current;

FIG. 9 depicts the open loop phase response of the circuit of FIG. 2;

FIG. 10 illustrates the open loop gain and transimpedance v. the input current;

FIG. 11 illustrates eye diagrams for ATCA and TIA; and

FIG. 12 illustrates the schematic block diagram of a second embodiment of the present invention.

DETAILED DESCRIPTION

In accordance with the invention, an automatic transimpedance control amplifier comprises a plurality of voltage amplifying stages. Each of the voltage amplifying stages has an output node and at least an input node. The amplifying stages are connected one after another in a series, with the at least input node of one stage being connected to the output node of the stage before it, and the output node of the stage being connected to the at least input node of the next stage. A feedback resistance means connects the output node of the last stage to the input node of the first stage is formed.

The amplifier further comprises the same number of variable resistance means as the number of voltage amplifying stages, each variable resistance means has first, second, and control terminals, and the resistance between the first and second terminal being variable by applying electronic signals to the control terminal.

Each of the variable resistance means is connected across an output node of an amplifying stage, with the first terminal connected to the output node of the stage, and the second terminal connected to the input node of the first stage. Thus, the voltage gain of each stage can be modulated by varying the resistance of the variable resistive means.

The amplifier further comprises an Automatic Gain Control (AGC) drive circuit which has an input node connected to the output node of the last stage, and a plurality of output nodes, each of which is connected to a control terminal of a variable resistive means. The AGC drive circuit is responsive to the voltage signal at the output of the last stage, generating control signals which relate to the voltage signal at its output nodes.

The operating principle of the automatic transimpedance amplifier is as follows:

When a low current signal is applied to the input node of the first stage, the AGC drive circuit, responsive to the corresponding output voltage at the output node of the last stage, generates control signals at the control terminals of the variable resistance means so that the variable resistance means displays high resistance. Consequently, each amplifying stage operates at its near maximum voltage gain condition, and the effective feedback resistance is substantially at the maximum value. As a result, the ATCA displays high sensitivity which is especially desirable for detecting low input current.

4

When the input current signal is high, the AGC drive current generates control signals that reduces the resistance of the variable resistance means. As a result, the voltage gain of each amplifying stage as well as the effective feedback resistance is reduced. The output voltage at the last stage, which is approximate the product of the input current and the effective resistance, is thus controlled to within the operable output voltage, eliminating output voltage waveform distortion. Since the voltage gain of the ATCA is reduced simultaneously with the effective feedback resistance, the ATCA remains stable.

FIG. 1 illustrates the schematic block diagram of a first embodiment of the present invention. In this drawing, an ATCA 100 comprises a first amplifying stage 115, a second amplifying stage 130, a feedback resistance means 145, an AGC drive circuit 155, and variable resistance means 140 and 153.

First stage 115 is an inverting amplifying stage having an input node 110 connected to an current input terminal 105, and an output node 120 connected to a first input node 125 of second amplifying stage 130.

Second stage 130 is an non-inverting differential amplifier having first input node 125 connected to the output node of the first stage, a second input node 126 connected to input terminal 105, and an output node 135 that is connected to an input node 156 of AGC drive circuit 155.

A resistive means 145 is formed between output node 135 of the second stage and input node 110. Variable resistive means 140 and 150 are connected between output 120 of the first stage and input terminal 105, and between output 135 of the second stage and input terminal 105, respectively.

Control terminals 143 and 153 of first variable resistance means 140 and second variable resistance means 150 are connected to output nodes 157 and 158 of the AGC drive circuit, respectively.

Preferably, AGC drive circuit is also a buffer circuit, providing buffered output voltage at its output node 159 that corresponds to the voltage at node 135. Additionally a second buffer circuit 160 is provided, which produces buffered output voltage at 170 for driving external transmission lines.

A preferred circuit configuration for the embodiment depicted in FIG. 1 is illustrated in FIG. 2. In this ATCA, all the transistors, i.e. Q1–Q13 are depletion mode GaAs Metal Semiconductor Field Effect Transistors (MESFETs) which require negative gate-source biasing to turn them off. In addition, the circuit requires a single voltage source $V_{DD}$=+5 V as power supply.

The first inverting gain stage comprises MESFETs Q1–Q3, diodes D1, D2, D5, D6, an inductor L and a capacitor C1. Inductor L and MESFET Q2 forms an inductive load for MESFET Q1 to increase gain and reduce noise. The effect of the inductor is explained in detail by Bayruns et al., in "Design of Low Noise Wide Dynamic Range GaAs Optical Preamps", IEEE Int. Conf. Circuit Syst., Singapore, June 1991, which is incorporated herein by reference. Diodes D5 and D6 shift a source voltage of Q1 up two diode bias values so that Q1 is properly turned off when Va is at the ground potential. An output voltage of the first gain stage Va' is lower than the drain voltage of Q1 by the sum of two diodes biasing voltages of D1 and D2. A capacitor C1 is formed across the two diodes to reduce the output signal's phase shift due to the first gain stage.

The second differential gain stage which is non-inverting comprises MESFETs Q4–Q5, Q14, and diodes Q3 and Q4. The first input node of the stage, i.e. the gate of Q5, is

Exhibit 4, Page 36

5,602,510

connected to the output of the first gain stage. The second input nodes of the second stage, i.e. the gate of Q6, is conductive to the input terminal of the first stage at Va. The connection of the input of the first stage to the gate of Q6 creates a zero in the transfer function at $Cl/(R_fC_{gd6})$ where Rf is a feedback resistor and Cgd6 is the gate-to-drain capacitance of MESFET Q6, which greatly enhances the stability of the ATCA (See Scheinberg et al , "Monolithic GaAs Transimpedance Amplifiers for Fiber-Optic receivers", IEEE J. Solid-State Circuits, Vol.26, No.12, Dec. 1991).

Feedback resistor Rf is provided between the output node of the second gain stage and the input terminal for providing a feedback. Since the first gain stage is an inverting stage and the second stage is a non-inverting stage, resistor Rf provides a negative feedback with respect to the input terminal.

A first automatic gain control field effect transistor MAGC1 is connected in parallel to the feedback resistor Rf. Thus, an effective feedback resistance is the combined resistance of parallel connected Rf and MAGC1; the effective resistance is also regulated by applying voltages to the gate of MAGC1.

Additionally, because MAGC1 connects the output of the second gain stage to the input terminal, by changing MAGC1's source-to-drain resistance, the second stage's load resistance, which includes the contribution from Q14, Rf, and MAGC1, can be altered. Consequently, as well known to those skilled in the art, the voltage gain of the second stage can be controlled by controlling the source-to-drain resistance of MAGC1.

A second automatic gain control field effect transistor MAGC2 connects the output of the first gain stage to the input terminal. By applying a control signal to the gate of MAGC2 and controlling its source-to-drain resistance, the voltage gain of the first gain stage measured at its output node can thus be controlled.

The AGC drive circuit comprises $R_{bp2}$, $R_{bp}$, $C_{bp}$, $C_{AGC}$, $R_{AGC}$, MESFET Q10 and Q11, and diode D7. The voltage output from the second gain stage, $V_b$, is fed to the gate of Q11. Q10, Q11, and D7 functions to provide control voltages that corresponds to Vb to the gates of MAGC1 and MAGC2.

In the AGC drive circuit, diode D7 is utilized to ensure $V_c$ is at least lower than $V_b$ by a diode bias voltage so that both MAGC1 and MAGC2 are turned off under low input current at the input terminal. RAGC and CAGC forms a single pole low-pass filter to provide, via Rbp and Cbp,, an average value of Vc to the gate of MAGC1.

Rbp and Cbp forms a single pole bootstrapping circuit which helps to maintain a wide bandwidth and low pulse width distortion, which is discussed in detail in the subsequent paragraphs of this application.

The gate of MAGC2 is connected to the gate of MAGC1 via resistor Rbp2. MAGC2 functions to reduce the voltage gain of the first stage by reducing the load impedance seen by the high output impedance by MESFET Q1.

The functional block diagram of this ATCA circuit is depicted in FIG. 3 of the drawings wherein the designation **200**, **210**, **220**, and **230** refer to the circuit portion designated with the same numbers in FIG. 2.

This ATCA operates by applying an input current generated by PIN photo diode **201**. Preferably, the photodiode is connected to the input terminal in such a way that the current from the photodiode has a direction that is outward from the input terminal. If the input current $I_m$ is low, Vb is low and it is approximately the same potential as Va. Since Vc is

lower than Vb by an diode bias voltage, the gate-to-source voltage for both MAGC1 and MAGC2 are negative; As a result, both MAGC1 and MAGC2 are turned off. Under this condition, the effective feedback resistance of the ATCA is approximately the value of Rf, and the ATCA operates as if it has a fixed feedback resistor Rf. Consequently, both gain stages provides maximum voltage gain at their output nodes, and the ATCA displays wide bandwidth and high sensitivity. As the average optical power increase, the average input current Iin increases, which cause Vb and Vc to increase with respect to Va, and MAGC1 and MAGC2 begin to be turned on. Consequently, the effective feedback resistance is reduced simultaneously as the voltage gain of each gain stage is reduced. The reduction of the gain and the effective feedback resistance decrease the output voltage swing of the ATCA, thus increasing the dynamic range of the ATCA.

Under high input current condition, although the sensitivity of the ATCA is reduced due to the reduction of the effective feedback resistance, the bit-error-rate of the ATCA dose not significantly increase because the high input current compensated the effect of reduced sensitivity.

The effect of increased dynamic range for the ATCA of the present invention as compared with conventional TIA with fixed feedback resistance is illustrated in FIG. 4. In this drawing, the y-axis represents the open loop output voltage at the output of the second stage, Vb, in volts; the x-axis corresponds to an input dc current.

Both curves are generated from the results of computer simulations using SPICE II program. Curve **405** is obtained using the ATCA circuit of FIG. **2**, whereas curve **400** is obtained from the same circuit of FIG. **2** except without the AGC circuit portion that consists of MAGC1, MAGC2, Rbp, Rbp2, RAGC, Cbp, and CAGC.

Curves **400** shows that the output voltage of the circuit without the AGC circuit collapses at an input current of about 300μA. This is because that, without the AGC feedback circuit, the output voltage from the second gain stage, Vb, goes up to 3.5 volts at input current of 300μA. With Vb approaches 3.5 V and considering that the voltage drops on diodes D3 and D4, and that the power supply VDD is at +5 V with respect to the ground potential, the potential at the source of Q7 approached 5 V, which causes Vb to collapse.

By comparison, as exhibited by curve **405**, the circuit with the AGC circuit can provide proper voltage output with input current up to 1500μA. This is due to AGC circuit which causes the reduction of the effective feedback resistance and the gain of both gain stages, which effectively controls the output voltage from the second stage below 2.7 V. Considering that the output voltage Vb is about 1.5 V at minimal input current, the peak to peak voltage swing is controlled to be within around 1 V in this circuit.

As depicted in FIG. **5a**, resistor Rbp and capacitor Cbp, each of which has one terminal connected to the gate of MAGC1, form a bootstrapped circuit which functions to isolate the influence of the input dynamic signal on the transimpedance of MAGC1. Cgs and Cgd in this Figure are the gate-to-source, and gate-to-drain capacitance of the MESFET MAGC1, respectively. Resistor Rbp floats the gate of MAGC1 with respect to low frequency input at node **154** so that a portion of the ac input signal Va is able to be superimposed on the gate via Cgs and Cgd. As a result, the gate of MAGC1 partially follows the ac input node Va, which allows the transimpedance of MAGC1 be substantially independent of pulse width distortions at Va.

FIG. 5b shows a small signal equivalent of AGC FET, MAGC1, including the $C_{gd}$ and $C_{gs}$ of MAGC1. Ragc and

5,602,510

| 7 | 8 |

Cagc form a low pass filter to provide an average value of the output signal to the resistor Rbp. Rbp isolates or floats the gate of MAGC1 AC wise via the bootstrapping effect of $C_{gd}$ and $C_{gs}$.

FIG. 6 depicts the effect that pulse width distortion (W/T ratio not equal to 0.5, W is pulse width, and T is pulse period) has on the relative level of the second harmonic (Cn) to the fundamental frequency (amplitude of 1.0).

Referring to FIG. 7, Cbp is the key element added to this design to bypass the input pole created by $C_{gs}$*Rbp under high input current conditions, since the value of $C_{gs}$ increases when the $V_{gs}$ of MAGC1 increases. FIG. 7 illustrate the reduction of transimpedance bandwidth under high input current conditions with and without Cbp.

To prevent the TIA from oscillating when the value of feedback resistance is reduced via MAGC1 (and concurrently with increased feedback comes reduced phase margin) two things must occur: first the open loop amplifier phase delay must not increase, and second, the phase margin of the closed loop amplifier must not become negative. In the ATCA these criteria are met by decreasing the gain of both the first gain stage (Q1–Q2) and the second gain stage (Q4–Q8) simultaneously. MAGC2 decreases the gain of the first stage by loading (adding resistance) in parallel with the Rd of Q1 and effectively reducing the GmRd products of Q1. The gain of the second stage is reduced by a similar action of the drain of Q6.

The automatic open loop gain reduction effect is shown in FIG. 8 for input currents up to 1.5 mA. In this figure the open loop gain decreases from a maximum of 60 (OmA input current) to a minimum of 10 (1.5 mA input current).

The open loop phase response is shown in FIG. 9, where the y axis is the phase of Vb in degrees. It is evident that the phase margin remains more positive than −180° (phase margin less than −180° would produce positive feedback and oscillation).

FIG. 10 shows how the effective transimpedance (curve 600) and open loop gain (curve 610) decrease as a function of the average input current Iin.

FIG. 11 shows an eye diagram generated with the ATCA circuit (portion 710) and without the ATCA circuit (portion 700). From this figure it is evident that there is severe pulse width distortion in the TIA without the ATCA components connected.

FIG. 12 illustrates a schematic block diagram of a second embodiment of the present invention. This ATCA comprises three inverting gain stages 805, 810, and 815 connected in cascade, an AGC drive circuit 835, and a buffered output circuit 840. The ATCA further comprises a resistive feedback means 828 connected between the output node of the third gain stage and the input terminal of the ACTA. Additionally, the ATCA includes three variable resistance means 820, 825, and 830 which connects the output of gain stages 805, 810, and 815 to the input terminal, respectively. Three output nodes, 831, 832, and 834 are connected to the three control terminals of the variable resistance means. A buffer circuit 840 is attached to an output node 834 of the AGC drive circuit to drive the external transmission lines.

Preferably, each of the inverting stage is the inverting stage of the circuit illustrated in FIG. 2, and each of the variable resistance means is a AGCFET. The AGC drive circuit of this embodiment can be similarly formed as the one in the circuit of FIG. 2.

This operation principle of this ATCA circuit is similar to that for the circuit of FIG. 2. The transimpedance and the gain at each stage are simultaneously and automatically adjusted according to the amplitudes of input signals.

As will be apparent to those skilled in the art, numerous modifications may be made within the scope of the invention, which is not intended to be limited except in accordance with the following claims.

What is claimed is:

1. A wide dynamic range transimpedance amplifier comprising:

an amplifier including a signal input terminal for receiving input signal and a signal output terminal for providing output signal and at least one gain stage having a controllable gain;

a controllable variable impedance feedback branch coupled between said input and output terminals; and

a control circuit coupled to control the impedance of said variable impedance feedback branch and the gain of said gain stage to maintain the transimpedance amplifier within its stable operating regime,

said control circuit being operably responsive to an increase of the magnitude of said input signal to reduce the impedance of the feedback branch and the gain of the gain stage, thereby maintaining the stability of said transimpedance amplifier when the magnitude of said input signal is increased.

2. The transimpedance amplifier of claim 1 wherein said controllable variable impedance feedback branch comprises a feedback resistor coupled in parallel with a feedback FET having a gate terminal coupled to said control circuit,

said control circuit operating to control said feedback FET such that, if the magnitude of said input signal is low, said feedback FET is turned off and the feedback impedance is approximately the resistance of said feedback resistor, and

if the magnitude of said input signal increases, said feedback FET begins to turn on, thereby reducing the impedance of said feedback branch.

3. The transimpedance amplifier of claim 2 wherein said gain stage includes a gain control FET for controlling the gain of said gain stage,

said gain control FET having a drain terminal coupled to an output node of said gain stage and a gate terminal coupled to said control circuit, and the gain of said gain stage being controlled by a voltage applied to said gate terminal by said control circuit,

said control circuit operating to control the gain of the gain stage such that, if the magnitude of said input signal is low, said gain control FET is turned off and said gain stage displays a maximum gain, and

if the magnitude of said input signal increases, said gain control FET begins to turn on, thereby reducing the gain of said gain stage.

4. The transimpedance amplifier of claim 3 wherein a source terminal of said gain control FET is coupled to said input terminal of said amplifier.

5. The transimpedance amplifier of claim 1 wherein said amplifier includes two gain stages connected in series as a cascade.

6. The transimpedance amplifier of claim 5 wherein said two gain stages include a second gain stage that is a differential gain stage.

7. The transimpedance amplifier of claim 1 wherein said amplifier comprises GaAs FETs.

8. The transimpedance amplifier of claim 1 wherein at least one gain stage includes an inductive load.

5,602,510

9

**9**. A method for maintaining the stability of a transimpedance amplifier including at least one gain stage having a controllable gain, a controllable variable impedance feedback branch, and a control circuit coupled to control the impedance of said controllable variable impedance feedback branch and the gain of said gain stage, said method comprising the step of, in response to an increase of the magnitude of input signal, reducing the impedance of the feedback branch and the gain of said gain stage.

**10**. The method of claim **9** wherein said controllable variable feedback branch comprises a feedback resistor connected in parallel with a feedback FET, and the reduction of the impedance of said feedback branch is accomplished

10

by reducing the source-drain resistance of said feedback FET.

**11**. The method of claim **9** wherein said step of reducing the gain of said gain stage is accomplished by reducing a load impedance of said gain stage.

**12**. The method of claim **11** wherein said gain stage includes a gain control FET having a drain terminal coupled to an output node of said gain stage, and said step of reducing the load impedance of said gain stage is accomplished by reducing the source-drain resistance of said gain control FET.

\*   \*   \*   \*   \*

# EXHIBIT 5

US005646573A

# United States Patent [19]

## Bayruns et al.

[11] **Patent Number:** **5,646,573**

[45] **Date of Patent:** **Jul. 8, 1997**

[54] **AUTOMATIC GAIN-CONTROL TRANSIMPEDENCE AMPLIFIER**

[75] Inventors: **Robert J. Bayruns**, Middlesex; **Timothy M. Laverick**, Franklin Park, both of N.J.

[73] Assignee: **Anadigics, Inc.**, Warren, N.J.

[21] Appl. No.: **395,775**

[22] Filed: **Feb. 28, 1995**

[51] Int. Cl.$^6$ ................................. **H03F 1/34**; H03F 3/08
[52] U.S. Cl. ............................. **330/59**; 330/110; 330/308; 250/214 A
[58] Field of Search ......................... 250/214 A; 330/59, 330/110, 308, 86, 282; 359/189, 194

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,218,613 | 8/1980 | Beltz | 250/214 |
| 4,439,741 | 3/1984 | Turner, Jr. | 330/282 X |
| 4,620,321 | 10/1986 | Chown | 455/619 |
| 4,679,251 | 7/1987 | Chown | 455/619 |
| 5,030,925 | 7/1991 | Taylor | 330/110 X |
| 5,363,064 | 11/1994 | Mikamura | 330/308 |
| 5,371,477 | 12/1994 | Ikeda et al. | 330/282 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 18304 | 1/1989 | Japan | 330/308 |
| 1-164106 | 6/1989 | Japan . |

| | | | |
|---|---|---|---|
| 4174566 | 6/1992 | Japan | 330/59 |
| 4225611 | 8/1992 | Japan | 330/308 |
| 2096852 | 10/1982 | United Kingdom . |
| 2101827 | 1/1983 | United Kingdom . |
| 2233525 | 9/1991 | United Kingdom . |

OTHER PUBLICATIONS

Methley, S.G., "–70dBm APD Optical Feedback Receiver at 2.048mbit/s" *Electronic letters*, 24:20, pp. 1259–1260, 1988.
Haas, et al., "Low Noise Optical Receiver", *IBM Technical Disclosure Bulletin*, 23:8, pp. 38–45, 1981.

*Primary Examiner*—James B. Mullins
*Attorney, Agent, or Firm*—Pennie & Edmonds LLP

[57] **ABSTRACT**

Automatic Gain Transimpedance Amplifiers for analog applications having high bandwidth, wide dynamic range, and ultra-high linearity. The transimpedance amplifiers includes an operational amplifier and a variable feedback resistance means connected between the input and the output of the amplifier. The variable feedback resistance means may include a single feedback PIN diode, two serially connected feedback PIN didoes, a PIN diode connected to a feedback resistor in parallel, or two serially connected PIN diodes connected to a feedback resistor in parallel. Ultra-high linearity is achieved because the dynamic resistance of the PIN diode under forward bias is substantially linearly dependent on the inverse of the current that passes the diode.

**28 Claims, 8 Drawing Sheets**





FIG. 1a



FIG. 1b



FIG. 1c



FIG. 2



FIG. 3



FIG. 4a



FIG. 4b



FIG. 5a



FIG. 5b

5,646,573

| 1 | 2 |

### AUTOMATIC GAIN-CONTROL TRANSIMPEDENCE AMPLIFIER

#### FIELD OF THE INVENTION

This invention relates to transimpedance amplifiers and more particularly to automatic gain-control transimpedance amplifiers for analog applications.

#### BACKGROUND OF THE INVENTION

Transimpedance amplifiers are commonly used for providing voltage signal proportional to current signal; they are normally implemented by providing a feedback resistor across the input and output nodes of an operational amplifier.

When utilized in optical communication or optical transmission systems, a transimpedance amplifier converts input optical signal into output voltage signal. In these applications, the optical signal, normally transmitted via optical fibers, is received by a PIN or avalanche photodiode coupled to an input node of the amplifier. The photodiode converts the optical signal into current signal and provides it to the amplifier. Consequently, the amplifier provides at its output terminal voltage signal proportional to the optical signal.

A transimpedance amplifier's merit is directly related to the value of the feedback resistor. For example, the amplifier's sensitivity is proportional to the value of the feedback resistor, whereas the amplifier's bandwidth is inversely proportional to the value of the feedback resistor. Additionally, since the output voltage from the amplifier is a direct product of the input current times the value of the feedback resistor, the amplifier's dynamic range (i.e. the input current the amplifier is capable to handle without incurring significant distortion) is inversely proportional to the value of the feedback resistor.

The dependency of the amplifier's merit on the value of the feedback resistor presents unique problems in optical communication or optical transmission systems. In those applications, it is desirable that the transimpedance amplifiers are fabricated prior to their installation, and that the same kinds of transimpedance amplifiers are used at locations where the optical cables connecting the amplifiers and the optical sources (e.g. lasers or light emitting diodes) are short and at locations where the optical cables are long. Longer optical cables result in greater attenuation of optical signals.

Consequently, if a large value feedback resistor is chosen for high optical sensitivity, the amplifier's bandwidth as well as its dynamic range will be compromised. On the other hand, if a small value feedback resistor is used to obtain large bandwidth and dynamic range, low sensitivity and reduced signal-to-noise ratio results; further, if the value of the feedback resistor is too low, the transimpedance amplifier becomes unstable and begins to oscillate.

When using transimpedance amplifiers for analog optical communications, it is also required that the transimpedance amplifiers exhibit high linearity, i.e. the output signal waveform closely resembles the input signal waveform. This is because, in analog applications, any non-linearity will directly affect the final result (e.g. picture images) of the communications.

U.S. Pat. No. 4,218,613 issued to Bletz discloses a transimpedance amplifier for detecting optical signal. The amplifier includes an operational amplifier, a photodiode having one end connected to the input terminal of the operational amplifier, a feedback resistor connected between the input and output terminals of the operation amplifier, and a diode having non-linear current-characteristics connected in parallel to the feedback resistor. This amplifier offers a greater dynamic range than a conventional transimpedance amplifier because the diode becomes more conductive as the input current increases, which reduces the feedback resistance. However, due to the diode's non-linear current characteristic, distortion in the output signal results.

U.S. Pat. No. 4,620,321 issued to Chown refers to a transimpedance amplifier using an operational amplifier and a Schottky diode ("SD") connected in parallel to a feedback resistor as feedback. The Schottky diode is forward biased and becomes more conductive when the input current increases. However, this amplifier also results in significant non-linear distortion due to the Schottky Diode's non-linear, exponential current characteristics. In addition, the bandwidth of the amplifier is limited by the large capacitance associated with a Schottky diode.

U.S. Pat. No. 4,679,251 issued to Chown discloses a transimpedance amplifier for digital application utilizing an operational amplifier and a resistor connected in parallel to a serially connected Schottky diode and PIN diode as feedback. As a result of the serially connected Schottky and a PIN diode, the bandwidth of the amplifier is improved due to the reduced total feedback capacitance. However, this amplifier still suffers from non-linear distortion as the result of the Schottky diode's non-linear characteristics.

It is therefore an object of the present invention to provide, for analog application, a transimpedance amplifier having a large dynamic range;

it is another object of the present invention to provide a transimpedance amplifier having high linearity;

it is a further object of the present invention to provide a transimpedance amplifier having a wide bandwidth; and

it is still a further object of the present invention to provide a transimpedance amplifier with a variable feedback resistance and high linearity.

#### SUMMARY OF THE INVENTION

The present invention relates to automatic gain control transimpedance ("AGCT") amplifiers for receiving analog optical signal and providing at its output corresponding voltage signal. In a first embodiment, an AGCT amplifier comprises an operational amplifier with its input node operatively coupled to a photodiode and feedback means operatively coupled between the input node and an output node of the operational amplifier. The photodiode operates to convert input optical signal into corresponding current signal and to provide the current signal to the operational amplifier. The feedback means provide feedback resistance that is substantially linearly dependent on the inverse of a DC component of the current signal; consequently, increasing the amplitude of the input optical signal increases the DC component, thereby reducing the feedback resistance. Preferably, the feedback means include a forward biased PIN diode.

In accordance with a second embodiment of the invention, an AGCT amplifier comprises an operational amplifier having input and output nodes with its input node operatively coupled to a photodiode and a feedback branch coupled between the input and output nodes. The feedback branch comprises feedback resistive means connected in parallel to a forward biased feedback PIN diode. Preferably, the feedback resistance means is a resistor. When operating, since the dynamic resistance of the PIN diode is substantially linearly dependent on the inverse of a DC component

Exhibit 5, Page 50

5,646,573

3

of the current passing the diode and not on an AC component, increasing the amplitude of the optical signal increases the DC component, thereby reducing the dynamic resistance and the feedback resistance of the feedback branch.

In a third embodiment, an AGCT amplifier comprises an operational amplifier having input and output nodes with its input node operatively coupled a photodiode, and a feedback branch coupled between the input and output nodes. The feedback branch comprises feedback resistive means connected in parallel to serially connected first and second feedback PIN diodes. The polarizations of the PIN diodes are arranged in the same direction and the PIN diodes are forward biased by a DC voltage. The effective dynamic resistance of the serially connected PIN diodes is approximately linearly dependent on the inverse of a DC component of the current passing the PIN diodes. Because of the reduced capacitance associated with the serially connected PIN diodes as compared to a single PIN diode, this amplifier offers a greater bandwidth.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects, features and advantages of the invention will be more apparent from the following detailed description in conjunction with the appended drawings in which:

FIGS. 1a–1c depict a schematic circuit diagram of a first embodiment of the transimpedance amplifier and diagrams of exemplary input carrier signal and modulated signal;

FIG. 2 illustrates a preferred circuit diagram for the embodiment of FIG. 1a;

FIG. 3 depicts a schematic circuit diagram of an alternative embodiment of the transimpedance amplifier of FIG. 1a;

FIG. 4a depicts a schematic circuit diagram of a second embodiment of the transimpedance amplifier of the present invention;

FIG. 4b illustrates a preferred embodiment of the circuit of FIG. 4a; and

FIGS. 5a–5b illustrate a third embodiment of the present invention and its preferred circuit diagram, respectively.

## DETAILED DESCRIPTION

As illustrated in FIG. 1a, in a first embodiment of the present invention, an AGCT amplifier for analog applications comprises an operational amplifier $100$ having input and output nodes $105$ and $110$, feedback means $115$ having a first terminal $104$ capacitively coupled to input node $105$ of the operational amplifier through a capacitor $C_1$, and a second terminal $109$ operatively connected to output node $110$.

A PIN photodiode $120$, having one end capacitively coupled to input node $105$ of the operational amplifier through capacitor $C_1$ and another end connected to a ground potential, receives analog optical signal $125$ and produces corresponding current signal $I_s$.

The analog optical signal, in the context of this application, refers to optical signal that is not a series of digital pulses which represents binary "0" and "1", but optical signal has varying intensity. The waveforms of the analog optical signal may include, but not limited to, sinusoid, or sinusoid with superimposed envelop functions which are utilized in, e.g. Amplitude Modulation (AM).

Feedback means $115$ display an effective feedback resistance that is substantially linearly dependent on the inverse

4

of a DC component of $I_s$. Preferably, feedback means $115$ comprises a feedback PIN diode $112$. The polarization of the feedback PIN diode is from the output node to the input node of the operational amplifier. The feedback PIN diode is forward biased by a voltage source $+V_{DD}$ which is inductively coupled to the output node through an inductor L. Inductor L functions to isolate voltage source $V_{DD}$ from AC signals.

A capacitor $C_2$ is provided between the output node of the operational amplifier and an output terminal $130$ of the transimpedance amplifier for providing only AC signals at output $130$.

Feedback PIN diode $112$ is a semiconductor PIN diode comprising an intrinsic semiconductor region interposed between a p-type and an n-type semiconductor regions. A PIN diode possesses an unique characteristic that, under a certain forward bias, the resistance of the PIN diode depends substantially linearly with the inverse of the current passing the PIN diode. Such characteristic of the PIN diode is utilized in the present invention to provide a resistance that varies substantially linearly with the inverse of the optical signal. For details about the structures, fabrication and characteristics of PIN diodes, see, for example, S. M. Sze, "Physics of Semiconductor Devices," 2nd edition, John Wiley & Sons, Inc., 1981, pp. 117–122, which is incorporated herein by reference.

The operation principle for this AGCT amplifier is described as follows: the photodiode is reversed biased and it receives an analog optical signal transmitted via an optical fiber and produces a corresponding current signal $I_s$ having a direction as indicated by the arrow. The analog signal includes a sinsodial carrier signal $135$ component as illustrated in FIG. 1b having a frequency $f_C$. When the information to be transmitted is incorporated into the carrier signal, the resulted signal has a waveform $145$ illustrated in FIG. 2b. An envelop waveform $140$ of waveform $145$ represents the information that is transmitted and it has a frequency $f_I$.

In the transimpedance amplifier, nearly all of the current signal $I_s$ passes the feedback PIN diode, whose resistance to the current signal is the diode's dynamic resistance. Due to the parasitic resistance, capacitance and the finite electron velocity in the semiconductor materials that form the PIN diode, the dynamic resistance is incapable of responding to an AC component of the current signal having a frequency greater than a characteristic frequency of the PIN diode. In other words, the dynamic resistance cannot follow high frequency signal if the frequency of the signal is above a characteristic frequency. Such characteristic frequency is approximated as the inverse of the electron lifetime in the intrinsic region of the PIN diode.

Consequently, the dynamic resistance of the PIN diode depends only a DC component of the current signal, which is approximately the average amplitude of the current signal passing the feedback PIN diode over a period of time. The DC component is illustrated as $I_d$ in FIG. 1C.

In a typical analog AM application such as transmitting analog TV signal via an optical cables, both the frequency of information signal, $f_I$ (about several MHz), and the carrier signal frequency, $f_C$ (about several hundred MHz), are well-above the characteristic frequency of the feedback PIN diode. Consequently, the dynamic resistance of the PIN diode depends only on the DC component $I_d$ of the current signal $I_s$.

Thus, increasing the amplitude of the input signal increases its DC component, $I_d$, and the DC component of the current passing the feedback PIN diode, which in turn

5,646,573

| 5 | 6 |

causes the dynamic resistance of the feedback PIN diode to decrease. As a result, the effective feedback resistance is reduced and the amplitudes of the corresponding output voltage signal is controlled to be within a tolerable level. More importantly, the substantial linear dependency between the dynamic resistance of the PIN diode and the inverse of the dc component results in ultra low distortion.

FIG. 2 illustrates a preferred embodiment of the transimpedance amplifier of FIG. 1a. For convenience, like elements are similarly designated throughout the drawings.

In this preferred embodiment, operational amplifier **100** is a single stage inverting voltage amplifier which comprises two field effect transistors (FETs) M1 and M2, and resistors $R_1$, $R_2$ and $R_3$. A single stage voltage amplifier generally provides a better linearity and less distortion than a multi-stage amplifier.

In this amplifier, FETs M1 and M2 are serially connected along their source-to-drain path and they are DC biased by a single voltage source $V_{DD}$ through inductor L which functions to isolate voltage source $V_{DD}$ from AC signal and to provide an inductive load to the voltage amplifier. Preferably, all of the circuit elements except the photodiode and the feedback PIN diode are integrally fabricated on a single GaAs substrate utilizing GaAs Microwave Monolithic Integrated Circuit (MMIC) technology. The FETs are GaAs FETs which provide a high bandwidth and low distortion. The photodiode and the feedback PIN diode are silicon PIN diodes and they are externally connected to the GaAs chip to form a hybrid circuit.

Another aspect of the invention is that, when the effective feedback resistance is reduced due to increase in the amplitude of the input signal, the AC load impedance as well as the voltage gain of the amplifier is also reduced, which further improves the dynamic range of the amplifier. In addition, reducing the effective feedback resistance also reduces the input impedance to the photodiode, which improves the linearity of the photodiode.

FIG. 3 illustrates an alternative embodiment, which includes a feedback circuit comprising two feedback PIN diode connected in series. Specifically, the two PIN diodes are polarized in the same direction and they are forward biased by the DC voltage supply $+V_{DD}$. As compared to the circuit depicted in FIG. 1, the two serially connected PIN diodes provide a lower capacitance than a single PIN diode, which results in a higher bandwidth.

As depicted in FIG. 4a, a second embodiment of the present invention comprises an operational amplifier **100**, a photodiode **120** coupled to an input node **105** of the operational amplifier through capacitor $C_1$, and a feedback branch **115**. The feedback branch includes a feedback PIN diode **112** connected in parallel to a resistor $R_f$. A DC supply voltage, $+V_{DD}$, is inductively coupled to output node **130** via inductor L. The output voltage at **130** is filtered by capacitor $C_2$.

The operation principle of this transimpedance amplifier is described as follows: An input optical signal produces a corresponding current $I_s$. A portion of $I_s$ passes the feedback PIN diode, whose dynamic resistance is substantially linear dependent on the inverse of the DC component of the current passing the feedback PIN diode. As a result, increasing the amplitude of the input optical signal increases the DC component, which reduces the dynamic resistance of the PIN diode and the effective feedback resistance of the amplifier.

A preferred embodiment of the transimpedance amplifier is illustrated in FIG. 4b. Except the photodiode and the

feedback PIN diode, the other components of transimpedance amplifier are integrally fabricated on a GaAs substrate. The FETs M1 and M2 are GaAs FETs which have wide bandwidth and low noise. The following is a list of the values of the resistors (R), capacitors (C), inductors (L), and gate-width (W) of FETs that are utilized in this transimpedance amplifier:

| $R_1 = 10\Omega$ | $R_2 = 6\Omega$ | $R_3 = 10 \text{ k}\Omega$ |
| $R_f = 500\Omega$ | $C_1 = 41.4 \text{ pF}$ | $C_2 = 0.1 \text{ }\mu\text{F}$ |
| $L = 2 \text{ }\mu\text{H}$ | $W_1 = 2500 \text{ }\mu\text{m}$ | $W_2 = 3800 \text{ }\mu\text{m}$ |

where $W_1$ and $W_2$ are the gate-width for the first FET, M1, and second FET, M2, respectively. The gate length of each FET is 0.5 μm. In this circuit, a single DC voltage supply $V_{DD}$ of +5 V is utilized.

Preferably, the value of the dynamic resistance of the PIN diode is chosen to be comparable to that of the feedback resistor, $R_f$, so that changing of the dynamic resistance of the PIN diode can effectively effectuate the overall feedback resistance of the feedback branch. As an example, the value of the feedback PIN diode dynamic resistance may be chosen to be 1000 Ω whereas the resistance of feedback resistor, $R_f$, is 500 Ω.

The above-described transimpedance amplifier exhibits a bandwidth of 350 MHz and a dynamic range of approximately −10 dBm to +5 dBm which corresponds to input current of 0.1 mA to 5 mA. Regarding its linearity, the transimpedance amplifier displays a second order intercept point, derived from a two-tone test, of more than 40 dBm. As well known to those skilled in the art, intercept point is a useful measure of a device's or circuit's total non-linearity; it is normally independent of the input signal power. Higher value of the intercept point (in dbm) represents less non-linearity of the device or circuit under test.

A two-tone test is a test devised to measure the total non-linearity of circuits or devices. During the test, two input sinusoidal signals having equal power but at different frequencies, $f_1$ and $f_2$, respectively, are first combined and then applied to the device or circuit under test. The output power at frequency $f_1$ or $f_2$, $P_{(out, f1)}$ or $P_{(out, f2)}$, is then measured. By varying the input signal power, $P_{in}$, and measuring, for example, $P_{(out, f1)}$, a first curve, $P_{(out, f1)}$ (dbm) v. $P_{in}$ (dbm) is thus obtained.

Next, the output power at one of the intermodulation frequencies ("$f_{IM}$"), $P_{(out, FIM)}$, is measured. The intermodulation frequency, $f_{IM}$, may be, assuming $f_1 > f_2$, $(f_1 + f_2)$, $(f_1 - f_2)$, $(2f_1 - f_2)$, $2f_1 + f_2)$, etc. By varying $P_{in}$ and measuring $P_{(out, FIM)}$, a second curve, $P_{(out, FIM)}$ (dbm) v. $P_{in}$, is obtained.

The first and second curves are then plotted in a single drawing and the curves are extrapolated towards the higher $P_{in}$ region where the two curves intercept each other. At the interception, the output power, $P_{(out, FIM)}$, equals to the input power, $P_{in}$; the input power at the interception is called the intercept point. More particularly, the intercept point derived from the measurement of output power at IM frequencies, $(f_1 + f_2)$ or $(f_1 - f_2)$, is called a second order intercept point (IIP2); the intercept point derived from IM frequencies, $(2f_1 - f_2)$, $(2f_2 - f_1)$, $(2f_2 + f_2)$, or $(2f_2 + f_1)$, is called a third order intercept point (IIP3).

A third embodiment of the present invention is illustrated in FIG. 5a, which comprises similar elements as the second embodiment except that, in feedback branch **115**, it comprises two feedback PIN diodes **112** and **114** connected in series, and the serially connected PIN diodes are connected to feedback resistor $R_f$ in parallel. The direction of polar-

5,646,573

7

ization of the two feedback PIN diodes are arranged to be the same direction; and the two diodes are forward biased during operation. As compared to the second embodiment, the third embodiment offers a higher bandwidth because of the serially connected feedback PIN diodes has less capacitance as compared to s single PIN diode.

FIG. 5b depicts a preferred embodiment of the transimpedance amplifier of FIG. 5a. The values or parameters for resistors, capacitors, inductor and transistors are the same as that of the second embodiment, thus not listed here. As a result of the reduced capacitance, the bandwidth of the preferred embodiment is about 700 MHz, as compared to 350 MHz for the circuit depicted in FIG. 4b.

In the above description, GaAs FETs are used as examples for the FETs in the operational amplifier. As known to those skilled in the art, the FETs utilized in the operational amplifiers are not limited to GaAs FETs. Other types of FETs such as silicon FETs, or heterojunction FETs based on materials such as AlGaAs/GaAs, AlGaAs/InGaAs, or AlInAs/InP may also be utilized in forming the operational amplifier.

As will be apparent to those skilled in the art, numerous modifications may be made within the scope of the invention, which is not intended to be limited except in accordance with the following claims.

What is claimed is:

1. An automatic gain control transimpedance amplifier comprising:

an operational amplifier having input and output nodes;

a photodiode having one end operatively coupled to the input node of said operational amplifier, said photodiode receiving input optical signal and providing corresponding current signal; and

feedback means operatively coupled between the input and output nodes of said operational amplifier, said feedback means comprising a feedback PIN diode forward biased by a DC supply voltage inductively coupled to said output node of said voltage amplifier,

said feedback means providing a feedback resistance that is substantially linearly dependent on the inverse of a DC component of said current signal,

whereby increasing the amplitude of said optical signal increases said DC component, thereby reducing said feedback resistance.

2. The transimpedance amplifier of claim 1 further comprising a capacitive filtering means operatively coupled between the input node of said operational amplifier and said photodiode and said feedback means.

3. The transimpedance amplifier of claim 1 wherein said operational amplifier comprises a single-stage inverting voltage amplifier,

whereby increasing the amplitude of said optical signal reduces the feedback resistance while simultaneously reducing the voltage gain of said inverting voltage amplifier and the input impedance to the photodiode.

4. The transimpedance amplifier of claim 3 wherein said single-stage inverting voltage amplifier comprises first and second field effect transistors (FETs) serially connected along their drain-to-source paths with the drain terminal of said second FET operatively connected to the source terminal of said first FET,

the drain terminal of said first FET being operatively connected to said output node of said operational amplifier,

the gate terminal of said second FET being connected to said input node of said operational amplifier,

8

the gate terminal of said first FET being resistively coupled to the source terminal of said second FET through a first resistive means, and

the source terminal of said second transistor being resistively coupled to a ground potential through a second resistive means.

5. The transimpedance amplifier of claim 4 wherein said voltage amplifier further comprises a third resistive means connected between the gate terminal of said second transistor and said ground potential.

6. The transimpedance amplifier of claim 5 wherein said FETs are GaAs FETs.

7. The transimpedance amplifier of claim 1 wherein said photodiode is a PIN photodiode.

8. An automatic gain control transimpedance amplifier comprising:

an operational amplifier having input and output nodes;

a photodiode having one end operatively coupled to the input node of said operational amplifier, said photodiode receiving input optical signal and providing corresponding current signal; and

feedback means operatively coupled between the input and output nodes of said operational amplifier,

said feedback means comprising two feedback PIN diodes connected in series, each of said PIN diodes being forward biased, said feedback PIN diodes being forward biased by a DC supply voltage inductively coupled to said output node of said operational amplifier,

said feedback means providing a feedback resistance that is substantially linearly dependent on the inverse of a DC component of said current signal,

whereby increasing the amplitude of said optical signal increases said DC component, thereby reducing said feedback resistance.

9. An automatic gain control transimpedance amplifier comprising:

an operational amplifier having input and output nodes;

a photodiode having one end operatively coupled to the input node of said operation amplifier, said photodiode receiving input optical signal and providing a corresponding current signal; and

a feedback branch operatively coupled between the input and output nodes of said operational amplifier,

said feedback branch comprising a feedback resistive means connected in parallel to a forward biased feedback PIN diode having a dynamic resistance substantially linearly dependent on the inverse of a DC component of the current passing said PIN diode, said feedback PIN diode being forward biased by a DC supply voltage inductively coupled to said output node of said voltage amplifier,

whereby increasing the amplitude of said optical signal increases the amplitudes of the DC component, thereby reducing the dynamic resistance of said feedback PIN diode, and thereby reducing an effective feedback resistance of said feedback branch.

10. The transimpedance amplifier of claim 9 wherein said photodiode is a PIN photodiode.

11. The transimpedance amplifier of claim 9 further comprises a capacitive filtering means operatively coupled between the input node of said operational amplifier and said photodiode and said feedback branch.

12. The transimpedance amplifier of claim 9 wherein said operational amplifier comprises a single-stage inverting voltage amplifier,

5,646,573

9 10

whereby increasing the amplitude of said input optical signal reduces the dynamic resistance of said feedback PIN diode, thereby reducing the effective feedback resistance of said feedback branch while simultaneously reducing the voltage gain of said inverting voltage amplifier and the input impedance of said photodiode.

**13.** The transimpedance amplifier of claim **12** wherein said single-stage inverting voltage amplifier comprises first and second field effect transistors (FETs) serially connected along their drain-to-source path with said drain terminal of said second FET operatively connected to said source terminal of said first FET,

the drain terminal of said first FET being operatively connected to said output node of said operational amplifier,

the gate terminal of said second FET being connected to said input node of said operational amplifier,

the gate terminal of said first FET being resistively coupled to the source terminal of said second FET through a first resistive means, and

the source terminal of said second transistor being resistively coupled to a ground potential through a second resistive means.

**14.** The transimpedance amplifier of claim **13** wherein said voltage amplifier further comprises a third resistive means connected between the gate terminal of the second FET and the ground potential.

**15.** The transimpedance amplifier of claim **13** wherein said FETs are GaAs FETs.

**16.** An automatic gain control transimpedance amplifier comprising:

an operational amplifier having input and output nodes;

a photodiode having one end operatively coupled to said input node of said operation amplifier, said photodiode receiving input optical input signal and producing corresponding current signal; and

a feedback branch coupled between said input and output nodes of said operational amplifier,

said feedback branch comprising a feedback resistive means connected in parallel to serially connected, forward biased first and second feedback PIN diodes, said feedback PIN diodes being forward biased by a DC supply voltage inductively coupled to said output node of said voltage amplifier,

whereby increasing the amplitude of said input optical signal increases the amplitude of a DC component of the current passing said PIN diodes, thereby reducing the dynamic resistance of said feedback PIN diodes and the feedback resistance of said feedback branch.

**17.** The transimpedance amplifier of claim **16** wherein said photodiode is a PIN photodiode.

**18.** The transimpedance amplifier of claim **16** further comprising a capacitive filtering means operatively coupled between said input node of said operational amplifier and said photodiode and said feedback branch.

**19.** The transimpedance amplifier of claim **16** wherein said operational amplifier comprises a single-stage inverting voltage amplifier,

whereby increasing the amplitude of said DC component of said input optical signal reduces the dynamic resistance of said feedback PIN diode, thereby reducing the effective feedback resistance of said feedback branch as

well as reducing the voltage gain of said inverting voltage amplifier.

**20.** The transimpedance amplifier of claim **19** wherein said single-stage inverting voltage amplifier comprises first and second field effect transistors (FETs) serially connected along their drain-to-source path with said drain terminal of said second FET operatively connected to said source terminal of said first FET,

the drain terminal of said first FET being operatively connected to said output node of said operational amplifier,

the gate terminal of said second FET being connected to said input node of said operational amplifier,

the gate terminal of said first FET being resistively coupled to the source terminal of said second FET through a first resistive means, and

the source terminal of said second transistor being resistively coupled to a ground potential through a second resistive means.

**21.** The transimpedance amplifier of claim **20** wherein said voltage amplifier further comprises a third resistive means connected between the gate terminal of said second transistor and said ground potential.

**22.** The transimpedance amplifier of claim **20** wherein said FETs are GaAs FETs.

**23.** A transimpedance amplifier comprising:

an operational amplifier having input and output nodes; and

feedback means operatively coupled between the input and output nodes of said operational amplifier, said feedback means comprising a feedback PIN diode forward biased by a DC supply voltage inductively coupled to the output node of said amplifier,

said operational amplifier comprising a single-stage inverting voltage amplifier, said single-stage inverting voltage amplifier comprising first and second field effect transistors (FETs) serially connected along their drain-to-source paths with the drain terminal of said second FET operatively connected to the source terminal of said first FET,

the drain terminal of said first FET being operatively connected to said output node of said operational amplifier,

the gate terminal of said second FET being connected to said input node of said operational amplifier,

the gate terminal of said first FET being resistively coupled to the source terminal of said second FET through a first resistive means, and

the source terminal of said second transistor being resistively coupled to a ground potential through a second resistive means.

**24.** The transimpedance amplifier of claim **23** wherein said voltage amplifier further comprises a third resistive means connected between the gate terminal of said second transistor and said ground potential.

**25.** The transimpedance amplifier of claim **23** wherein said FETs are GaAs FETs.

**26.** A transimpedance amplifier comprising:

an operational amplifier having input and output nodes; and

feedback means operatively coupled between the input and output nodes of said operational amplifier,

said feedback means comprising two feedback PIN diodes connected in series, said feedback PIN diodes being

5,646,573

11

forward biased by a DC supply voltage inductively coupled to said output node of said operational amplifier,

said operational amplifier comprising a single-stage inverting voltage amplifier, said single-stage inverting voltage amplifier comprising first and second field effect transistors (FETs) serially connected along their drain-to-source paths with the drain terminal of said second FET operatively connected to the source terminal of said first FET,

the drain terminal of said first FET being operatively connected to said output node of said operational amplifier,

the gate terminal of said second FET being connected to said input node of said operational amplifier,

12

the gate terminal of said first FET being resistively coupled to the source terminal of said second FET through a first resistive means, and

the source terminal of said second transistor being resistively coupled to a ground potential through a second resistive means.

27. The transimpedance amplifier of claim 26 wherein said voltage amplifier further comprises a third resistive means connected between the gate terminal of said second transistor and said ground potential.

28. The transimpedance amplifier of claim 26 wherein said FETs are GaAs FETs.

* * * * *

# EXHIBIT 6

US006084478A

# United States Patent [19]

**Mayampurath**

[11] **Patent Number:** **6,084,478**

[45] **Date of Patent:** **Jul. 4, 2000**

[54] **TRANSIMPEDANCE AMPLIFIER WITH AUTOMATIC GAIN CONTROL**

[75] Inventor: **Balagopal Mayampurath**, Camarillo, Calif.

[73] Assignee: **Vitesse Semiconductor Corp.**, Camarillo, Calif.

[21] Appl. No.: **09/256,426**

[22] Filed: **Feb. 23, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/097,297, Aug. 20, 1998.

[51] Int. Cl.⁷ ................................ **H03F 3/08**; H03F 1/36; H01J 40/14; H04B 10/06

[52] U.S. Cl. ...................... **330/308**; 330/110; 250/214 A; 359/194

[58] Field of Search .................................. 330/110, 308; 250/214 A, 214 AG; 359/189, 194; H03F 1/36, 3/08; H01J 40/14; H04B 10/06

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,565,974  1/1986  Smoot ....................................... 330/308

| | | | |
|---|---|---|---|
| 5,343,160 | 8/1994 | Taylor | 330/308 |
| 5,548,833 | 8/1996 | Townsend | 330/280 |
| 5,589,881 | 12/1996 | Dunham et al. | 250/214 A |
| 5,864,416 | 1/1999 | Williams | 330/308 |

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Patricia T. Nguyen
*Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP

[57] **ABSTRACT**

A transimpedance amplifier in an optical communication system is provided with automatic gain control (AGC) for increasing the input operating range while maintaining high stability. A photodetector is used to convert an optical signal into a differential current for the transimpedance amplifier. An AGC circuit has a gain control device connected across the differential input of the transimpedance amplifier. The gain control device has an impedance that varies as a function of a voltage at the differential output of the transimpedance. Preferably, the gain control device is a FET having a drain coupled to one of the differential inputs, a source coupled to the other differential input, and a gate for receiving an AGC voltage, the AGC voltage being a function of the voltage at the differential output.

**11 Claims, 4 Drawing Sheets**



*Fig. 1*

PRIOR ART



*Fig. 2*



*Fig.3*

**U.S. Patent**          Jul. 4, 2000          Sheet 3 of 4          **6,084,478**



*Fig. 4*

**U.S. Patent**          Jul. 4, 2000          Sheet 4 of 4          **6,084,478**



Fig. 5

6,084,478

1

# TRANSIMPEDANCE AMPLIFIER WITH AUTOMATIC GAIN CONTROL

This application claims benefit of Provisional Application Ser. No. 60/097,297, filed Aug. 20, 1998.

## BACKGROUND OF THE INVENTION

The present invention relates generally to transimpedance amplifiers, and more particularly, to differential transimpedance amplifiers with automatic gain control.

Receivers in optical communication systems use transimpedance amplifiers to convert current outputs of photodetectors to voltages. In these applications, average detected power can vary by two or three orders of magnitude depending upon the particular optical fiber link used to transmit the signal. Accordingly, the transimpedance amplifier must be designed to operate over a wide range of input currents. This is sometimes accomplished by automatically controlling the gain of the transimpedance amplifier.

A conventional single-ended transimpedance amplifier with automatic gain control (AGC) is shown in FIG. **1**. A photodetector **10** is used to convert an optical input into a current. For analytical purposes, the photodetector is modeled by an ideal current source **12** in parallel with a capacitor **14**. The photodetector **10** is connected to the input of an inverting amplifier **16** with an open-loop gain of (−A). A feedback circuit comprising a feedback resistor **18** connected in parallel with a feedback field effect transistor **20** (FET) is coupled between the input and output of the amplifier **16**. The output of the amplifier **16** is connected to an AGC circuit **22**. An AGC buffer **21** in conjunction with a shunt capacitor **24** produces an AGC voltage at the output of the AGC buffer. The AGC voltage is the average voltage of the amplifier **16** output. The AGC voltage is applied to the gate of the feedback FET **20**.

In operation, a voltage is developed at the output of the amplifier **16** due to the flow of current in the feedback circuit. The average output voltage of the amplifier **16** is applied to the gate of the feedback FET **20** via the AGC buffer **21** in conjunction with the shunt capacitor **24**. For low optical input power the average output voltage of the amplifier **16** is low, the feedback FET **20** is off, and the effective transimpedance of the amplifier **16** is equal to the value of the feedback resistor **18**. As the optical input power increases, however, the average output voltage of the amplifier **16** increases, causing the feedback FET **18** to turn on. This reduces the effective impedance of the feedback resistor, and thus the transimpedance of the amplifier **16**, and thereby maintains the amplifier **16** in the linear region. Thus, the AGC circuit **22** ensures that the amplifier **16** is not overloaded. In the absence of the AGC circuit **22**, large voltages developed across the feedback resistor **18** may cause severe distortion and jitter in the output of the amplifier **16**.

A common problem encountered with such a conventional transimpedance amplifier employing AGC is decreased stability. In the closed-loop system described in FIG. **1**, for example, the frequency of the dominant pole (P1) is set by the feedback resistor **18** ($R_f$), the total input capacitance ($C_{in}$), and the open-loop gain of the transimpedance amplifier **16** (−A) according to the formula $P1=-A/2(R_f C_{in})$ radians/sec., where $C_{in}$ is the sum of the photodetector capacitance **14**, the input capacitance of the transimpedance amplifier **16** and any parasitic capacitances. As long as P1 is sufficiently far from the pole of the transimpedance amplifier **32** as to have a phase margin of 45°, stability is maintained.

2

When the feedback FET **40** turns on, however, $R_f$ is effectively reduced, thereby increasing P1. As P1 moves towards the frequency of the transimpedance amplifier pole, which is generally at a higher frequency, the phase margin is reduced. To maintain good phase margin, the open-loop gain (−A) of the transimpedance amplifier **32** must be reduced. The reduction in open-loop gain requires additional circuitry not shown. Accordingly, there is a current need for a transimpedance amplifier with AGC that maintains stability with minimal additional circuitry.

## SUMMARY OF THE INVENTION

An embodiment of the present invention is directed to an amplifier with AGC which satisfies this need. In one embodiment, a differential amplifier with a differential input and a differential output is equipped with an AGC circuit. The AGC circuit has a gain control device connected across the differential input. The gain control device has an impedance that varies as a function of the differential output of the differential amplifier. Preferably, the differential amplifier is a transimpedance amplifier, and the gain control device is a FET having a drain coupled to one of the differential inputs, a source coupled to the other differential input, and a gate for receiving an AGC voltage, the AGC voltage being a function of the differential output.

The transimpedance amplifier with AGC is incorporated in an optical communication system in another embodiment of the present invention. In this embodiment, a photodetector for converting an optical signal into a differential current is positioned at the input of the circuit. A differential transimpedance amplifier converts the differential current to a differential voltage. The differential transimpedance amplifier has a differential input for receiving the differential current from the photodetector and a differential output for generating the differential voltage. The differential transimpedance amplifier is equipped with AGC which includes a gain control device connected across the differential input. The gain control device has an impedance that varies as a function of the differential voltage. In one embodiment, the device is a FET having a drain coupled to one of the differential inputs, a source coupled to the other differential input, and a gate for receiving an AGC voltage. The AGC voltage being a function of the differential voltage.

An attractive feature of an embodiment of the present invention is the ability to maintain stable operation at high input currents without the need for additional circuitry to reduce the open-loop gain of the amplifier.

It is understood that other embodiments of the present invention will become readily apparent to those skilled in the art from the following detailed description, wherein it is shown and described only embodiments of the invention by way of illustration of the best modes contemplated for carrying out the invention. As will be realized, the invention is capable of other and different embodiments and its several details are capable of modification in various other respects, all without departing from the spirit and scope of the present invention. Accordingly, the drawings and detailed description to be regarded as illustrative in nature and not as restrictive.

## DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the present invention will become better understood with regard to the following description, appended claims, and accompanying drawings where:

FIG. **1** is an electrical schematic block diagram of a single-ended transimpedance amplifier with conventional AGC;

6,084,478

3

FIG. 2 is an electrical schematic block diagram of a differential transimpedance amplifier with AGC;

FIG. 3 is an electrical schematic block diagram of a differential transimpedance amplifier with AGC in accordance with a preferred embodiment of the present invention;

FIG. 4 is a timing diagram showing the operation of the AGC in accordance with a preferred embodiment of the present invention; and

FIG. 5 are phase margin plots of a simulated circuit in accordance with a preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

A schematic of differential transimpedance amplifier is shown in FIG. 2. In the differential transimpedance amplifier of FIG. 2 a differential photodetector 26 is employed to convert an optical input into a differential current signal. As with the single-ended configuration, the photodetector 26 is similarly modeled by an ideal current source 28 in parallel with a capacitor 30. The differential current signal from the photodetector 26 is applied to the input of a differential transimpedance amplifier 32 through DC blocking capacitors 34, 36. The DC blocking capacitors 34, 36 allow a DC bias to be maintained across the photodetector 26. The transimpedance amplifier 32 includes two feedback circuits, one connected between the non-inverting input and inverting output of the transimpedance amplifier 32, and another connected between the inverting input and non-inverting output of the transimpedance amplifier 32. Each feedback circuit comprises a feedback resistor 38, 42 in parallel with a feedback FET 4C, 44, respectively.

The inverting output of the transimpedance amplifier is fed to an AGC circuit 45. The AGC circuit 45 outputs an AGC voltage equal to the rectified peak output voltage of the transimpedance amplifier 32. The inverting output of the transimpedance amplifier 32 is connected to a peak detector 46. The peak detector 46 is a rectifier which produces a non-zero average voltage despite current flow in both directions in the feedback circuit of the transimpedance amplifier 32. The peak detector 46 in conjunction with a capacitor 48 is used to generate the smoothed peak voltage of the transimpedance amplifier 32. The time constant is set by the capacitor 48.

The output of the peak detector 46 is connected to an AGC amplifier 50. The AGC amplifier 50 provides high gain for improved dynamic range. A reference voltage $V_{th}$ is used to set the threshold voltage of the AGC amplifier 50. The AGC amplifier 50 is designed with higher gain at the threshold voltage crossing point.

A buffer 52 is connected to the differential output of the transimpedance amplifier 32 to reduce the asymmetric voltage about the common-mode voltage caused by the different transimpedance of the feedback FETs 40, 44 for currents flowing in different directions. The asymmetric voltage is caused by the different gate-to-source voltages of each feedback FET 40, 44 for currents of the same magnitude flowing in opposite directions.

According to another embodiment of the present invention, a wide operating range for input current is achieved with high stability for a differential transimpedance amplifier 54 with the AGC circuit 56 shown in FIG. 3. A photodetector 58 converts an optical input into a differential current signal. For analytical purposes, the photodetector 58 is modeled by an ideal current source 60 in parallel with a capacitor 62. DC bias across the photodetector 58 is main-

4

tained by connecting the differential output of the photodetector 58 to the differential input of the transimpedance amplifier 54 through DC blocking capacitors 64, 66. The transimpedance amplifier 54 includes two feedback resistors 66, 68, one connected between the non-inverting input and the inverting output of the transimpedance amplifier 54, and the other connected between the inverting input and the non-inverting output of the transimpedance amplifier 54. The differential output of the transimpedance amplifier 54 is connected to a buffer 70. The buffer 70 provides additional voltage gain, and any required output current necessary to drive the output sufficiently to interface with an external circuit.

The output of the transimpedance amplifier 54 is fed to the AGC circuit 56. In the described embodiment, a smoothed peak voltage of the transimpedance amplifier 54 is generated by connecting the inverting output of the transimpedance amplifier 54 to a peak detector 72. The inverting output of the transimpedance amplifier 54, which provides a signal which is a component of the differential output, provides a convenient way for detecting the peak voltage. Those skilled in the art, however, will readily appreciate that the non-inverting output, or the differential output, could also be used. The peak detector 72, in conjunction with a capacitor 74, is used to detect the smoothed peak voltage of the transimpedance amplifier 54. The switching time of the AGC circuit 56 is set by the charging and discharging time-constants of the peak detector 72 and capacitor 74. The output of the peak detector 72 is connected to an AGC amplifier 76. The AGC amplifier 76 provides high gain for improved dynamic range. A reference voltage $V_{th}$ is used to set the threshold voltage of the AGC amplifier 76. The AGC amplifier 76 is designed with higher gain around the threshold voltage crossing point.

The output of the AGC amplifier 76 is applied to a gain control device 78 connected across the differential input of the transimpedance amplifier 54. In one embodiment, the gain control device 78 is a FET with a gate connected to the output of the AGC amplifier 76, a drain connected to the non-inverting input of the transimpedance amplifier 54, and a source connected to the inverting input of the transimpedance amplifier 54. The AGC amplifier 76 should be maintained in the linear region for proper AGC operation. The finite open-loop gain of transimpedance amplifier 54 ensures that FET 78 has non-zero drain-to-source voltage across it, allowing it to turn on and provide a shunt path for current from the photodetector 58.

As the output amplitude of the transimpedance amplifier 54 increases, the gate drive to the FET 78 also increases. With the FET 78 being operated in the active region, increased gate drive results in a larger current shunt through the FET 78 thereby reducing the current flowing through the feedback resistors 66, 68 of the transimpedance amplifier 54. The reduced current flow in the feedback resistors 66, 68, in turn, causes a reduction in the voltage at the output of the transimpedance amplifier 54. The AGC circuit 56 thus prevents overloading of the transimpedance amplifier 54, ensuring that the output voltage is neither distorted nor has jitter.

Simulated results of the described embodiment are shown in FIG. 4. The simulated results are based on a differential transimpedance amplifier with AGC using a GaAs MESFET process. The AGC circuit topology is technology independent, and therefore, can also be used with silicon processes as well. The output of the photodetector is a clock with a frequency of 625 MHz, with a minimum current at 0 mA and a maximum current at 1 mA. The threshold voltage

6,084,478

5

(V$_{th}$) of the AGC amplifier is set at approximately 1.2 volts. As seen from FIG. 4, as the output voltage (V$_{pd}$) of the peak detector increases, the output voltage (V$_{agc}$) of the AGC amplifier increases accordingly. Once the output voltage (V$_{pd}$) of the peak detector exceeds the threshold voltage (V$_{th}$) of the AGC amplifier, the AGC turns on the feedback FET connected across the differential input of the transimpedance amplifier. As a result, a portion of the current (I$_d$) from the photodetector is shunted through the feedback FET, which, in turn, reduces the current flow through the feedback resistors thereby reducing the output voltage (V$_o$) of the transimpedance amplifier.

The improvement in stability of the above described embodiment can best be understood by observing the relation between the poles in the circuit. As explained above, the dominant pole of the differential transimpedance amplifier with feedback is given by P1=−A/2(R$_f$C$_{in}$). When the AGC begins to turn on, the FET begins to reduce the effective transimpedance of the amplifier seen by the photodetector. This has the effect of sliding the dominant pole to a higher frequency toward the pole of the transimpedance amplifier. If the open loop gain of the transimpedance amplifier does not reduce accordingly, the phase-margin around the loop will decrease, until the circuit begins to oscillate. The methods for analyzing the open-loop gain of the transimpedance amplifier are well known, and therefore, will not be described. However, in the described embodiment, the FET also reduces the open loop gain of the transimpedance amplifier so that the circuit continues to remain stable.

The stability of the circuit can be shown graphically with gain and phase plots for two different AGC voltages. The simulated results shown in FIG. 5 are for a specific design using a MESFET process, and is intended to be an illustration only. The phase margin and bandwidth for other implementations will depend on the design and the process used.

Turning to FIG. 5, in the first case the AGC voltage V$_{AGC}$ is 0.8 volts and the FET is off. Since no oscillations are possible if the magnitude of the loop gain is less than unity when the phase angle is 180°, the simulated circuit remains stable because the phase margin at unity is 40°. When V$_{AGC}$ is set at 1.25 volts, a larger bandwidth results from the movement of the dominant pole. However, the open loop gain of the transimpedance amplifier has reduced significantly, so that the phase margin is very high. In the second case, the phase margin at unity is 80°, resulting in an improvement in stability. The phase margin and bandwidth for other implementations will depend on the design and the process used.

It is apparent from the foregoing that the described embodiments of the present invention satisfy an immediate need for a transimpedance amplifier with AGC having both a wide operating range with high stability without the need for additional circuitry to reduce the open loop gain. This transimpedance amplifier with AGC may be embodied in other specific forms and can be used with a variety of electronic equipment without departing from the spirit or essential attributes of the present invention. It is therefore desired that the described embodiments be considered in all respects as illustrative and not restrictive, reference being made to the appended claims and the equivalents thereof rather than the foregoing description to indicate the scope of the invention.

What is claimed is:

**1**. A differential amplifier with automatic gain control (AGC), comprising:

a differential amplifier having a differential input and a differential output; and

6

an AGC circuit comprising a gain control device connected across the differential input, said gain control device having an impedance that varies as a function of a signal on at least one of the differential outputs,

wherein said gain control device comprises a field effect transistor (FET) having a drain coupled to one of the differential inputs, a source coupled to the other differential input, and a gate responsive to an AGC voltage, said AGC voltage being a function of the signal on said at least one of the differential outputs.

**2**. The differential amplifier of claim **1** wherein said differential amplifier comprises a transimpedance differential amplifier.

**3**. The differential amplifier of claim **1** further comprising a peak detector connected to said at least one of the differential outputs for a smoothed peak value of the signal, said gate of the FET being responsive to the smoothed peak value of the signal.

**4**. The differential amplifier of claim **3** further comprising an AGC amplifier for amplifying the smoothed peak value of the signal to provide an amplified smoothed peak signal, said gate of the FET being responsive to said amplified smoothed peak signal.

**5**. An optical communication link, comprising:

a photodetector for converting an optical signal into a differential current;

a differential transimpedance amplifier for converting the differential current to a differential voltage, said transimpedance amplifier having a differential input for receiving the differential current; and

an automatic gain control (AGC) circuit comprising a gain control device connected across the differential input of the transimpedance amplifier, said gain control device having an impedance that varies as a function of the differential voltage.

**6**. The optical communication link of claim **5** wherein said gain control device comprises a field effect transistor having a drain coupled to one of the differential inputs, a source coupled to the other differential input, and a gate for receiving an AGC voltage, said AGC voltage being a function of a component of the differential voltage.

**7**. The optical communication link of claim **6** further comprising a peak detector for determining a maximum amplitude of the component of the differential voltage, said gate of the field effect transistor being responsive to the maximum amplitude of the component of the differential voltage.

**8**. The optical communication link of claim **7** further comprising an AGC amplifier for amplifying the maximum amplitude of the component of the differential voltage, said gate of the field effect transistor being responsive to said amplified maximum amplitude of the component of the differential voltage.

**9**. The optical communication link of claim **5** wherein said AGC circuit comprises an AGC voltage, and the impedance of the gain control device varies as a function of the AGC voltage, said AGC voltage being substantially equal to a component of the differential voltage.

**10**. The optical communication link of claim **9** wherein said impedance of the gain control device varies inversely with the AGC voltage.

**11**. A differential transimpedance amplifier with automatic gain control (AGC), comprising:

a differential transimpedance amplifier having a differential input, a differential output, a first feedback resistor connected between one of the differential inputs and

6,084,478

7

one of the differential outputs, and a second feedback resistor connected between the other differential input and the other differential output; and

an AGC circuit comprising a rectifier having an input connected to said one of the differential outputs, and an output, an AGC amplifier having a first input connected to the output of the rectifier, a second input connected

8

to a reference point, and an output, and a field effect transistor having a drain connected to said one of the differential inputs, a source connected to the other differential input, and a gate connected to the output of the AGC amplifier.

*   *   *   *   *

# EXHIBIT 7

(12) **United States Patent**       (10) Patent No.:  **US 6,504,429 B2**

Kobayashi                            (45) Date of Patent:        **Jan. 7, 2003**

(54) **WIDE DYNAMIC RANGE TRANSIMPEDANCE AMPLIFIER**

(75) Inventor: **Kevin Wesley Kobayashi**, Torrance, CA (US)

(73) Assignee: **Sirenza Microdevices, Inc.**, Sunnyvale, CA (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/154,943**

(22) Filed:      **May 24, 2002**

(65)              **Prior Publication Data**

US 2002/0140506 A1 Oct. 3, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/712,533, filed on Nov. 14, 2000, now Pat. No. 6,404,281.

(51) Int. Cl.$^7$ ................................................ **H03F 1/36**
(52) U.S. Cl. .......................... **330/85**; 330/86; 330/282; 330/301
(58) Field of Search ........................... 330/85, 86, 282, 330/301

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,708,754 A | * | 1/1973 | Diehl | 330/85 |
| 5,398,004 A | * | 3/1995 | Kobayashi | 330/293 |
| 5,646,573 A | * | 7/1997 | Bayruns et al. | 330/59 |
| 5,995,261 A | * | 11/1999 | Asous | 359/163 |
| 6,069,534 A | * | 5/2000 | Kobayashi | 330/308 |
| 6,259,312 B1 | * | 7/2001 | Murtojärui | 327/563 |
| 6,285,259 B1 | * | 9/2001 | Franck et al. | 330/301 |
| 6,297,701 B1 | * | 10/2001 | Visocchi et al. | 330/308 |
| 6,300,833 B1 | * | 10/2001 | Vyne et al. | 330/257 |
| 6,404,281 B1 | * | 6/2002 | Kobayashi | 330/85 |

OTHER PUBLICATIONS

Integrated High Frequency Low–Noise Current–Mode Optical Transimpedance Preamplifiers: Theory and Practice, By Tongtod Vanisri et al., IEEE Journal of Solid–State Circuits, vol. 30, No. 6, Jun. 1995, pp. 677–685.
Wide–Band Integrated Optical Receiver with Improved Dynamic Range Using a Current Switch at the Input, By L.A.D. van den Broeke et al., IEEE Journal of Solid–State Circuits, vol. 28, No. 7, Jul. 1993, pp. 862–864.

* cited by examiner

*Primary Examiner*—Michael B Shingleton
(74) *Attorney, Agent, or Firm*—Christopher P. Maiorana, P.C.

(57)              **ABSTRACT**

An apparatus comprising an amplifier circuit and a control circuit. The amplifier circuit may be configured to generate an amplified signal in response to an input signal. The control circuit generally comprises a differential amplifier having (i) a first input coupled to said amplified signal and (ii) a second input coupled to a reference voltage. The control circuit may be configured to control a dynamic range of the amplifier circuit by adjusting the input signal based on (i) a loop gain of the control circuit and (ii) the reference voltage.

**20 Claims, 17 Drawing Sheets**





**FIG. 1**



**FIG. 3a**

Exhibit 7, Page 68



FIG. 2a



**FIG. 2b**



FIG. 3b

FIG. 3c



## FIG. 4



FIG. 5



**FIG. 6a**



**FIG. 6b**



## FIG. 7a



## FIG. 7b



FIG. 8



FIG. 9

Exhibit 7, Page 76



FIG. 10

**U.S. Patent**      Jan. 7, 2003      Sheet 11 of 17      US 6,504,429 B2



FIG. 11

Exhibit 7, Page 78



## FIG. 12

Exhibit 7, Page 79

**U.S. Patent**          Jan. 7, 2003          Sheet 13 of 17          US 6,504,429 B2



FIG. 13a



FIG. 13b



FIG. 14a



FIG. 14b

**U.S. Patent**          Jan. 7, 2003          Sheet 15 of 17          US 6,504,429 B2



FIG. 15a

Exhibit 7, Page 82



FIG. 15b

FIG. 15c



FIG. 16

1

# WIDE DYNAMIC RANGE
# TRANSIMPEDANCE AMPLIFIER

This is a continuation of U.S. Ser. No. 09/712,533, filed
Nov. 14, 2000 now U.S. Pat. No. 6,404,281.

## FIELD OF THE INVENTION

The present invention relates to a method and/or architecture for implementing wide dynamic range amplifiers generally and, more particularly, to a method and/or architecture for implementing transimpedance amplifiers with improved linearity and dynamic range that may be used in broadband telecom and datacom applications.

## BACKGROUND OF THE INVENTION

Wide dynamic range amplifiers are widely employed in the wireless and wireline industry. Conventional transimpedance amplifiers used in fiber optic systems must receive photo-diode currents ranging from as low as a few micro-amps to as high as a few milli-amps, while maintaining low duty-cycle distortion and minimal intersymbol interference (ISI). Conventional approaches for improving linearity and dynamic range, especially when encountering high incident input powers, include [1] automatic gain control field effect transistor (FET) amplifiers (e.g., U.S. Pat. No. 5,646,573); [2] common-base inputs stage amplifiers (e.g., Integrated High Frequency Low Noise Current Mode Optical Transimpedance Preamplifier: Theory and Practice, IEEE JSSC, June 1995, pp. 667); [3] complementary common-base input amplifiers (e.g., U.S. Pat. No. 6,069,534); and [4] differential common-base amplifiers with current switch inputs (e.g., Wide-Band Integrated Optical Receiver with Improved Dynamic Range Using a Current Switch at the Input, IEEE JSSC, Vol. 28, No. 7, July 1991, pp. 862–864), all of which are hereby incorporated by reference in their entirety.

Additionally, providing a monitor current which is linearly proportional to a received optical power is difficult. Providing a linearly proportional monitoring current is challenging due to nonlinear transimpedance gain when high incident powers and/or automatic gain control means are employed.

It would be desirable to provide a microwave monolithic integrated circuit (MMIC) amplifier which can amplify a large input signal while minimizing signal distortion. Such an amplifier is coveted by engineers who are trying to build superior radio frequency (RF) and fiber-optic receiver systems.

## SUMMARY OF THE INVENTION

The present invention concerns an apparatus comprising an amplifier circuit and a control circuit. The amplifier circuit may be configured to generate an amplified signal in response to an input signal. The control circuit generally comprises a differential amplifier having (i) a first input coupled to said amplified signal and (ii) a second input coupled to a reference voltage. The control circuit may be configured to control a dynamic range of the amplifier circuit by adjusting the input signal based on (i) a loop gain of the control circuit and (ii) the reference voltage.

The objects, features and advantages of the present invention include providing a method and/or architecture for implementing amplifiers with improved linearity and dynamic range that may (i) provide wide dynamic range in a low noise amplifier; (ii) be implemented in wireless RF applications; (iii) be implemented in a transimpedance

2

amplifier for fiber-optic applications; (iv) be implemented without sacrificing the low noise input sensitivity of conventional amplifiers; and/or (v) be used in broadband telecom and datacom applications.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects, features and advantages of the present invention will be apparent from the following detailed description and the appended claims and drawings in which:

FIG. 1 is a block diagram of a preferred embodiment of the present invention;

FIGS. 2(a–b) are detailed block diagrams of preferred embodiments of the present invention;

FIGS. 3(a–c) are transfer functions illustrating the automatic gain control operations of the present invention;

FIG. 4 is a detailed block diagram of an alternate embodiment of the present invention as applied to an inverting transimpedance amplifier;

FIG. 5 is a more detailed diagram of the present invention;

FIGS. 6(a–b) are transfer curves illustrating the linear wideband gain operations of the present invention for various average detected input current (Ipd=0–2 mA);

FIGS. 7(a–b) are transfer curves illustrating the nonlinear wideband operations of conventional amplifiers for various average detected input current (Ipd=0–2 mA);

FIG. 8 is a transfer curve illustrating the preserved low input referred noise performance of the present invention;

FIG. 9 is a transfer curve illustrating the wide dynamic range operation of the present invention;

FIG. 10 is a transfer curve illustrating the non-linear large signal operation of a conventional amplifier for various average detected input current (Ipd=0–2 mA);

FIG. 11 is a transfer curve illustrating the linear large signal operation of the present invention for various average detected input current (Ipd=0–2 mA);

FIG. 12 is a diagram of another alternate embodiment of the present invention which includes single-ended to differential conversion;

FIGS. 13(a–b) are transfer curves illustrating the linear wideband gain operations of the present invention for various input current (Ipd=0–2 mA);

FIGS. 14(a–b) are transfer curves illustrating the nonlinear wideband gain operations of conventional amplifiers for various input currents (Ipd=0–2 mA);

FIGS. 15 (a–c) are transfer curves illustrating operations of the present invention a) Ipd and Iagc versus time, b) voltage at inputs of a first stage of a differential amplifier, c) a differential output voltage; and

FIG. 16 is a transfer curve illustrating an operation of the present invention (differential output voltage and duty cycle distortion (DCD) versus input detector current).

## DETAILED DESCRIPTION OF THE
## PREFERRED EMBODIMENTS

The present invention may provide an automatic gain control circuit and/or method that employs a current switch at an input of a high sensitivity common-emitter input stage singled-ended transimpedance amplifier. The present invention may enable superior dynamic range while maintaining the intrinsic high input sensitivity of the low noise common-emitter input stage. The present invention provides automatic gain control that improves the linearity and reduces

Exhibit 7, Page 85

US 6,504,429 B2

3

the distortion of an amplified signal. The need for improved linearity and reduced distortion of an amplified signal stems from the varying incident signal power strengths that a low noise amplifier (LNA) may encounter due to varying distances and attenuations between the transmitter and receiver. In general, the present invention describes an automatic gain control implementation of a broadband transimpedance amplifier that may be used in fiberoptic receiver applications. More specifically, the present invention describes a bipolar amplifier implementation using heterojunction bipolar transistor technology.

Referring to FIG. 1, a block diagram of a circuit 100 illustrating a preferred embodiment of the present invention is shown. The circuit 100 generally comprises an amplifier block (or circuit) 102 and a control block (or circuit) 104. The circuit 102 may be implemented as a transimpedance amplifier (TIA). The circuit 102 may have an input 103 that may receive an input signal (e.g., PR_INPUT). The control circuit 104 may have an output 107 that may present a feedback signal (e.g., FB) to the input 103. The control circuit 104 may also have an input 110 that may receive a signal (e.g., VREF) and an input 112 that may receive a signal (e.g., OUTPUT) presented by an output 114 of the amplifier 102.

Referring to FIG. 2a, a more detailed diagram of the circuit 100 is shown. The circuit 100 generally comprises a diode (e.g., PD1), the amplifier block (or circuit) 102 and the control block (or circuit) 104. The control circuit 104 generally comprises a circuit 105, an amplifier block (or circuit) 106 and an output circuit 108. The control circuit 104 may be implemented as an automatic gain control circuit. The amplifier circuit 106 may be implemented as a high gain differential amplifier circuit. The circuit 102 may be implemented, in one example, as a 10 Gb/s transimpedance amplifier. In another example, the circuit 102 may be implemented as a photo-receiver that may be used for datacom and telecom applications. However, the circuit 102 may be implemented as other appropriate amplifiers to meet the design criteria of a particular implementation.

The circuit 105 generally comprises a transistor (e.g., Q1) and a bias resistor (e.g., R3). The transistor Q1 is generally configured as an emitter follower. The circuit 105 may allow direct coupling and detection of the amplified signal OUT-PUT presented by the amplifier circuit 102 to be fed into the high gain differential amplifier circuit 106. The high gain differential circuit 106 generally comprises a differential transistor pair (e.g., Q2 and Q3), a current source (e.g., Ics1), a number of emitter degeneration resistors (e.g., Rlee1 and Rlee2), and a load resistor (e.g., Rload). One of the differential transistors Q2 and Q3 generally receives the input reference VREF. The other one of the differential transistors generally receives a signal (e.g., CTR) from the circuit 105. The signal VREF may allow post production configuration of the circuit 100. Such post production configuration may compensate for process, temperature, and other fabrication variances. The signal VREF may be generated externally by a device (not shown) such as a microprocessor, a digital-to-analog converter (DAC) or other appropriate device needed to meet the design criteria of a particular implementation.

The resistors Rlee1 and Rlee2 may be adjusted for optimal loop gain and sensitivity as well as stability (to be described in more detail in connection with FIGS. 3(a–c)). A low pass filter response may be provided by a capacitor (e.g., Cfilter) that may be connected to a collector of the transistor Q3. The capacitor Cfilter generally integrates the detected signal introduced into a base of the transistor Q1.

4

Furthermore, the high frequency components of the amplified signal are generally filtered as determined by a capacitance value of the capacitor Cfilter. The circuit 108 generally comprises a transistor (e.g., Q4), a resistor (e.g., R1) and a resistor (e.g., R2). The transistor Q4 may be configured as an emitter follower. The circuit 108 is generally implemented to tap out the filtered signal on the collector of the transistor Q3.

Another integration capacitor (e.g., Cdet) may be implemented to further filter and integrate the signal FB. The size of the capacitor Cdet and the capacitor Cfilter may be adjusted in order to filter out the high frequency content of the amplified signal as well as to set the integration time constant of the control circuit 104. The integrated output FB taken from the voltage divider provided by the resistors R1 and R2 may be directly fed into a variable current source transistor (e.g., QFB) through a resistor (e.g., RB). An emitter resistor (e.g., RE) on the emitter of the transistor QFB may (i) prevent excessive current through the transistor QFB and (ii) provide control loop stability. An isolation resistor (e.g., Risolation) may be used to reduce the parasitic capacitance loading of the input of the amplifier 102 due to the collector to base parasitic capacitance "Ccb" and the collector to emitter parasitic capacitance "Cce" of the transistor QFB. A typical value for the resistor Risolation may be between 50 and 200 ohms, more preferably between 75 and 150 ohms, and most preferably around 100 ohms.

The operation of the automatic gain control (AGC) circuit 104 may be adjusted by varying the resistors RE, Rlee1, Rlee2 and Rload for loop gain. The capacitors Cfilter and Cdet may be varied to adjust low pass filtering and set the integration time constant of the amplified detected signal at the output of the amplifier 102. The threshold at which the variable current source transistor QFB turns on may be set by the resistor divider ratio of R1 and R2.

Referring to FIG. 2b, a block diagram 100 of another preferred embodiment of the present invention is shown. The present invention further includes an apparatus for monitoring received optical power through a monitor current. The monitor current may be proportional to the induced photocurrent at the input 103 of the transimpedance amplifier 102. Such an implementation allows the end user the ability to track and monitor the exact signal strength of the optical power received. Additionally, the present invention may facilitate the employment of closed loops utilized to level incident input powers as well as monitor the traffic through an array of receivers in an optical network.

In a case where a high optical power is received and automatic gain control is employed with the TIA 102 (to improve the dynamic range), the output voltage of the TIA 102 generally becomes non-linearly related to the input photocurrent. The non-linear relation of the output voltage may make it difficult to utilize the transimpedance amplifier output voltage to linearly track and monitor the input photocurrent and optical input power. In a case where automatic gain control is employed and a nonlinear transimpedance versus input power results, a device for producing a monitor current or voltage which is linearly related to the incident photocurrent is desired. The circuit 100 of FIG. 2b may provide such desired functions when applied to an automatic gain control TIA.

The circuit 100 of FIG. 2b further comprises a circuit 110. The circuit 110 may be implemented as a current monitoring circuit. The circuit 110 generally comprising a transistor (e.g., QMON) and a resistor (e.g., RE·N). The circuit 110 may provide a current mirror transistor (e.g., the transistor

5

QMON) with a gain of 1/N, where N is defined as the ratio of an emitter area of transistor QFB and an emitter area of the transistor QMON. An emitter degeneration resistor (e.g., the resistor RE·N) coupled to the emitter of the transistor QMON may be set at a value which is N times the emitter degeneration resistor RE of the transistor QFB. As the automatic gain control circuit 104 detects a strength of the output signal OUTPUT and induces a collector current through the transistor QFB, which is approximately equal to the induced photocurrent at the input 103 of the TIA 102, the current mirror 110 may provide a scaled current (e.g., Imon). The scaled current Imon may be approximately equal to the induced (received) photocurrent Ipd divided by the current mirror gain, N. The current Imon may be accessed or monitored by connecting an ammeter at a node 112 for measuring the DC current. In this manner, the circuit 100 may allow incident optical power monitoring in the instance where AGC is employed with a TIA. The circuit 100 of FIG. 2b generally provides the end user with a monitoring current Imon that is linearly proportional to the induced photocurrent and received optical input power. Additionally, the monitoring current Imon may be utilized within a control loop.

FIGS. 3(a–c) illustrate the AGC current (e.g., I_AGC.i of the current switch transistor QFB) vs. the optically induced input photo-detector current (e.g., Ipd from the diode Pd1) for various values of the resistor R2. For smaller values of the resistor R2, the AGC current I_AGC.i begins to turn on at a higher input photo-diode current Ipd. In this manner, the dynamic range of the circuit 100 may be increased. When the resistor R2 is equal to 7.2 Kohms (FIG. 3a), a higher photo-diode input current can be handled without distortion. However, an additional 0.1 mA of shot noise may be contributed due to the quiescent bias current of the transistor QFB when the current Ipd is zero. When the resistor R2 is equal to 5 Kohms (FIG. 3b), there will be no shot noise contribution due the quiescent bias current of the transistor QFB until the input current Ipd reaches 0.1 mA. However, duty-cycle distortion and ISI may be slightly increased for higher current Ipd where the current I_AGC.i is slightly compromised relative to the case where the resistor R2 is equal to 7.2 Kohms. FIG. 3c illustrates a possible optimum case where both low shot noise contribution at Ipd=0 and low distortion at high input Ipd are achieved.

The circuit 100 provides a conceptual diagram of a high dynamic range photo-receiver which comprises the photo-detector diode Pd1, the transimpedance amplifier 102 and the automatic gain control circuit 104. The automatic gain control (AGC) circuit 104 is applied to a non-inverting amplifier which is represented by the amplifier 102 and the transimpedance feedback resistor RFB. The AGC circuit 104 may be specifically configured to detect the signal strength of the optically induced photodiode Pd1 and the feedback signal FB. The feedback signal may be a DC signal proportional to the bipolar transistor QFB. The transistor QFB may act as a variable current source at the input of the TIA 102 and may shunt the overdrive photo-diode current Ipd to ground instead of into the input of the amplifier 102.

Compared to the approach cited in [1], the circuit 100 reduces the input photo current excitation presented to the input of the amplifier 102 when large optical power is incident on the photo-diode detector Pd1. The circuit 100 may be implemented instead of employing a variable resistor feedback element such as a variable resistor of the FET channel conduction to variably change the feedback gain of the transimpedance amplifier as disclosed in [1]. In this manner, the circuit 100 addresses the root cause of the

6

nonlinearity. In particular, the effect of the excessively high input photo current excitation is reduced at the input of the amplifier 102 before the signal has a chance to become distorted during amplification. Most conventional amplifiers typically attenuate the large incident input signal by variably adjusting the gain of the preamplifier in order to reduce the signal amplitude introduced to subsequent amplifier stages. In contrast, the circuit 100 attenuates the signal PR_INPUT before being presented to the amplifier 102.

Compared to the current switch linearizer cited in [4], the circuit 100 comprises a single ended current switch coupled to the single-ended input of an inherently lower noise common-emitter input stage. In contrast, [4] implements a differential current switch applied to an inherently noisier differential common-base input stage of a transimpedance amplifier. The circuit 100 accomplishes a high dynamic range without compromising input sensitivity by applying the current switch QFB to quieter single-ended common-emitter input stage of the amplifier 102. In addition, the current switch QFB shunts the excessive input excitation current to ground, whereas the differential current switch of [4] shunts the excessive input excitation current to the output.

Referring to FIG. 4, an example of a circuit 100' is shown implementing an inverting transimpedance amplifier. The circuit 100' may be similar to the circuit 100. The circuit 100' illustrates an amplifier 102' implemented as an inverting amplifier where the voltage swing of the signal OUTPUT is out of phase with the voltage swing of the signal PR_INPUT. The primary difference between the circuit 100' (FIG. 4) and the circuit 100 (FIG. 2a) is that the load resistor Rload is attached to the collector of the transistor Q2. Additionally, the filter capacitor Cfilter is also applied to the collector of the transistor Q2. The operation of each of the other elements is generally similar to the operation described in connection with the circuit 100 of FIGS. 2(a–b).

Referring to FIG. 5, a detailed diagram of the circuit 100 is shown illustrating a detailed topology of a non-inverting TIA implementation. The amplifier 102 generally comprises a transistor QA, a transistor QB, a transistor QC, a resistor REEA, a resistor REEB, a resistor REEC, a resistor RF1, a resistor RF2 and a resistor RL. The resistors REEA, REEB, REEC may be emitter degeneration resistors for adjusting gain and bandwidth. The resistors RF1 and RF2 may be parallel feedback resistors also used for adjusting gain and bandwidth. The resistor RL may be a load resistor. While a specific implementation of the amplifier 102 is shown, variations may be made to meet the design criteria of a particular implementation. All other components are generally similar in function to those described in FIGS. 2(a–b).

Referring to FIGS. 6–11, various performance plots of the circuit 100 are shown. FIGS. 6a and 6b illustrate a 50 ohm gain db(S(2,1)) and effective transimpedance amplification of the circuit 100 over an average input photo-detector current Ipd ranging from 0 to 2 mA. In one example, the circuit 100 may be implemented in a heterojunction bipolar transistor (HBT) device technology which has a typical frequency of 35 GHz and a maximum frequency of 50 GHz. The effective transimpedance gain incorporates the model of a typical photo diode (Cpd=0.3 pF and Rcontact=15 ohms). However, other process technologies and/or parameters may be used to meet the design criteria of a particular implementation. FIG. 6a illustrates a gain (12 dB) and a bandwidth (11 GHz) response of the amplifier 102 that is insensitive or unaffected by changes in average current Ipd up to 2 mA. FIG. 6b illustrates a transimpedance gain (45 dB-ohm) and a bandwidth (12.5 GHz) that is also generally

7

impervious to average current Ipd up to 2 mA. The immunity to current variations is due to the employment of the control circuit 104.

FIGS. 7a and 7b illustrate the effect of high incident photo-current Ipd on the non-inverting amplifier 102 without the employment of the control circuit 104. The various traces represent different current values. As illustrated, the gain and transimpedance of the TIA 102 becomes very sensitive to photo diode input excitation with gross distortion in gain and bandwidth. Consequently, the TIA 102 alone would be inadequate for most fiberoptic applications. While some conventional approaches offer bipolar topology solutions to such gross distortions (such as the common-base [2], complementary common-base [3], and differential common-base [4] topology approaches), such conventional approaches all suffer from high input referred noise due to the high input shot noise generated by emitter current Ie (In=2q*Ie). Thus, the circuit 100 may also preserve the low noise performance of a low noise TIA topology while extending an upper dynamic range.

FIG. 8 illustrates the broadband input referred noise performance of the circuit 100 which obtains <7.5 pA/sqrt (Hz) noise performance up to 10 GHz. The performance of the circuit 100 is typically a factor of 2 better than the common-base approach cited in [2] and [3]. The corresponding dynamic range of the circuit 100 is shown in FIG. 9. Signal to noise ratios in excess of 10 dB can be obtained with as little as 10 uAs of average input photo-detector current.

At higher currents Ipd, the dynamic range limitation is waveform distortion measured in duty-cycle distortion (e.g., measured in percent of absolute time or percentage of total bit period compared to a 50% duty cycle ideal waveform) or BER (e.g., bit error rate, measured in bit errors per second). The general waveform distortion is illustrated in FIGS. 10 and 11 which illustrate the output waveform qualitative distortion characteristics for various Ipd inputs at a maximum data rate of 10 Gb/s. In particular, FIG. 10 shows that duty-cycle and waveform distortion is apparent when input photo-detector current is increased for the TIA without the AGC employed. As the current Ipd increases beyond 0.6 mA, the waveform starts to look asymmetrical with very poor duty cycle distortion (compared to the ideal 50% duty cycle sine wave). FIG. 11 illustrates the preservation of the signal linearity when the control circuit 104 is employed. A symmetrical sinusoidal waveform is preserved over a current Ipd range from 0.1 to 2 mA. Quantitatively, the duty cycle distortion improves from 36 pS (18%) for the case without the circuit 104 to less than 2 pS (1%) when implementing the control circuit 104.

Referring to FIG. 12, a circuit 100" is shown illustrating an alternate embodiment that can be extended to another application where two differential outputs are needed. The circuit 100" may be similar to the circuit 100. The circuit 100" provides singled-ended to differential conversion in order to obtain a differential output. The circuit 100" may additionally implement a single-ended to differential conversion circuit 120 and a number of cascaded output differential amplifiers 122a–122n (e.g., DIFFAMP1–DIFFAMP3).

The circuit 120 generally converts a single ended signal (e.g., PD_INPUT) to a differential signal presented to the amplifiers 122a–122n. The separate transistors Q11 and Q12 drive separate inputs to the differential amplifiers 122a–122n. The transistor Q11 and the transistor Q12 are generally configured as emitter followers. The transistor Q11, the resistor Rf11 and the resistor Rf12 generate a first

8

portion of the differential signal. The transistor Q12, the resistor Rf21 and the resistor Rf22 generate a second portion of the differential signal. The capacitor Cdiff1 generally provides filtering. Therefore, the converter circuit 120 generally provides a balanced differential signal.

The single-ended to differential conversion circuit 120 is basically a differential amplifier which is driven single-endedly at a first input with a second input bypassed to ground. The circuit 120 may allow the DC bias voltage of the bypassed input to track the DC average voltage of the single-ended driven input in order to minimize DC voltage offset and associated duty-cycle distortion at the differential outputs. Outputs of the voltage divider resistors Rf11, Rf12, Rf21 and Rf22 are fed directly to the complementary inputs of the succeeding differential amplifier 122a (DIFFAMP1). The first input of the differential amplifier 122a may be bypassed to ground with a bypass capacitor (e.g., Cdiff1). The second input of the differential amplifier 122a is driven by the signal directly without a bypass capacitor.

The differential amplifier 122a may be essentially driven single-endedly. The capacitance value of bypass capacitor Cdiff1 may be chosen in order to produce a DC voltage bias which is roughly proportional to the DC average voltage of the incoming data signal at the other input of the differential amplifier 122a. The bypass capacitor Cdiff1 is generally connected to voltage divider comprised of resistors Rf21 and Rf22, the value of which sets the integration time constant of the "RSS" detection leg. Resistor Rf21 is generally required to ensure that the single-ended input to the amplifier 122a is delivered a DC average voltage and not a DC peak voltage. The DC voltage produced at the input of differential amplifier 122a is essentially equal to the DC average voltage of the other input which varies with varying signal strength. Thus, the circuit 100" minimizes the DC offset at the input of the differential amplifier 122a and inhibits the propagation of duty-cycle distortion and ISI through subsequent differential amplifier stages (e.g., the differential amplifiers 122b and 122n). An optional AC coupling capacitor (e.g., Cf11) can be implemented to bypass the resistor Rf11 in order to recover the gain lost by the voltage division produced by the resistors Rf11 and Rf22 on the direct signal path.

FIGS. 13a and 13b illustrate the gain and transimpedance performance of the circuit 100" for average input photo-detector currents ranging from 0 to 2 mA. FIGS. 13a and 13b illustrates that both the gain and transimpedance are generally impervious to input photo-detector currents up to 2 mA. FIG. 13a illustrates that the 50 ohm gain db(S(2,1)) is nominally 27.5 dB with a bandwidth>12 GHz. FIG. 13b illustrates that the transimpedance is 60 (dB-ohm) single-ended and (66 dB-ohm) differential with a bandwidth of>10 GHz.

FIGS. 14a and 14b illustrates the multistage circuit 100" circuit without the employment of the AGC circuit 104". FIGS. 14a and 14b illustrate the dramatic distortion in gain and transimpedance with increasing input signal strength which is inadequate for most practical fiber optic applications.

FIGS. 15a, 15b and 15c illustrate the operation of the circuit 100" under an average input photo-detector current of 0.8 mA at 10.7 Gb/s. FIG. 15a illustrates the AGC.i current switch (QFB) current which rises to the average photo-diode input current in order to linearize the TIA stage. FIG. 15b illustrates the input signals to the differential amplifier 122a (DIFF AMP1) where one input receives the signal and the other input obtains the DC average of the signal in order to

9

10

minimize output DC offset voltage which can produce undesirable output waveform distortion. FIG. 15c is the associated output waveform and illustrates a duty-cycle distortion (DCD) of 4 pS peak-to-peak. A typical DCD of >8 pS is predicted for the case without the employment of the AGC circuit **104**.

FIG. 16 illustrates the duty-cycle distortion versus average input current Ipd. For average input currents of 0.8 mA or 1.6 mA peak-to-peak, a DCD of <6 pS is obtained. The associated waveform measurement is given as an example.

The present invention describes a circuit and/or method for achieving wide dynamic range of a low noise amplifier for wireless RF applications or a transimpedance amplifier for fiber-optic applications, without sacrificing the low noise input sensitivity of the amplifiers. More specifically, the present invention describes a unique automatic gain control which improves the linearity and reduces the distortion of a received amplified signal. The need for improved linearity and reduced distortion stems from the varying incident signal power strengths that a low noise amplifier (LNA) must encounter due to varying distances and attenuations between the transmitter and receiver.

In particular, the present invention describes an automatic gain control that may be used with a broadband transimpedance amplifier intended for use in fiber-optic receiver applications, and more specifically a bipolar amplifier implementation using heterojunction bipolar transistor technology.

While the invention has been particularly shown and described with reference to the preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made without departing from the spirit and scope of the invention.

What is claimed is:

**1**. An apparatus comprising:

an amplifier circuit configured to generate an amplified signal in response to an input signal; and

a control circuit comprising a differential amplifier having (i) a first input coupled to said amplified signal and (ii) a second input coupled to a reference voltage, wherein said control circuit is configured to control a dynamic range of said amplifier circuit by adjusting said input signal in response to (i) a loop gain of said control circuit and (ii) said reference voltage.

**2**. The apparatus according to claim **1**, wherein said reference voltage is adjustable after fabrication of said apparatus.

**3**. The apparatus according to claim **1**, wherein said amplifier circuit comprises a transimpedance amplifier.

**4**. The apparatus according to claim **1**, wherein said dynamic range is further controlled in response to a magnitude of said amplified signal.

**5**. The apparatus according to claim **1**, wherein said control circuit further comprises:

an output circuit configured to contribute to controlling said amplifier circuit by averaging an output of said differential amplifier.

**6**. The apparatus according to claim **1**, wherein said control circuit further comprises:

a coupling circuit configured between said amplifier circuit and said differential amplifier, said coupling circuit configured to sample said amplified signal.

**7**. The apparatus according to claim **1**, wherein said control circuit further comprises:

a feedback device configured between said input signal and a ground, wherein said feedback device is config-

ured to limit said input signal by shunting a portion of said input signal to said ground.

**8**. The apparatus according to claim **7**, wherein said feedback device comprises a single-ended current switch.

**9**. The apparatus according to claim **1**, wherein said amplifier circuit is configured to provide low noise input sensitivity and (ii) said control circuit is configured to reduce distortion of said amplified signal.

**10**. The apparatus according to claim **1**, wherein said control circuit is configured to improve linearity of said amplified signal.

**11**. The apparatus according to claim **1**, wherein said loop gain is adjustable.

**12**. The apparatus according to claim **1**, wherein said control circuit is configured to minimize a DC offset of said input signal and inhibit propagation of duty-cycle distortion and intersymbol interference (ISI).

**13**. The apparatus according to claim **1**, further comprising:

a single ended to differential ended conversion circuit configured to generate a differential signal in response to said amplified signal.

**14**. The apparatus according to claim **13**, wherein said single ended to differential ended conversion circuit comprises a first and second transistor, each configured as emitter followers.

**15**. The apparatus according to claim **1**, wherein said control circuit is further configured to monitor optical power through a monitoring current.

**16**. The apparatus according to claim **1**, wherein said control circuit further comprises a feedback transistor configured to operate as a controlled current switch, sourcing current proportional to a detected current when a threshold current is exceeded.

**17**. The apparatus according to claim **1**, wherein:

said amplifier circuit comprises a transimpedance amplifier and a feedback resistor coupled to an input and an output of said transimpedance amplifier; and

said control circuit comprises a plurality of transistors, wherein a first at least one of said plurality of transistors is coupled to said input of said transimpedance amplifier and a second at least one of said plurality of transistors is coupled to said output of said transimpedance amplifier, each of said plurality of transistors having one or more resistors coupled to an emitter.

**18**. The apparatus according to claim **1**, wherein said control circuit comprises:

a feedback transistor having a collector coupled to a first side of an isolation resistor, an emitter coupled to a first side of an emitter resistor and a base coupled to a first side of a base resistor, a second side of the isolation resistor coupled to said input signal, a second side of the emitter resistor coupled to a ground and a second side of the base resistor coupled to a feedback signal;

a coupling circuit comprising a first transistor having a collector coupled to a power supply, an emitter coupled to a first side of a first resistor and a base coupled to said amplified signal, wherein a second side of the first resistor is coupled to said ground;

a differential amplifier circuit comprising (i) a first capacitor (ii) a second transistor having a collector coupled to said power supply, an emitter coupled to a first side of a first emitter degeneration resistor and a base coupled to said emitter of said first transistor and (iii) a third transistor having a collector coupled to said first capacitor and a load resistor, an emitter coupled to a first side

US 6,504,429 B2

11

12

of a second emitter degeneration resistor and a base coupled to said reference voltage, wherein a second side of said first and second emitter degeneration resistors are coupled to said ground; and

an output circuit comprising a second capacitor and a fourth transistor having a collector coupled to said power supply, an emitter coupled to one or more third resistors and said second capacitor and a base coupled to said collector of said third transistor, wherein said emitter of said fourth transistor is configured to generate said feedback signal.

19. A control circuit configured to control an amplifier configured to generate an amplified signal in response to an input signal, said control circuit comprising:

a differential amplifier having (i) a first input coupled to said amplified signal, and (ii) a second input coupled to a reference voltage;

a feedback device configured between said input signal and a ground, wherein said feedback device is config-

ured to limit said input signal and said control circuit adjusts said input signal in response to a magnitude of said amplified signal and said reference voltage; and

a monitor circuit comprising a current mirror configured to generate a monitor current linearly proportional to received optical power in response to said amplified signal.

20. A method for implementing an amplifier with wide dynamic range comprising the steps of:

(A) generating an amplified signal in response to an input signal; and

(B) controlling said dynamic range by adjusting said input signal in response to a control circuit loop gain and a reference voltage, wherein said control circuit comprises a differential amplifier having (i) a first input coupled to said amplified signal and (ii) a second input coupled to said reference voltage.

* * * * *

# EXHIBIT 8

US007605660B1

(12) **United States Patent**

Kobayashi

(10) **Patent No.:**     **US 7,605,660 B1**

(45) **Date of Patent:**        **Oct. 20, 2009**

(54) **LINEAR MULTI-STAGE TRANSIMPEDANCE AMPLIFIER**

(75) Inventor: **Kevin W. Kobayashi**, Torrance, CA (US)

(73) Assignee: **RF Micro Devices, Inc.**, Greensboro, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/938,721**

(22) Filed: **Nov. 12, 2007**

(51) **Int. Cl.**
 *H03F 3/08* (2006.01)

(52) **U.S. Cl.** ...................... 330/308; 330/278; 330/291; 330/254

(58) **Field of Classification Search** ................. 330/308, 330/278, 291, 254
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,532,471 A | | 7/1996 | Khorramabadi et al. . 250/214 A |
| 5,912,586 A | * | 6/1999 | Mitzlaff ...................... 330/149 |
| 6,081,603 A | * | 6/2000 | Engh et al. ................. 381/120 |

| | | | |
|---|---|---|---|
| 6,297,701 B1 | | 10/2001 | Visocchi et al. ............. 330/308 |
| 6,404,281 B1 | | 6/2002 | Kobayashi .................... 330/85 |
| 6,504,429 B2 | * | 1/2003 | Kobayashi .................... 330/85 |
| 6,720,827 B2 | | 4/2004 | Yoon ........................... 330/85 |
| 7,148,749 B2 | * | 12/2006 | Rahman et al. ............. 330/279 |
| 7,265,626 B2 | * | 9/2007 | Teo et al. ................... 330/279 |
| 7,342,454 B2 | * | 3/2008 | Sekimoto et al. ............ 330/279 |

* cited by examiner

*Primary Examiner*—Patricia Nguyen
(74) *Attorney, Agent, or Firm*—Withrow & Terranova, P.L.L.C.

(57) **ABSTRACT**

An apparatus comprising a first amplifier circuit, a detect circuit, a control circuit and a second amplifier circuit. The first amplifier circuit may be configured to generate an amplified signal in response to an input signal. The detect circuit may be configured to generate a feed-forward signal in response to the amplified signal. The control circuit may be configured to generate a dynamic control signal in response to the feed-forward signal. The second amplifier circuit may be configured to generate an output signal in response to (i) the amplified signal and (ii) the dynamic control signal. The control circuit may be configured to control a gain of the second amplifier circuit by adjusting a magnitude of the dynamic control signal.

**21 Claims, 9 Drawing Sheets**





Standard 40G
TIA

# FIG. 1



## FIG. 2



**FIG. 3**



FIG. 4



## FIG. 5



## FIG. 6a



## FIG. 6b



# FIG. 7a



# FIG. 7b



# FIG. 7c



## FIG. 8a



## FIG. 8b



## FIG. 8c



FIG. 9a



FIG. 9b



FIG. 9c

US 7,605,660 B1

**1**

# LINEAR MULTI-STAGE TRANSIMPEDANCE AMPLIFIER

## FIELD OF THE INVENTION

The present invention relates to amplifiers generally and, more particularly, to a method and/or apparatus for implementing a linear multi-stage transimpedance amplifier.

## BACKGROUND OF THE INVENTION

As fiber optic data transmission speeds increase, higher linearity will be needed from physical media dependent (PMD) Integrated Circuits (ICs) such as transimpedance amplifiers, modulators and/or laser drivers. In particular, higher linearity transimpedance amplifiers will be needed to support higher order modulation schemes such as differential phase-shift keying (DPSK) or binary phase-shift keying (BPSK), electronic dispersion compensation (EDC), and burst mode data transmission systems.

One conventional solution for implementing a wide dynamic range transimpedance amplifier uses a DC restore topology for linearizing a single-ended pre-amplifier stage of a multi-stage transimpedance amplifier. In addition, the transimpedance amplifier offset correction under power drive (which does not use feedback), enables such correction to be applied to a 40 Gigabit per second (Gbs) burst-mode transimpedance amplifier. However, such an implementation has room for overall linearity improvement.

Conventional approaches for linearizing the second stage of a transimpedance amplifier often implement a differential limiter amplifier. Such an implementation typically has used some sort of signal detection near the output of the transimpedance amplifier that is fed back to an intermediate stage configured for automatic gain control.

A differential limiter amplifier also allows the integration of a differential offset correction using a common detection circuit. However, because the detection is done near the output, significant distortion of the signal occurs before the automatic gain control loop can effectively reduce the signal to reduce the distortion. This may lead to residual or multiplicative distortion. In addition, feedback automatic gain control is not conducive of high performing burst-mode transimpedance amplifier operation due to the delay in the feedback signal.

Referring to FIG. **1**, a block diagram of a conventional transimpedance amplifier is shown. Typically a multi-stage transimpedance amplifier designed for 40 Gbs is fabricated in high speed SiGe, CMOS, InP HBT, or PHEMT technologies. Most implementations use three stages to obtain the desired high transimpedance gain. The three stages include a transimpedance amplifier preamplifier followed by a differential VGA (or post or limiting) amplifier. The differential amplifier section connects to an output buffer stage to interface with a 50 ohm system. When implementing a design in silicon technologies, the first stage is usually a differential amplifier due to the lack of backside vias or good single-ended grounds. When implementing a design in InP or GaAs HBTs or PHEMTs, the first stage is normally single-ended and will use a DC restore loop to linearize the input stage.

For a silicon differential input transimpedance amplifier preamplifier employment, a DC compensation loop is usually fed back to the unused differential input, similar to what is depicted for the VGA stage in FIG. **1**, but wrapped all the way to a preceding differential input preamplifier stage. In most conventional approaches, the DC compensation loop shown in FIG. **1** will be implemented where a signal is detected at the output buffer stage (or a stage close to the output so a significant signal is detected). The DC compensation loop will be fed back to the un-driven port of a preceding differential amplifier VGA stage which is driven single-endedly. Such a loop corrects the output offset created from driving only one input of a VGA stage. Such a loop improves duty cycle distortion caused by imbalanced excitation of the VGA stage.

In order to linearize the operation of the VGA stage (assuming the transimpedance amplifier preamplifier output has already been linearized in the case of a preceding single-ended transimpedance amplifier), a signal level is usually also detected at or near the output buffer stage and is fed back to an automatic gain control port of a VGA amplifier stage that has gain control capability.

It would be desirable to enhance the linearity of the second stage of a transimpedance amplifier to support DPSK modulation and/or electronic dispersion compensation (EDC) applications in a manner that may also be compatible with burst-mode operation.

## SUMMARY OF THE INVENTION

The present invention concerns an apparatus comprising a first amplifier circuit, a detect circuit, a control circuit and a second amplifier circuit. The first amplifier circuit may be configured to generate an amplified signal in response to an input signal. The detect circuit may be configured to generate a feed-forward signal in response to the amplified signal. The control circuit may be configured to generate a dynamic control signal in response to the feed-forward signal. The second amplifier circuit may be configured to generate an output signal in response to (i) the amplified signal and (ii) the dynamic control signal. The control circuit may be configured to control a gain of the second amplifier circuit by adjusting a magnitude of the dynamic control signal.

The objects, features and advantages of the present invention include providing a system that may (i) improve the overall linearity of a multi-stage transimpedance amplifier, (ii) combine automatic gain for the immediate successive differential stage after a linearized DC restored input pre-amplifier stage, (iii) combine a common signal detection network for both (a) DC restore linearization and (b) feed-forward automatic gain control of the first successive differential stage, (iv) employ feed-forward automatic gain control using early detection, (v) employ a delay element in the feed-forward path in order to reduce distortion due to simultaneous amplitude modulation due to (a) the first DC restore feedback loop and (b) the feed-forward gain control, and/or (vi) employ the feed-forward control signal in a two stage (e.g., Cherry-Hooper) differential feedback amplifier.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects, features and advantages of the present invention will be apparent from the following detailed description and the appended claims and drawings in which:

FIG. **1** is a block diagram of a conventional multi-stage transimpedance amplifier;

FIG. **2** is a block diagram of a basic embodiment of the present invention;

FIG. **3** is a more detailed diagram of the present invention;

FIG. **4** is a more detailed diagram of an alternate embodiment of the present invention;

FIG. **5** is a block diagram of the variable gain amplifier stage implemented as a two stage differential feedback amplifier;

US 7,605,660 B1

3

FIG. **6** is an illustration of the gain control response of the transimpedance amplifier of FIG. **3**;

FIG. **7** is an illustration of a simulated eye response without a feedback DC restore loop and without a feed-forward automatic gain control;

FIG. **8** is an illustration of a simulated eye response with feedback DC restore but without feed-forward automatic gain control; and

FIG. **9** is an illustration of a simulated eye response with feedback DC restore and with feed-forward automatic gain control.

DETAILED DESCRIPTION OF THE PREFERRED
EMBODIMENTS

The present invention provides detection and adjustment in a transimpedance amplifier application early in the signal path. The signal detection is normally provided just after a preamplifier stage, and is fed forward towards a successive stage. The feed-forward may provide gain reduction when a large signal is present. With such a configuration, gain control leveling is done earlier without feedback. Such a configuration may be desirable for burst-mode implementation and may enable greater product applicability.

The present invention may provide a number of improvements over existing approaches. DC compensation may be accomplished by detecting a signal at the transimpedance amplifier (TIA) preamplifier output, then splitting and feeding forward an average DC level of equal amplitude to both sides of the successive VGA amplifier stage. In one example, DC restore feedback and feed-forward gain control signals may be simultaneously generated from a detection circuit. The detection is done early in the gain chain near the transimpedance amplifier output to prevent multiplicative distortion in successive stages that could disturb an output detection circuit. Through a specific network, one control signal is fed back through a DC restore network for preserving linearity under high optical excitation, and another control signal is fed forward to a post amplifier variable gain amplifier (VGA) in a specific manner for preserving the signal linearity of the first input differential pair of the VGA. The feed-forward may involve using a two stage differential feedback VGA amplifier. Such an amplifier may optimally achieve small signal gain-bandwidth, and may implement gain control of the output differential pair to maintain linearity under large signal excitation.

The present invention may improve the overall linearity of a multi-stage transimpedance amplifier by combining automatic gain of the immediate successive differential stage after a linearized DC restored input pre-amplifier stage. The present invention may combine a common signal detection network after the preamplifier for both DC restore linearization feedback of the preamplifier and feed-forward automatic gain control (AGC) of the first successive differential stage for improving linearity and transimpedance amplifier overload.

The present invention may employ feed-forward automatic gain control using early signal detection, compared with conventional later detection and a feedback automatic gain control. A delay element may be implemented in the feed-forward path in order to reduce distortion due to simultaneous AM modulation of the signal envelop due to (i) the first DC restore feedback loop, and (ii) the feed-forward gain control. In one example a feed-forward control signal may be presented to a two stage (e.g., Cherry-Hooper) differential feedback amplifier may be implemented where the automatic gain

4

control signal is applied to the second differential pair for controlling the amount of feedback to the first stage.

Referring to FIG. **2**, a block diagram of a circuit **100** is shown in accordance with a preferred embodiment of the present invention. The circuit **100** may be implemented as a wide dynamic range (e.g., 40 Gbs) transimpedance amplifier. The circuit **100** includes a block (or circuit) **102**, a block (or circuit) **104**, a block (or circuit) **106**, and a block (or circuit) **108**. The circuit **102** may be implemented as an input section. The circuit **102** generally comprises an amplifier **110** and a block (or circuit) **112**. The amplifier **110** may be implemented as a preamplifier transimpedance amplifier. The circuit **112** may be implemented as a detection and DC restore stage. The circuit **104** may be implemented as a converter circuit. In one example, the circuit **104** may be implemented as a single-ended to differential converter circuit. The circuit **106** may be implemented as a feed-forward circuit. The circuit **108** may be implemented as an amplifier. In one example, the circuit **108** may be implemented as a variable gain amplifier. In another example, the circuit **108** may be implemented as a two stage differential feedback amplifier.

Various elements of the circuit **100**, such as the pre-amplifier circuit **102** and the single-ended to differential converter circuit **104**, are described in U.S. Pat. No. 6,504,429 and U.S. Pat. No. 6,404,281, which are hereby incorporated by reference in their entirety. The details of the preamplifier circuit **102** and single-ended to differential converter circuit **104** will not be discussed in detail, except in relation to the present invention and/or applications of the present invention.

The present invention involves combining a common-detector to create an additional feed-forward control signal to vary the gain of a following differential post amplifier in order to improve the linearity of the next successive differential pair (in the signal path) just after the output of the preamplifier **110**. Using a common detector point for both of these functions reduces the effects of the parasitic loading of multiple detector tap points along the signal path through the multi-stage amplifier. Employing the detector circuit **112** earlier in the multi-stage amplifier chain allows a clean and effective implementation of both DC restore and optional automatic gain control functions. Detection earlier in the signal path normally allows a more accurate determination of signal level strength before non-linear distortion occurs. The further down the chain toward the output that a detector is placed, the more effect the non-linear distortion will have on the detection function.

The circuit **110** generally comprises an input **120** and an output **122**. The input **120** may receive a signal (e.g., PR_INPUT). The output **122** may present a signal (e.g., CTR). The circuit **112** may have an output **124**, an input **126**, an input **128**, and an output **130**. The output **124** may present a signal (e.g., FB) that may be combined with the signal PR_INPUT and presented to the input **120**. The signal FB may be an optional control signal that may not be implemented in particular embodiments. The input **126** may receive a reference signal (e.g., VREF). The output **130** may present a signal (e.g., FF). The input **128** may receive the signal CTR. The signal FF may be a feed-forward signal. The detection circuit **112** normally detects a signal level of the signal CTR generated by the preamplifier transimpedance amplifier **110**. The feed-forward signal FF is normally presented to the circuit **106**.

The circuit **106** may be a feed-forward circuit configured to provide one or more of the following (i) convert from voltage to current, (ii) employ an adjustable delay for optimizing the effectiveness of the feed-forward signal, (iii) filter high frequency noise, and/or (iv) produce a DC tail current to a differential pair amplifier of a post VGA or limiting differen-

US 7,605,660 B1

5

tial amplifier that follows the preamplifier TIA. In one example, the variable gain amplifier **108** may be implemented as a two stage differential feedback amplifier.

The present invention may employ a common detector to produce control signals for both feedback DC restore and a feed-forward automatic gain control function. A delay may be used in the feed-forward control path to optimize the effectiveness of the automatic gain control function in various applications including burst-mode operation. The feed-forward signal FF controls the second differential pair of the 2-stage feedback amplifier for adjusting (e.g., reducing) the amount of feedback signal amplitude that is presented to the first differential pair of the combined 2-stage feedback amplifier. This controlled amount of feedback reduces the level of distortion produced at the collector output of the first differential pair of the 2-stage feedback amplifier for producing a more linear amplified signal response.

Referring to FIG. **3**, a more detailed diagram of the circuit **100** is shown. The circuit **110** generally comprises an amplifier **110'** and a resistor. The resistor RFB may be implemented as a feedback resistor. In one example, the amplifier **110'** may be implemented as a non-inverting transimpedance amplifier. The circuit **112** generally comprises a transistor QFB, a transistor Q**2**, a transistor Q**3**, a resistor RE, a resistor RB, a resistor RL**40**, a resistor RLEE**1**, a resistor RLEE**2**, a capacitor CFILTER, and a current source ICS**1**. The circuit **104** generally comprises a transistor Q**11**, a transistor Q**12**, a resistor RF**11**, a resistor RF**21**, a resistor RF**22**, a resistor RF**12**, a capacitor CF**11** and a capacitor CDIF**1**. The circuit **106** generally comprises a transistor Q**40**, a transistor Q**42**, a transistor Q**44**, a resistor RDC_SET, a resistor R**42**, a resistor R**44**, a resistor RMIN, a capacitor CBYP_**40**, and a delay circuit **140**. The details of the basic operation of the circuit **104**, and the circuit **112** are discussed in detail in U.S. Pat. Nos. 6,504,429 and 6,404,281.

Referring to FIG. **4**, a more detailed diagram of an alternate embodiment of the circuit **100** is shown. The circuit **112** is shown further comprises a transistor Q**4**, a resistor R**1**, a resistor R**2**, a resistor RLOAD, and a capacitor CDEL. The capacitor CFILTER is shown connected between the resistor RLOAD and a base of the transistor Q**4**.

The detector and DC restore circuit **112** incorporates the load resistor RL**40** and the filter capacitor CFILTER connected across the differential transistor pair Q**2** and Q**3**. The load resistor RL**40** and the filter capacitor CFILTER may provide the control signal FF (having an opposite polarity) for controlling the feed-forward network **106**. Taking the complementary outputs of the differential pair Q**2** and Q**3** may allow simultaneous control signals to be provided to both the DC restore feedback loop and feed-forward automatic gain control functions as needed.

The detector circuit **112** may also include peak detection and optimized time constants on both feed-forward and feedback paths for application to burst-mode operation. The size of the capacitor CFILTER may be implemented to be large enough to filter out the high frequencies, leaving an integrated (e.g., RSS) DC signal. The time constant of such integration may be determined by the combined value of the resistor RL**40** and the capacitor CFILTER. The value of the resistor RL**40**, with respect to the reference voltage VREF and the tail current ICS**1**, may be optimized to produce a wide DC voltage range presented to the feed-forward network **106** (e.g., as the input photo current is increased) to automatically adjust the gain of the VGA. Because the detector circuit **112** detects the output signal from the pre-amplifier **110** at an early point in the amplifier chain, the DC restore and automatic gain control functions will become more effective compared to the con-

6

ventional approach illustrated in FIG. **1**. In general, less distortion of the signal is being detected by the detector network to inhibit corruption of the correction control signal FF.

The resulting feed-forward control signal FF passes through the feed-forward network **106**. The transistor Q**40** may be implemented as a follower buffer transistor. The resistor RDC_SET may be implemented as a DC set resistor. The transistors Q**42** and Q**44** may be implemented as a current mirror. The resistors R**42** and R**44** may be implemented as base resistors connected to the delay element **140**. The resistor RMIN may be implemented as a minimum current source resistor. The capacitor CBYP_**40** may be implemented as a bypass filter capacitor.

The feed-forward circuit **106** may convert the voltage control signal FF into a current source "tail" current which provides bias current to a differential amplifier of VGA **108** to control gain and signal level. The resistor RDC_SET, along with the transistor Q**42** and the transistor Q**44**, normally determine the quiescent current of the current source and bias current of a differential stage of the VGA. The base resistors R**42** and R**44** help to provide a higher input impedance and also act as isolation and/or stability resistors. The capacitor CBYP_**40** may operate as a low pass filter in conjunction with the resistors R**44** and R**42**. Since the transistors Q**42** and Q**44** are current mirrors, the resistors R**42** and R**44** may scale inversely with area of the mirror transistors in order to maintain mirror operation. The delay element **140** may be used to offset the simultaneous modulation of the signal swing by the DC restore feedback loop and the feed-forward automatic gain control, in order to optimize linearity performance and/or burst-mode operation.

As input photo-current excitation increases due to higher optical power, the voltage of the feed-forward control signal FF decreases which consequently reduces the current through the current mirror and current source provided to the VGA. The resistor RMIN sets a minimum bias current source in the case where the input excitation becomes large and shuts the feed-forward current mirror network off. The value of the resistor RMIN may be optimized through simulations. The resistor RMIN may keep the VGA stage functioning as an amplifier when a very large signal is detected. The overall effect of the automatic gain control is to reduce the gain of the VGA **108** and the signal level provided to a successive output buffer stage in order to improve the linearity of the overall amplifier chain. When there is no input photo current, the detector circuit **112** provides a predetermined DC voltage to the feed-forward network **106** that sets the quiescent current source and bias of the VGA at its high gain state.

In one example, the VGA **108** may be implemented as a 2-stage differential feedback amplifier. The feed-forward network **106** may be applied to the second differential pair of the 2-stage feedback amplifier.

Referring to FIG. **5**, a block diagram of the VGA stage **108** is shown. The circuit **108** may be implemented as a **2** stage differential feedback amplifier. The circuit **108** generally comprises a transistor Q**60**, a transistor Q**62**, a transistor Q**64**, a transistor Q**66**, a transistor Q**70**, a transistor Q**72**, a resistor RL**64**, a resistor RL**66**, a resistor RLEE**60**, a resistor RLEE**62**, a resistor RL**80**, a resistor RL**82**, a resistor RL**70**, a resistor RL**72**, a resistor RLEE**70**, a resistor RLEE**72** and a current source ICS**60**.

The circuit **108** may provide superior gain-bandwidth performance which allows excellent wideband response. Circuits similar to the circuit **108** are often used in high speed 40 Gbps transimpedance amplifiers due to a wide small signal transimpedance response. The differential transistor pair Q**60** and Q**62** may be referred to as a first stage, a first pair or an

US 7,605,660 B1

7

input pair. The transistors Q**60** and Q**62** normally have associated emitter and load resistors RLEE**60**, RLEE**62** and RL**64**, RL**66**, respectively. The fixed current source ICS**60** may provide a fixed bias current. The emitter resistors RLEE**60** and RLEE**62** may be employed to help linearize the stage. Such linearization may occur at the expense of added thermal noise. The load resistors RL**64** and RL**66** may be adjusted along with the current source ICS**60** to provide an appropriate voltage level swing at the output of the first differential pair Q**60** and Q**62**. The outputs of the first differential pair Q**60** and Q**62** are normally directly coupled to the transistors Q**70** and Q**72**.

The transistor pair Q**70** and Q**72** may be referred to as a second stage, second pair, or a second differential pair. The transistor pair Q**70** and Q**72** normally has associated emitter resistors RLEE**70** and RLEE**72** and associated load resistors RL**70**, RL**72**, RL**80**, and RL**82**. The resistive loads may be split, which allows optimization of the amount of feedback. The transistors Q**64** and Q**66** may be referred to as a follower transistor pair. An internal feedback signal may flow from the transistor pair Q**70** and Q**72**, through the transistors Q**64** and Q**66**, to the transistors Q**60** and Q**62**. The follower pair Q**64** and Q**66** provides feedback coupling to the loads of the first differential pair Q**60** and Q**62**, as well as to the bases of the second differential pair Q**70** and Q**72**.

In general, the larger the ratio of the resistors RL**80** and RL**82** to the resistors RL**70** and RL**72**, the larger the amount of feedback signal and the wider the small-signal gain-bandwidth response of the 2-stage VGA **108**. This topology has become very popular for greater than 40 Gbs applications due to these characteristics. However, the drawback of this topology is that as the ratio of the resistors RL**80** and RL**82** to the resistors RL**70** and RL**72** increases to maximize bandwidth, the larger the feedback signal level presented to the loads of the input differential pair Q**60** and Q**62** and the more feedback distortion resulting at the collectors of the input differential pair Q**60** and Q**62** (to be discussed in more detail in the context of the simulations of FIGS. **5**-**8**). As the level of the input signal increases, so does the feedback signal which results in more distortion. In order to reduce the large signal distortion of this topology, the present invention implements the feed-forward network **106**. The dynamic current source IAGC**1** may be applied to the second differential pair Q**70** and Q**72** to reduce the amount of feedback signal amplitude or swing in the presence of a large input signal.

Simulations were done on a multi-stage transimpedance amplifier similar to the one shown in FIG. **3**. An additional buffer stage may be added to the topology of FIG. **3** to complete the 4 stage TIA. InP HBT technology with fT ~175 GHz was used to simulate the performance. The feed-forward network **106** and the variable current source IAGC is applied directly to the output differential stage of the VGA **108** in order to reduce the distortion of the first (and previous) differential pair stages.

Referring to FIGS. **6**a-b, an illustration of the gain control response of the transimpedance amplifier of FIGS. **3** and **4** is shown. FIGS. **6**a-b illustrate the gain control response of a InP HBT multi-stage transimpedance amplifier employing the present invention. FIG. **6**a illustrates the wide band transimpedance response as a function of input photo current Ipd. FIG. **6**a illustrates that between 4 and 6 dB of gain control may be realized over a input photo current range from 0 to 2 mA. As Iph increases, the gain of the transimpedance amplifier decreases. FIG. **6**b illustrates the associated current source current IAGC as a function of the input photo current. The current IAGC is approximately linear and monotonic over the 2 mA Ipd excitation range. The resistor RMIN is

8

adjusted to limit the minimum bias current IAGC of the VGA stage in order to ensure adequate amplification at low gain and high input signals.

Referring to FIGS. **7**a-c, illustrations of a simulated eye response with no feedback DC restore and no feed-forward automatic gain control is shown. FIGS. **7**a-c illustrate the multi-stage transimpedance amplifier where the feedback DC restore loop and feed-forward automatic gain control functions are disabled. FIGS. **7**a, **7**b, and **7**c illustrate the simulated 40 Gbs eye patterns at the input of the transimpedance amplifier (IIN**1**), the output of the preamplifier stage (VC), and the collector nodes of the first differential pair of the 2-stage feedback VGA (DIFF**60**). The 0-2 mA input photo current open eye is shown in (a). The output of the preamplifier illustrates a distorted eye is shown in (b). The collectors of the first stage diff-pair of the VGA illustrates a poorly distorted closed eye is shown in (c).

Referring to FIGS. **8**a-c, illustrations of a simulated eye response with feedback DC restore but no feed-forward automatic gain control is shown. FIGS. **8**a-c illustrate the multi-stage transimpedance amplifier where the feedback DC restore loop is enabled but the feed-forward automatic gain control function is disabled. FIGS. **8**a, **8**b, and **8**c illustrate the simulated 40 Gbs eye patterns at the input of the transimpedance amplifier (IIN**1**), the output of the preamplifier stage (VC), and the collector nodes of the first differential pair of the 2-stage feedback VGA (DIFF**60**).

The 0-2 mA input photo current open eye is shown in (a). The output of the preamplifier illustrates a clean open eye, a result of the DC restore employment, is shown in (b). The collectors of the first stage diff-pair of the VGA illustrates a very ringy, distorted eye which is nearly closed, is shown in (C). This poor eye is a result of an overbearing feedback signal coming from the 2nd stage differential pair of the VGA **108** that is superimposed on the original signal presented to the base inputs of the second differential pair. This is due to the large resistors RL**80** and RL**82** compared to the resistors RL**70** and RL**72** required to optimize the small signal transimpedance gain bandwidth response. Under large signal excitation, the large ratio produces an amount of feedback signal which ultimately distorts the collector outputs of the input differential pair.

Referring to FIGS. **9**a-c, an illustration of a simulated eye response with feedback DC restore and with feed-forward automatic gain control is shown. FIGS. **9**a-c illustrate the multistage transimpedance amplifier where both the feedback DC restore loop AND the feed-forward automatic gain control function are enabled. FIGS. **9**a, **9**b, and **9**c illustrate the simulated 40 Gbs eye patterns at the input of the transimpedance amplifier (IIN**1**), the output of the preamplifier stage (VC), and the collector nodes of the first differential pair of the 2-stage feedback VGA (DIFF**60**).

The 0-2 mA input photo current open eye is shown in (a). The output of the preamplifier illustrates a clean open eye, a result of the DC restore employment is shown in (b), and the collectors of the first stage diff-pair of the VGA now illustrates an open eye which is a big improvement over that of FIG. **8**c is shown in (c). This open eye is a result of the reduction of the amplitude of the feedback signal produced from the second stage differential pair of the VGA **108**. The open eye demonstrates the effectiveness of the present invention to enable greater dynamic range. The present invention also enables the practical employment of the two stage feedback amplifier **108**, which is known for its gain bandwidth characteristics, but not particularly know for its linearity.

The present invention has direct applications to: 40G VSR, FFTH, MAN/Metro, 40G burst-mode for super computing or

US 7,605,660 B1

9

data links, higher order modulation DPSK, lower data rate fiber applications and possible wireless RF LNA architectures for high dynamic range portable applications.

As used herein, the term "simultaneously" is meant to describe events that share some common time period but the term is not meant to be limited to events that begin at the same point in time, end at the same point in time, or have the same duration.

The transistors described herein may be implemented as bipolar junction transistors (BJTs), heterojunction bipolar transistors (HBTs), double heterojunction bipolar transistors (DHBT) or pseudomorphic high electron mobility transistors (PHEMT). However, other transistors with similar characteristics may be implemented to meet the design criteria of a particular implementation. In particular, the various transistors of the present invention may be implemented using a variety of process technologies. For example, any or all semiconductors, including compound semiconductors, III-V semiconductors, Silicon Germanium (SiGe), Indium Gallium Phosphorous (InGaP), Indium Phosphide (InP), or Gallium Arsenide (GaAs) may be used. However, other process technologies may be implemented to meet the design criteria of a particular implementation.

While the invention has been particularly shown and described with reference to the preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made without departing from the spirit and scope of the invention.

The invention claimed is:

**1**. An apparatus comprising:
a first amplifier circuit comprising a transimpedance amplifier (TIA) pre-amplifier circuit and configured to generate an amplified signal in response to an input signal;
a detect circuit configured to generate a feed-forward signal in response to said amplified signal;
a control circuit configured to generate a dynamic control signal in response to said feed-forward signal;
a second amplifier circuit configured to generate an output signal in response to (i) said amplified signal and (ii) said dynamic control signal, wherein said control circuit is configured to control a gain of said second amplifier circuit by adjusting a magnitude of said dynamic control signal.

**2**. An apparatus comprising:
a first amplifier circuit configured to generate an amplified signal in response to an input signal;
a detect circuit configured to generate a feed-forward signal in response to said amplified signal and configured to generate a feedback signal in response to said amplified signal;
a control circuit configured to generate a dynamic control signal in response to said feed-forward signal; and
a second amplifier circuit configured to generate an output signal in response to (i) said amplified signal and (ii) said dynamic control signal, wherein said control circuit is configured to control a gain of said second amplifier circuit by adjusting a magnitude of said dynamic control signal.

**3**. The apparatus according to claim **2**, wherein said detect circuit generates said feedback signal and said feed-forward signal in further response to a reference voltage.

**4**. The apparatus according to claim **1**, further comprising:
a converter circuit configured to generate a differential amplified signal in response to said amplified signal.

10

**5**. The apparatus according to claim **2**, wherein said first amplifier circuit comprises a transimpedance amplifier (TIA) pre-amplifier circuit.

**6**. An apparatus comprising:
a first amplifier circuit configured to generate an amplified signal in response to an input signal;
a detect circuit configured to generate a feed-forward signal in response to said amplified signal;
a control circuit configured to generate a dynamic control signal in response to said feed-forward signal; and
a second amplifier circuit comprising a variable gain two-stage feedback amplifier (VGA) and configured to generate an output signal in response to (i) said amplified signal and (ii) said dynamic control signal, wherein said control circuit is configured to control a gain of said second amplifier circuit by adjusting a magnitude of said dynamic control signal.

**7**. The apparatus according to claim **1**, wherein said apparatus comprises a multi-stage transimpedance amplifier with automatic gain control.

**8**. The apparatus according to claim **7**, wherein said feed-forward signal is configured to control a second differential pair of said second amplifier to linearize a first differential pair of said second amplifier.

**9**. The apparatus according to claim **8**, wherein a gain of said second differential pair controls said linearization of said first differential pair.

**10**. The apparatus according to claim **8**, wherein an amplitude of an internal feedback signal of said second amplifier controls a linearization of said first and second differential pairs of said second amplifier.

**11**. The apparatus according to claim **2**, wherein said feedback signal provides DC compensation and said feed-forward signal provides automatic gain control.

**12**. The apparatus according to claim **1**, wherein said control circuit comprises a feed-forward circuit comprising a delay element, wherein said delay element is configured to optimize an overall linearity of said apparatus.

**13**. The apparatus according to claim **1**, wherein said second amplifier comprises a Cherry-Hooper amplifier.

**14**. The apparatus according to claim **1**, wherein said detector circuit is configured to provide a combination of peak detection and RMS detection.

**15**. The apparatus according to claim **1**, wherein said control signal comprises a control current.

**16**. The apparatus according to claim **1**, wherein said amplifier is implemented in an all NPN bipolar process.

**17**. The apparatus according to claim **2**, wherein said first amplifier comprises a single-ended preamplifier transimpedance amplifier.

**18**. The apparatus according to claim **2**, wherein said first amplifier comprises a non-inverting preamplifier transimpedance amplifier.

**19**. The apparatus according to claim **2**, wherein said apparatus is configured to operate in a burst-mode operation by (i) adjusting one or more time constants of the detect circuit, the feed-forward signal and the feedback signal, and (ii) implementing peak detection.

**20**. The apparatus according to claim **2**, wherein said control circuit simultaneously generates said feedback and said feed forward signals.

**21**. The apparatus according to claim **2**, wherein said control circuit comprises a feed-forward circuit comprising a delay element, wherein said delay element is configured to optimize an overall linearity of said apparatus.

* * * * *

# EXHIBIT 9

US008660439B2

(12) **United States Patent**
Kang et al.

(10) Patent No.: **US 8,660,439 B2**
(45) Date of Patent: **Feb. 25, 2014**

(54) **DIGITAL AUTOMATIC GAIN CONTROL APPARATUS AND METHOD IN BURST MODE OPTICAL RECEIVER**

(75) Inventors: **Ho-Yong Kang**, Daejeon (KR); **Hyun-Kyun Choi**, Daejeon (KR); **Quan Le**, Daejeon (KR); **Yool Kwon**, Busan (KR); **Bong-Tae Kim**, Daejeon (KR); **Sang-Gug Lee**, Daejeon (KR)

(73) Assignees: **Electronics and Telecommunications Research Institute** (KR); **Research and Industrial Cooperation Group** (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 858 days.

(21) Appl. No.: **12/086,225**

(22) PCT Filed: **Dec. 5, 2006**

(86) PCT No.: **PCT/KR2006/005213**
§ 371 (c)(1),
(2), (4) Date: **Sep. 21, 2009**

(87) PCT Pub. No.: **WO2007/066960**
PCT Pub. Date: **Jun. 14, 2007**

(65) **Prior Publication Data**
US 2010/0014866 A1      Jan. 21, 2010

(30) **Foreign Application Priority Data**

Dec. 5, 2005   (KR) ...................... 10-2005-0117735
Nov. 15, 2006   (KR) ...................... 10-2006-0112887

(51) **Int. Cl.**
   *H04B 10/69*          (2013.01)
(52) **U.S. Cl.**
   CPC .................................. *H04B 10/6931* (2013.01)
   USPC ....................................................... **398/210**
(58) **Field of Classification Search**
   USPC ....................................................... 398/210
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,115,163 A      9/2000   Nobuhara
6,169,619 B1    1/2001   Ide
(Continued)

FOREIGN PATENT DOCUMENTS

JP      2000-151290 A      5/2000
JP      2000-252774 A      9/2000
(Continued)

OTHER PUBLICATIONS

"A Burst-Mode Receiver for 1.25-Gb/s Ethernet PON With AGC and Internally Created Reset Signal," *IEEE Journal of Solid-State Circuits*, vol. 39, No. 12, Dec. 2004, pp. 2379-2388.
"A 1.25-Gb/s CMOS Burst-Mode Optical Transceiver for Ethernet PON System," *IEEE Journal of Solid-State Circuits*, vol. 40, No. 4, Apr. 2005, pp. 1027-1034.

*Primary Examiner* — Shi K Li
(74) *Attorney, Agent, or Firm* — Blakely Sokoloff Taylor & Zafman

(57) **ABSTRACT**

A transimpedance amplifier for a burst mode optical communication converts a burst current signal into differential output voltage signals. Using a multi-level digital AGC mechanism, the transimpedance amplifier is rapidly adapted to a burst signal whose amplitude varies in a wide range. By using an adaptive level detection method, a multi-level digital AGC can be implemented without using ADC. In addition, because the transimpedance amplifier uses a selective reset generation scheme that performs a reset operation for itself after a high power burst, a burst mode operation can be performed without external reset signals. Accordingly, the transimpedance amplifier can be integrated with an optical detector within a TO-can. Furthermore, the transimpedance amplifier can have the burst mode capability and the best sensitivity.

**15 Claims, 5 Drawing Sheets**



## US 8,660,439 B2
Page 2

(56)        **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,246,282 B1 | 6/2001 | Oono et al. |
| 6,909,082 B2 | 6/2005 | Doh et al. |
| 6,911,644 B2 | 6/2005 | Doh et al. |
| 7,330,670 B2 * | 2/2008 | Doh et al. .................. 398/209 |
| 2004/0145419 A1 | 7/2004 | Nogami et al. |
| 2004/0190912 A1 * | 9/2004 | Seo et al. ................. 398/202 |

| | | |
|---|---|---|
| 2004/0199012 A1 | 10/2004 | Lee et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2000-315923 A | 11/2000 |
| JP | 2003-243955 A | 8/2003 |
| KR | 10-0640413 | 10/2006 |

* cited by examiner



Fig. 1

Fig. 2



Fig. 3



Fig. 4



Fig. 5



US 8,660,439 B2

**1**

## DIGITAL AUTOMATIC GAIN CONTROL APPARATUS AND METHOD IN BURST MODE OPTICAL RECEIVER

This is a non-provisional application claiming the benefit of International application number PCT/KR2006/005213 filed Dec. 5, 2006.

### TECHNICAL FIELD

The present invention relates to a receiver of a passive optical network system in a digital optical communication, and more particularly, to a digital automatic gain control apparatus and method in a burst mode optical receiver of a passive optical network system performing a burst mode transmission.

### BACKGROUND ART

Time Division Multiple Access (TDMA) using a high-speed packet signal for high-speed multimedia signal transmission has been actively studied. One of techniques for high-speed packet service is an optical subscriber network for efficiently providing various multimedia contents. Such an optical subscriber network uses a passive optical network (PON) technique.

In the PON technique, a single optical line terminal (OLT) and a plurality of optical network units (ONUs) are configured in a point-to-point (PTP) scheme. The PON technique is classified into APON (or BPON), EPON, and GPON according to protocols. The APON (ATM-PON) technique is based on an ATM protocol. The EPON (Ethernet-PON) technique provides uplink/downlink bandwidth of up to 1 Gbps through a cheap Ethernet and efficiently provides an Internet Protocol (IP) service through an Ethernet frame having a variable length. Gigabit-PON (GPON) efficiently transmits variable-length IP service and TDM service using a newly defined GPON encapsulation method (GEM) frame structure. In addition, the GPON transmits an ATM protocol without any additional overhead.

In order to reduce a subscriber cost, a central station of the PON system uses a single optical receiver to receive packet signals from a plurality of subscribers. Therefore, the received packet signals have different magnitudes and phases. These signals are referred to as burst signals. The burst signals are received through a burst mode receiver.

In a conventional PTP optical communication system, a decision threshold voltage is fixed to a constant by analog (AC) coupling an output of a linear channel to a decision circuit. In order to receive burst data using the optical receiver, an idle time must increase between packets. The idle time is a sum of a guard time and a preamble time. However, if the idle time increases, a packet transmission efficiency is reduced. When a capacity of a coupling condenser is reduced in order to decrease the idle time, another device for encoding/decoding outgoing data is required. In recent years, burst mode receivers have been developed which can process a plurality of different input signals within a short idle time and have a wide dynamic range.

According to the APON and GPON standards, the burst mode receiver has an external reset signal provided from a higher network layer. However, according to the EPON standard, the burst mode receiver has no external reset signal. In addition, an automatic gain controller (AGC) of the burst mode receiver forms a feedback loop to continuously control a gain of a transimpedance amplifier (TIA) according to an input level. Therefore, a frequency response of the TIA is

**2**

affected by a characteristic of the feedback loop having a high sensitivity with respect to a process variation. The frequency response of the TIA is not smooth but flat in an entire operation range, causing a poor waveform in the output of the TIA. The burst mode receiver having the burst-based AGC using the external reset signal is not suitable for the EPON standard because the EPON system does not provide a reset.

Therefore, the PON system needs to generate the reset signal inside the receiver in order to obtain a high dynamic range within a short guard time. However, the conventional burst-based AGC and burst mode receiver are not suitable for application to an internal TO-can assembly because they have an internal reset signal have a large chip size.

### DISCLOSURE OF INVENTION

#### Technical Problem

Embodiments of the present invention are directed to provide a digital AGC apparatus and method of a TIA, which are associated with a selective internal reset generation after burst in a burst mode receiver of a PON system.

#### Technical Solution

According to one aspect of the present invention, in a burst mode optical receiver having an optical detector and a transimpedance amplifier for converting an output current signal of the optical detector into a voltage signal, a digital automatic gain control method includes: detecting a bottom holding level of the outputted voltage signal when a burst begins; generating a reset signal using a reference voltage generated according to an output signal of the transimpedance amplifier; comparing the detected bottom holding level with an input signal; and controlling a gain of the transimpedance amplifier by generating an automatic gain control signal according to the comparison result.

According to another aspect of the present invention, in a burst mode optical receiver having an optical detector and a transimpedance amplifier for converting an output current signal of the optical detector into a voltage signal, a digital automatic gain control apparatus includes: an automatic gain controller for detecting a bottom holding level of the outputted voltage signal when a burst begins, controlling a gain of the transimpedance amplifier by generating at least one automatic gain control signal according to the detected bottom holding level, and generating a reset signal using a reference voltage generated according to an output signal of the transimpedance amplifier; a comparator for comparing the detected bottom holding level with an input voltage, generating a first comparison signal notifying if the automatic gain controller is enabled to generate the reset signal, generating a second comparison signal to enable the reset signal to be generated using the reference voltage, and comparing the detected bottom holding level with the input voltage to output a third comparison signal to enable the automatic gain controller to generate the automatic gain control signal; and a reference voltage generator for generating the reference voltage to the comparator.

#### Advantageous Effects

According to the present invention, because the reset signal is selectively generated inside the optical receiver, a simple reset generator can be integrated into a small-sized chip. The dynamic range and the loud/soft ratio of the input signal can be extended, while maintaining the rapid response. The TIA

US 8,660,439 B2

**3**

and the optical detector can be assembled in a small housing, and the sensitivity of the TIA is improved.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a configuration of a PON system according to an embodiment of the present invention;

FIG. **2** illustrates an uplink signal transmission in a PON system according to an embodiment of the present invention;

FIG. **3** illustrates an optical receiver in a PON system according to an embodiment of the present invention;

FIG. **4** illustrates an internal circuit configuration of an optical receiver according to an embodiment of the present invention; and

FIG. **5** illustrates a signal timing waveform of a digital automatic gain controller according to an embodiment of the present invention.

## BEST MODE FOR CARRYING OUT THE INVENTION

Exemplary embodiments of the present invention will be described below in detail with reference to the accompanying drawings. Like reference numerals are used to refer to like elements throughout the drawings. In the following description, well-known functions or constructions are not described in detail since they would obscure the invention in unnecessary detail.

Hereinafter, an EPON system will be described as an example of a PON system applied to a digital optical communication technology.

FIG. **1** illustrates a configuration of a PON system according to an embodiment of the present invention.

Referring to FIG. **1**, the PON system includes an optical line terminal (OLT) **11** and an optical network unit (ONU) **12**. The OLT **11** connects the PON system to another system, e.g., an IP network, a broadcasting network, a TDM network, etc. The ONU **12** is disposed at an end of a subscriber side of an optical subscriber network and is connected to a subscriber terminal **13**, e.g., an STB, a PC, etc. The OLT **11** and the ONU **12** are disposed in both ends of the system and have keys distributed for the security of a communication channel.

The PON system applies to a subscriber terminal in a point-to-multipoint tree structure by using a single optical fiber. In the EPON system, an optical signal is split by an optical start coupler/splitter according to whether direction of light is upward or downward. The split optical signals are applied on a plurality of optical fibers, or they are combined and transmitted through a single optical fiber. As an example, an uplink signal transmission will be described.

FIG. **2** illustrates an uplink signal transmission in a PON system according to an embodiment of the present invention.

Referring to FIG. **2**, in an uplink path of the PON system, each of ONUs **12** is assigned to a time slot dynamically or fixedly and transmits the signals to a common OLT **11**. An ONU **12**a adjacent to the OLT **11** can have a higher signal than ONUs **12**b, . . . , **12**n distant from the OLT **11**. Optical signals #1, #2, . . . , #n outputted from the ONUs **12** are multiplexed in an optical star coupler **14** and transmitted to the OLT **11**. When a loud/soft ratio is high, the burst mode optical receiver located at the OLT **11** is reset to an initial state before each burst arrives, so that the burst signals having different amplitude (magnitude and phase) are processed. The loud/soft ratio means a difference between a maximum level of a burst having the greatest magnitude and a maximum level of a burst having the smallest magnitude. The optical signals (packet

**4**

signals) transmitted from the ONUs **12** are received through a single optical receiver in order to reduce a cost.

The optical receiver (the burst mode receiver) for generating the reset signal from the inside in order to process the burst signals having different amplitudes and performing the digital AGC will be described below in detail with reference to the accompanying drawings.

FIG. **3** illustrates the optical receiver in the PON system according to an embodiment of the present invention, and FIG. **4** illustrates an internal circuit configuration of the optical receiver according to an embodiment of the present invention.

Referring to FIG. **3**, the optical receiver **100** includes an optical detector **101**, a transimpedance amplifier (PITA) **102**, an automatic gain controller (AGC) **110**, a reference voltage generator **120**, a comparator **130**, an output unit **140**, and a voltage input unit **150**.

Referring to FIG. **4**, the TIA **102** converts an output current of the optical detector **101** into a voltage and amplifies it. The TIA **102** receives a feedback signal from the AGC **110**. A resistor Rmid and a capacitor Cmid are connected to an output terminal of the TIA **102**. The resistor Rmid and the capacitor Cmid track the output signal of the TIA **102** to generate a tracking voltage Vmid_RC. The tracking voltage Vmid_RC is an approximately middle value of an output swing of a pre-amplifier. This value gradually increases after burst and follows the output of the TIA **102**.

The AGC **110** includes a feedback circuit **111**, a logic controller **112**, and a bottom holding circuit **113**. The feedback circuit **111** feeds back an output voltage of the TIA **102**. The logic controller **112** controls the feedback circuit **111** by generating the AGC signal for controlling the gain of the TIA **102**. The bottom holding circuit **113** detects and holds a bottom level of the output swing of the TIA **102**.

The feedback circuit **111** includes a first transistor M1 for performing a switching operation in response to a first AGC signal AGC1 outputted from the logic controller **112**, a second transistor M2 for performing a switching operation in response to a second AGC signal AGC2, serially connected resistors R1, R2 and R3, and capacitors C1. The serially connected resistors R1, R2 and R3 are connected in parallel to the first and second transistors M1 and M2. The capacitor C1 is serially connected to the second transistor M2, connected in parallel to the resistor R3, and connected to the output terminal of the TIA **102**.

The logic controller **112** receives the output signal of the comparator **130** to output the first and second AGC signals AGC1 and AGC2 for controlling the gain of the TIA **102** and to output the reset signal to the bottom holding circuit **113**.

The bottom holding circuit **113** is connected to the output terminal of the TIA **102** and the logic controller **112**, thereby forming a parallel structure together with the feedback circuit **111**.

The reference voltage generator **120** includes a dummy amplifier **112** connected in parallel to a dummy resistor Rdummy, and a voltage divider **123**. An output of the dummy amplifier **121** is connected to an output of the bottom holding circuit **113** by the voltage divider **123**, thereby generating a substantially middle value of the output swing of the TIA **102** and a reference voltage Vref_quarter lower than the output swing by ¼. The middle value is provided as a reference voltage of the output unit **140**.

Resistors R4, R5 and R6 of the voltage divider **123** are serially connected to the output terminal of the dummy amplifier **121**. The dummy amplifier **121** is a duplicate of the TIA **102**. Because the dummy amplifier **121** is not connected to any input signal, the output voltage of the dummy amplifier

US 8,660,439 B2

5

121 is equal to that of the TIA 102 when there are no input signals. The output voltage of the dummy amplifier 121 is called Vdark.

Both ends of the resistor R5 are connected to the output unit 140 to generate the middle value and are connected to the comparator 130 to provide the reference voltage. The resistor 2R6 is connected in parallel to the capacitor C2 connected to the output unit 140.

The comparator 130 includes a reset enable comparator 131, an AGC comparator 132, and a reset comparator 133. The reset enable comparator 131 compares the bottom holding level with the input voltage Vref_reset to generate a reset enable signal RESET_ENABLE to the logic controller 112. A negative (−) terminal of the reset enable comparator 131 is connected to the bottom holding circuit 113 and the voltage divider 123, and a positive (+) terminal of the reset enable comparator 131 is connected to an input terminal 151.

The AGC comparator 132 compares the bottom holding level with the input voltage Vref_AGC to output the compared signal to the logic controller 112. A negative terminal of the AGC comparator 132 is connected to the bottom holding circuit 113, and the positive terminal of the AGC comparator 132 is connected to an input terminal 152.

The reset comparator 133 compares the tracking voltage Vmid_RC with the reference voltage Vref_quarter. The output signal of the reset comparator 133 is a total reset signal.

The output unit 140 is implemented with a converter that is a differential amplifier having a positive terminal receiving the output signal of the TIA 102, a negative terminal receiving the middle value from the voltage divider 123, and two output terminals. The converter of the output unit 140 converts the output signal of the TIA 102 into symmetrical differential signals and amplifies the differential signals. A limited output signal is generated when the input signal applied to the output terminal is amplified, the amplitude of the input signal is greater than a predefined value, and the level of the input signal is in a predetermined range with respect to the reference voltage applied to the reference voltage input terminal.

The output matching block implemented with a 50 W load in order to provide 50 W output matching in a broadband. The output of the TIA 102 is connected to an external limiting amplifier (not shown) directly or by a coupling capacitor.

The operation of controlling the gain of the TIA and generating the reset signal in the optical receiver will be described below.

Referring again to FIG. 4, the optical detector 101 detects an optical signal and converts the detected optical signal into the output current signal. The current signal is inputted to the TIA 102, is converted into a voltage, and then is amplified. The bottom holding circuit 113 detects the bottom level of the output swing from the TIA 102 and holds the detected bottom level. A 1:1 resistive voltage divider with the dummy amplifier detects a substantially middle value of the output swing of the pre-amplifier. In addition, the output signal of the TIA 102 is inputted to the output unit 140. In the differential amplifier of the output unit 140, one of the input terminals is biased at the output terminal in the middle of the voltage waveform and differentiates the signal and is symmetrical with very small offset.

The logic controller 110 outputs the first and second AGC signals AGC1 and AGC2 of a low level before the burst. At this time, the TIA 102 has the maximum gain. When the burst begins, the bottom holding circuit 113 detects the bottom value of the TIA 102. The detected bottom value becomes the burst output level. The AGC comparator 132 compares the burst output level from the bottom holding circuit 113 with the input voltage Vref_AGC. When the burst output level is

6

lower than the input voltage Vref_AGC, the AGC comparator 132 outputs a high signal. The logic controller 112 outputs the first AGC signal AGC1 of a high level so that the gain of the TIA 102 is reduced through the feedback circuit 113.

The logic controller 112 resets the bottom holding circuit 113 by generating a reset pulse according to the signal outputted through the comparison of the tracking voltage Vmid_RC from the reset comparator 133 and the reference voltage Vref_quarter. During the reset operation, the bottom holding circuit 113 boosts the bottom holding level so that the output of the AGC comparator 132 can go to a low level. After the reset operation, the bottom holding circuit 113 detects a new bottom holding level and outputs the detected bottom holding level to the AGC comparator 132. The AGC comparator 132 compares the bottom holding level with the input voltage Vref_AGC. When the new bottom holding level is lower than the input voltage Vref_AGC, the AGC comparator 132 outputs a high signal one more. Because the logic controller 112 outputs the second AGC signal AGC2 of a high level, the feedback circuit 111 further reduces the gain of the TIA 102. Then, the logic controller 112 generates the reset pulse. The same procedure can be applied to AGC levels exceeding 2. The waveform and timing are illustrated in FIG. 5.

Referring to FIG. 2, during the operation of the optical receiver, the bottom holding circuit 113 needs to be set to the initial state by the reset signal after the burst, so that it can detect the bottom holding level of the low power burst. Therefore, the reset signal is required only after the high power burst signal. When the burst begins, the reset enable comparator 131 compares the detected bottom holding level with the input voltage Vref_reset. In the high power, that is, when the bottom holding level is lower than the input voltage Vref_reset, the reset enable comparator 131 set the output of the comparator to a high level, enabling the generation of the reset after the burst.

Meanwhile, after the burst, the tracking voltage Vmid_RC goes up to Vdark and passes the reference voltage Vref_quarter lower than Vdark by ¼ of the output swing of the TIA 102. After the passing position, because the output of the reset comparator 133 rises to a high level, the logic controller 112 generates a pulse for the bottom holding circuit 113 and sets the first and second AGC signals AGC1 and AGC2 to a low level.

The bottom holding level becomes close to Vdark after resetting the bottom holding circuit 113. As a result of the comparison of the reset enable comparator 131, the reset enable signal becomes low. Therefore, the reset does not occur until a next burst arrives. That is, the reset does not occur when the bottom holding level is not so low as to turn on the reset enable signal because the burst is a low power. Therefore, although a predetermined amount of residual offset can be used between consecutive low power bursts, it is small enough not to saturate the output block. A calculation of a reference value is needed in order to prevent the saturation.

In order to prevent the total reset signal from being a high level during the AGC operation of the logic controller 112, the reset enable signal RESET_ENABLE is delayed for a sufficiently long time after the burst begins.

According to the present invention, the high-speed operation can be achieved at a low cost and the data rate of up to Gbps can be obtained. Also, the present invention can obtain the excellent operation of a clock and data recovery circuit. In addition, because the burst mode optical receiver has a small TIA chip size suitable for the internal TO-can assembly, it can obtain a higher sensitivity than the PIN-PD optical detector. Therefore, the present invention is suitable for the fabrication

US 8,660,439 B2

7

of the small-sized burst mode receiver module using the symmetrical differential output signals in terms of commercial limiting amplifier, AC coupling capacitor and noise immunity.

The multi-level digital AGC operation can be performed in the burst mode TIA. The dynamic range and the loud/soft ratio of the input signal can be extended, while maintaining the rapid response. In addition, the digital AGC method can prevent the effect of the AGC loop in the frequency response of the TIA. The selective reset generation can allow the simple reset generator to be integrated into a small-sized chip. Therefore, the TIA and the optical detector can be assembled in a small housing, and the sensitivity of the TIA is improved. Moreover, the burst mode receiver module can be fabricated using the TIA chip having a general limiting amplifier according to the reset generation inside the TIA chip.

The invention claimed is:

**1**. A digital automatic gain control method in a burst mode optical receiver having an optical detector and a transimpedance amplifier for converting an output current signal of the optical detector into a voltage signal, the digital automatic gain control method comprising:

detecting a bottom holding level of the outputted voltage signal when a burst begins;

comparing the detected bottom holding level with an input signal;

controlling a gain of the transimpedance amplifier by generating an automatic gain control signal according to the comparison result, and

comparing a tracking voltage (Vmid_RC) of the transimpedance amplifier with a reference voltage (Vref_quarter) generated between the bottom holding level and an output level of a dummy amplifier through a resistive divided voltage and generating a reset signal according to the comparison result.

**2**. The digital automatic gain control method according to claim **1**, further comprising:

detecting a new bottom holding level when the reset signal is generated;

comparing the detected new bottom holding level with the input signal;

controlling a generation of another automatic gain control signal according to the comparison result.

**3**. The digital automatic gain control method according to claim **1**, wherein in the controlling of the gain of the transimpedance amplifier, when the detected bottom holding level is lower than the input signal and a high signal is outputted, at least one switch is closed by outputting one automatic gain control signal of a high level and the gain of the transimpedance amplifier is reduced.

**4**. The digital automatic gain control method according to claim **3**, wherein in the controlling of the generation of the automatic gain control signal, when the new bottom holding level is lower than the input signal, another switch is closed by outputting the another automatic gain control signal of a high level and the gain of the transimpedance amplifier is further reduced.

**5**. The digital automatic gain control method according to claim **1**, further comprising stopping the generation of the reset signal until a next burst arrives, when a circuit for detecting the bottom holding level is reset after the generation of the reset signal and a reset enable signal of a low level is generated.

**6**. The digital automatic gain control method according to claim **5**, wherein the reference voltage (Vref_quarter) has a middle value of the output signal of the transimpedance amplifier, the middle value being lower than Vdark by ¼.

8

**7**. A digital automatic gain control apparatus in a burst mode optical receiver having an optical detector and a transimpedance amplifier for converting an output current signal of the optical detector into a voltage signal, the digital automatic gain control apparatus comprising:

an automatic gain controller for detecting a bottom holding level of the outputted voltage signal when a burst begins, controlling a gain of the transimpedance amplifier by generating at least one automatic gain control signal according to the detected bottom holding level, and generating a reset signal using a reference voltage generated according to an output signal of the transimpedance amplifier;

a comparator for comparing the detected bottom holding level with a first input voltage, generating a first comparison signal notifying if the automatic gain controller is enabled to generate the reset signal, generating a second comparison signal to enable the reset signal to be generated using the reference voltage, and comparing the detected bottom holding level with a second input voltage to output a third comparison signal to enable the automatic gain controller to generate the automatic gain control signal; and

a reference voltage generator for generating the reference voltage to the comparator.

**8**. The digital automatic gain control apparatus according to claim **7**, wherein the automatic gain controller comprises:

a bottom holding circuit for detecting the bottom holding level through the output signal of the transimpedance amplifier;

a logic controller for generating the reset signal and the at least one automatic gain control signal according to the comparison signals; and

a feedback circuit for controlling the gain of the transimpedance amplifier through the at least one automatic gain control signal.

**9**. The digital automatic gain control apparatus according to claim **8**, wherein the logic controller generates the reset signal to the bottom holding circuit when the first and second comparison signals are high.

**10**. The digital automatic gain control apparatus according to claim **8**, wherein the logic controller generates one automatic gain control signal of a high level to close at least one switch when the third comparison signal is high, and reduces the gain of the transimpedance amplifier.

**11**. The digital automatic gain control apparatus according to claim **10**, wherein the logic controller closes another switch by generating another automatic gain control signal of a high level when the third comparison signal compared according to a new bottom holding level detected by the bottom holding circuit is high after the bottom holding circuit is reset, and further reduces the gain of the transimpedance amplifier.

**12**. The digital automatic gain control apparatus according to claim **8**, wherein the logic controller stops the generation of the reset signal until a next burst arrives, when the first comparison signal is low after the bottom holding circuit is reset.

**13**. The digital automatic gain control apparatus according to claim **8**, wherein the reference voltage generator generates a tracking voltage (Vinid_RC) according to the output signal of the transimpedance amplifier, and generates a reference voltage (Vref_quarter) between the bottom holding level and an output level of a dummy amplifier through a resistive divided voltage.

**14**. The digital automatic gain control apparatus according to claim **13**, wherein the comparator compares the reference voltage (Vref_quarter) with the tracking voltage (Vmid_RC)

US 8,660,439 B2

**9**

**10**

after the burst, and outputs the second comparison signal to enabling the reset signal to be generated.

**15**. The digital automatic gain control apparatus according to claim **14**, wherein the reference voltage (Vref_quarter) has a middle value of the output signal of the transimpedance amplifier, the middle value being lower than Vdark by ¼.

\* \* \* \* \*

# EXHIBIT 10

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

## Assignment abstract of title for Application 12288982

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| High sensitivity two-stage amplifier | 8509629 | 20090110409 | 12288982 | | |
| Hehong Zou, Krishna Shivaram, Daniel Draper | Aug 13, 2013 | Apr 30, 2009 | Oct 24, 2008 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039164/0638 | Jun 01, 2016 | Jun 24, 2016 | 29 | 10 |

**Conveyance**
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignors**
M/A-COM TECHNOLOGY SOLUTIONS HOLDINGS, INC.

**Assignee**
MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.
100 CHELMSFORD STREET
LOWELL, MASSACHUSETTS 01851

**Correspondent**
ROB WINDER
4000 MACARTHUR BLVD
NEWPORT BEACH, CA 92660

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037274/0238 | Dec 10, 2015 | Dec 11, 2015 | 94 | 8 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MINDSPEED TECHNOLOGIES, INC.

**Assignee**
M/A-COM TECHNOLOGY SOLUTIONS HOLDINGS, INC.
100 CHELMSFORD STREET
LOWELL, MASSACHUSETTS 01851

**Correspondent**
ROB WINDER
4000 MACARTHUR BLVD
NEWPORT BEACH, CA 92660

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032861/0617 | May 08, 2014 | May 09, 2014 | 303 | 28 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
JPMORGAN CHASE BANK, N.A.

**Correspondent**
ROPES & GRAY LLP
PRUDENTIAL TOWER 800 BOYLSTON STREET
BOSTON, MA 02199-3600

**Assignee**
MINDSPEED TECHNOLOGIES, INC.
4000 MACARTHUR BLVD.
NEWPORT BEACH, CALIFORNIA 92660

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032859/0374 | May 08, 2014 | May 09, 2014 | 406 | 25 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
M/A-COM TECHNOLOGY SOLUTIONS HOLDINGS, INC.
MINDSPEED TECHNOLOGIES, INC.
BROOKTREE CORPORATION

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

**Assignee**
GOLDMAN SACHS BANK USA
200 WEST STREET
NEW YORK, NEW YORK 10282

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032495/0177 | Mar 18, 2014 | Mar 21, 2014 | 303 | 27 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MINDSPEED TECHNOLOGIES, INC.

**Correspondent**
DUSAN CLARK, ESQ.
SIDLEY AUSTIN LLP
717 N. HARWOOD ST., SUITE 3400
DALLAS, TX 75201

**Assignee**
JPMORGAN CHASE BANK, N.A., AS
ADMINISTRATIVE AGENT
10 SOUTH DEARBORN
CHICAGO, ILLINOIS 60603

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021771/0592 | Oct 22, 2008 | Oct 24, 2008 | 1 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ZOU, HEHONG
SHIVARAM, KRISHNA
DRAPER, DANIEL

**Correspondent**
CHAD W. MILLER
7251 W. LAKE MEAD BLVD.
SUITE 530
LAS VEGAS, NV  89128

**Assignee**
MINDSPEED TECHNOLOGIES, INC.
4000 MACARTHUR BLVD.
NEWPORT BEACH, CALIFORNIA 92660-2558

# EXHIBIT 11

Case 8:19-cv-00220-JVS-JDE   Document 231-11   Filed 03/30/19   Page 124 of 164   Page ID
#:6484

US 20040129862A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2004/0129862 A1
McTaggart (43) Pub. Date: **Jul. 8, 2004**

(54) **WIDEBAND TRANSIMPEDANCE AMPLIFIER WITH AUTOMATIC GAIN CONTROL**

(76) Inventor: **Iain Ross McTaggart**, Eden Prairie, MN (US)

Correspondence Address:
**SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.**
**P.O. BOX 2938**
**MINNEAPOLIS, MN 55402 (US)**

(21) Appl. No.: **10/337,206**

(22) Filed: **Jan. 6, 2003**

**Publication Classification**

(51) Int. Cl.[7] ................................................. H01J 40/14

(52) U.S. Cl. ...................................................... 250/214 A

(57) **ABSTRACT**

This document describes systems and methods for providing an automatic gain control transimpedance interface apparatus for a photodiode. In one example, the interface apparatus includes a cascade of at least one gain stage. A voltage signal is fed back from a noninverting output of the at least one cascaded gain stage to a preceding noninverting input of the at least one cascaded gain stage. Another voltage signal is fed back from an inverting output of the at least one cascaded gain stage to a preceding inverting input of the at least one cascaded gain stage. The feedback configuration is believed to reduce peaking and/or pole shifting as the AGC varies the gain of the at least one gain stage. The AGC improves dynamic range utilization. One example provides a gain stage with a single pole frequency response and omits emitter-follower buffers between gain stages that produce hidden poles.





*FIG. 1*

Exhibit 11, Page 125



FIG. 2



FIG. 3



FIG. 4

US 2004/0129862 A1
Jul. 8, 2004

1

# WIDEBAND TRANSIMPEDANCE AMPLIFIER WITH AUTOMATIC GAIN CONTROL

## TECHNICAL FIELD

[0001]  This document relates generally to optical and electronic data communication systems and methods, and particularly, but not by way of limitation, to systems and methods for providing a wideband transimpedance amplifier with automatic gain control (AGC) for a photodiode.

## BACKGROUND

[0002]  High-speed data communication often uses optical signals (light) communicated using optical fibers. Such optical fibers typically must interface with optoelectronic components, such as a transmitter that outputs an optical signal in response to an input electrical signal, or a receiver that detects a received optical signal and outputs a resulting electrical signal. The electronics of such optoelectronic components (e.g., a laser and accompanying circuitry of a transmitter, or a semiconductor diode light detector ("photodiode"), or other light detector, and accompanying circuitry of a receiver, or both) may be carried by or housed in an optical subassembly (OSA) module.

[0003]  The receiver detects light received by a photodiode from an optical fiber. The photodiode is reverse-biased, such that the light received by the photodiode produces a resulting photocurrent. A transimpedance amplifier converts the photocurrent into a responsive voltage signal. The transimpedance amplifier may also provide voltage amplification of the responsive voltage signal. The present inventors have recognized an unmet need for providing a transimpedance amplifier photodiode interface that provides, among other things, a wide dynamic range and a substantially flat or predictable frequency response over a wide bandwidth.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0004]  In the drawings, which are offered by way of example, and not by way of limitation, and which are not necessarily drawn to scale, like numerals describe substantially similar components throughout the several views. Like numerals having different letter suffixes represent different instances of substantially similar components.

[0005]  FIG. 1 is a schematic diagram illustrating generally, by way of example, but not by way of limitation, one embodiment of an interface apparatus for interfacing to a photodiode.

[0006]  FIG. 2 is a schematic diagram illustrating generally, by way of example, but not by way of limitation, one embodiment of a gain stage.

[0007]  FIG. 3 is a flow chart illustrating generally, by way of example, but not by way of limitation, one embodiment of a method of operating an interface apparatus.

[0008]  FIG. 4 is a flow chart, similar to FIG. 3, illustrating generally, by way of example, but not by way of limitation, another embodiment of operating an interface apparatus.

## DETAILED DESCRIPTION

[0009]  In the following detailed description, reference is made to the accompanying drawings, which form a part hereof, and in which is shown by way of illustration specific embodiments in which the invention may be practiced. These embodiments are described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that the embodiments may be combined, or that other embodiments may be utilized and that structural, logical and electrical changes may be made without departing from the scope of the present invention. The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present invention is defined by the appended claims and their equivalents.

[0010]  In this document, the terms "a" or "an" are used, as is common in patent documents, to include one or more than one. Furthermore, all publications, patents, and patent documents referred to in this document are incorporated by reference herein in their entirety, as though individually incorporated by reference. In the event of inconsistent usages between this documents and those documents so incorporated by reference, the usage in the incorporated reference(s) should be considered supplementary to that of this document; for irreconcilable inconsistencies, the usage in this document controls.

[0011]  FIG. 1 is a schematic diagram illustrating generally, by way of example, but not by way of limitation, one embodiment of an interface apparatus 100 for interfacing to a photodiode 102. In one example, interface apparatus 100 and photodiode 102 are embodied in an optical receiver coupled to an optical fiber, where photodiode 102 receives a light signal from the optical fiber. In one example, interface apparatus 100 provides a transimpedance function; it converts a photocurrent (produced by photodiode 102 in response to the received light into a responsive voltage signal at output nodes 106A-B. In this example, interface apparatus 100 includes one or more cascaded gain stages 104A-F. Each gain stage 104A-F includes differential inputs and differential outputs. More particularly, each gain stage 104A-F respectively includes a corresponding noninverting input 108A-F, a corresponding inverting input 110A-F, a corresponding noninverting output 112A-F, and a corresponding inverting output 114A-F. The cascaded gain stages 104A-F are configured such that an inverting output 114 and a noninverting output 112 of a preceding stage in the cascade are respectively coupled to a noninverting input 108 and an inverting input 110 of the immediately subsequent stage in the cascade. For example, inverting output 114A and a noninverting output 112A of gain stage 104A are respectively coupled to a noninverting input 108B and an inverting input 110B of the immediately subsequent gain stage 104B; inverting output 114B and a noninverting output 112B of gain stage 104B are respectively coupled to a noninverting input 108C and an inverting input 110C of the immediately subsequent gain stage 104C; etc. In this example, interface apparatus 100 advantageously omits using emitter follower buffer stages between successive gain stages 104; this reduces or substantially eliminates the presence of hidden poles due to such emitter follower buffer stages.

[0012]  In this example, photodiode 102 includes a cathode terminal coupled to inverting input 110A of the first gain stage 104A, and an anode terminal coupled to a regulated or other bias voltage node 101. In this example, interface apparatus 100 includes a programmably adjustable capacitor 103, having a capacitance value that is programmably adjusted to substantially match the capacitance of photo-

2

diode **102**. This capacitance matching reduces or avoids mismatch in coupling of power supply or other noise at bias node **101** to inputs **108A** and **110A** of gain stage **104A**. One example of such capacitance matching is described in McTaggart U.S. patent application Ser. No. _____ (Attorney Docket No. 01232.013US1), entitled "TRANSIMPEDANCE AMPLIFIER FOR PHOTODIODE," assigned to MathStar, Inc., and filed on even date herewith, which is hereby incorporated by reference herein in its entirety, including its description of capacitance matching and common mode biasing.

[0013]   In the example illustrated in FIG. 1, each gain stage **104** also includes a respective automatic gain control (AGC) input **116A-F**, each of which is commonly coupled to an AGC input terminal **118** of interface apparatus **100**. AGC input **118** provides feedback, using the signals at output nodes **106A-B**, to more fully utilize the dynamic range of impedance apparatus **100** (while avoiding clipping of the output signal at nodes **106A-B**) by adjusting the individual gains of gain stages **104A-F**. In one example, the frequency bandwidth of the feedback signal at AGC input **118** is significantly lower than the frequency bandwidth of the signal at outputs **106A-B**.

[0014]   In this example, one or more of gain stages **104A-F** includes feedback from a noninverting output to a noninverting input of the same or a preceding gain stage in the cascade, and similarly includes feedback from an inverting output to an inverting input of the same or a preceding gain stage in the cascade. This feedback is believed to provide improved frequency response of interface apparatus **100** by reducing or avoiding the movement in the pole frequencies as the AGC signal at **118** varies to control the gain of the individual gain stages **104A-F**. In one example, such feedback includes a feedback resistor **120A** between noninverting output **112B** of gain stage **104B** and noninverting input **108B** of gain stage **104B**, and a feedback resistor **120B** between inverting output **114B** of gain stage **104B** and inverting input **110B** of gain stage **104B**. In a further example, such feedback additionally includes a feedback resistor **122A** between noninverting output **112E** of gain stage **104E** and noninverting input **108D** of gain stage **104D**, and a feedback resistor **122B** between inverting output **114E** of gain stage **104E** and inverting input **110D** of gain stage **104D**. In yet a further example, such feedback additionally includes a feedback resistor **124A** between noninverting output **112F** of gain stage **104F** and noninverting input **108E** of gain stage **104E**, and a feedback resistor **124B** between inverting output **114F** of gain stage **104F** and inverting input **110E** of gain stage **104E**. One advantage of the feedback configuration illustrated in FIG. 1 is that it increases the "flatness" of the frequency response of interface apparatus **100** and reduces peaking that otherwise might occur as the AGC gain is varied by the voltage at AGC input **118**. In one example, one or more of resistors **120A-B**, **122A-B**, and **124A-B** includes a programmable or otherwise adjustable resistance value. In one example, resistors **120A-B** and **124A-B** are fixed-value resistors and resistors **122A-B** are programmably adjustable.

[0015]   FIG. 2 is a schematic diagram illustrating generally, by way of example, but not by way of limitation, one embodiment of gain stage **104A-F**. In this example, gain stage **104** includes noninverting input **108**, inverting input **110**, noninverting output **112**, and inverting output **114**.

Input transistors **200** and **202** include corresponding control (e.g., base terminal) inputs **204** and **206** that are connected to respective noninverting input **108** and inverting input **110**. In this example, input transistors **200** and **202** are illustrated as NPN bipolar junction transistors (BJTs), with corresponding emitters **208** and **210** connected to each other and to a common terminal of current source **212**. The other terminal of current source **212** is connected to ground node **214**. Input transistors **200** and **202** include corresponding collectors **212** and **214** that are respectively coupled to a regulated or other bias voltage node **101** through corresponding load resistors **216** and **218**, respectively. Collector **212** is coupled to inverting output **114** of gain stage **104**. Collector **214** is coupled to noninverting output **112** of gain stage **104**. In this example, gain stage **104** also includes feedback resistor **220** and series-connected automatic gain control (AGC) transistor **224** between inverting output **114** and noninverting input **108**, and feedback resistor **222** and series-connected AGC transistor **226** between noninverting output **112** and inverting input **110**. In this example, AGC transistors **224** and **226** are illustrated as being field-effect transistors (FETs). A control (e.g., gate terminal) of each of AGC transistors **224** and **226** is commonly connected to AGC input terminal **116**. In one example, gain stage **104** advantageously provides an approximately single pole frequency response.

[0016]   FIG. 3 is a flow chart illustrating generally, by way of example, but not by way of limitation, one embodiment of a method of operating interface apparatus **100**. In this example, at **300**, light is received, such as at photodiode **102**. At **302**, a photocurrent is generated by photodiode **102** using the received light. At **304**, the photocurrent is converted to a voltage signal, such as by a first gain stage **104A** (also referred to as a "transimpedance amplifier") of interface apparatus **100**. At **306**, the resulting voltage signal is amplified, such as by subsequent cascaded gain stages **104B-F**. At **308**, an amplified voltage signal is fed back from a noninverting output of at least one of the cascaded gain stages **104A-F** to the same or a previous cascaded gain stage **104A-F**. At **310**, an amplified voltage signal is fed back from an inverting output of at least one of the cascaded gain stages **104A-F** to the same or a previous cascaded gain stage **104A-F**. The order of the operations illustrated in FIG. 3 provides one conceptualization of certain techniques; in other conceptualization, one or more of these operations is carried out in a different order, or concurrently with one or more of the other illustrated operations.

[0017]   FIG. 4 is a flow chart, similar to FIG. 3, illustrating generally, by way of example, but not by way of limitation, another embodiment of operating interface apparatus **100**. This example further includes matching, at **400**, the capacitance value of programmably adjustable input capacitor **103** to the capacitance of photodiode **102**, such as discussed and incorporated above. This example also includes automatically controlling a gain at **402** (such as that of one or more of cascaded gain stages **104A-F**) to more fully utilize the dynamic range of interface apparatus **100** while substantially avoiding (or at least reducing) clipping of the resulting voltage signal at outputs **106A-B**. The order of the operations illustrated in FIG. 4 provides one conceptualization of certain techniques; in other conceptualization, one or more of these operations is carried out in a different order, or concurrently with one or more of the other illustrated operations.

3

[0018]   It is to be understood that the above description is intended to be illustrative, and not restrictive. For example, the above-discussed embodiments may be used in combination with each other. In another example, FETs are substituted for BJTs, or vice-versa. In a further example, interface apparatus **100** may include one or more additional gain stages **104** beyond those illustrated in FIG. 1. Many other embodiments will be apparent to those of skill in the art upon reviewing the above description. The scope of the invention should, therefore, be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. In the appended claims, the terms "including" and "in which" are used as the plain-English equivalents of the respective terms "comprising" and "wherein." Moreover, the terms "first,""second,' '"third," etc. are used merely as labels, and are not intended to impose numeric requirements on their objects.

What is claimed is:

   1. An apparatus for interfacing to a photodiode light sensor, the apparatus comprising:

   a differential input/output first gain stage including a first noninverting input, a first inverting input, a first inverting output, a first noninverting output, and a first automatic gain control (AGC) input;

   a differential input/output second gain stage including a second noninverting input, a second inverting input, a second inverting output, a second noninverting output, and a second AGC input, wherein the second noninverting input is coupled to the first inverting output, the second inverting input is coupled to the second noninverting output, and the second AGC input is coupled to the first AGC input;

   a first feedback impedance, coupled between the second noninverting output and the second noninverting input; and

   a second feedback impedance, coupled between the second inverting output and the second inverting input.

   2. The apparatus of claim 1, further comprising:

   a differential input/output third gain stage, including a third noninverting input, a third inverting input, a third inverting output, a third noninverting output, and a third AGC input, wherein the third noninverting input is coupled to the second inverting output, the third inverting input is coupled to the second noninverting output, and the third AGC input is coupled to the second AGC input;

   a differential input/output fourth gain stage, including a fourth noninverting input, a fourth inverting input, a fourth inverting output, a fourth noninverting output, and a fourth AGC input, wherein the fourth noninverting input is coupled to the third inverting output, the fourth inverting input is coupled to the third noninverting output, and the fourth AGC input is coupled to the third AGC input;

   a differential input/output fifth gain stage, including a fifth noninverting input, a fifth inverting input, a fifth inverting output, a fifth noninverting output, and a fifth AGC input, wherein the fifth noninverting input is coupled to the fourth inverting output, the fifth inverting input is

coupled to the fourth noninverting output, and the fifth AGC input is coupled to the fourth AGC input;

   a third feedback impedance, coupled between the fifth noninverting output and the fourth noninverting input; and

   a fourth feedback impedance, coupled between the fifth inverting output and the fourth inverting input.

   3. The apparatus of claim 2, further comprising:

   a differential input/output sixth gain stage, including a sixth noninverting input, a sixth inverting input, a sixth inverting output, a sixth noninverting output, and a sixth AGC input, wherein the sixth noninverting input is coupled to the fifth noninverting output, the sixth inverting input is coupled to the fifth noninverting output, and the sixth AGC input is coupled to the fifth AGC input;

   a fifth feedback impedance, coupled between the sixth noninverting output and the fifth noninverting input; and

   a sixth feedback impedance, coupled between the sixth inverting output and the fifth inverting output.

   4. The apparatus of claim 3, in which at least one of the first, second, third, fourth, fifth, and sixth gain stages comprises:

   a bias voltage node;

   a first input transistor, including a first control terminal coupled to the corresponding noninverting input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages, a first emitter/source terminal, and a first collector/drain terminal coupled to the corresponding inverting output of the at least one of the first, second, third, fourth, fifth, and sixth gain stages;

   a second input transistor, including a second control terminal coupled to the corresponding inverting input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages, a second emitter/source terminal coupled to the first emitter/source terminal of the first input transistor, and a second collector/drain terminal coupled to the corresponding noninverting output of the at least one of the first, second, third, fourth, fifth, and sixth gain stages;

   a first load impedance, coupled between the first collector/ drain terminal and the bias voltage node;

   a second load impedance, coupled between the second collector/drain terminal and the bias voltage node;

   a first feedback impedance, coupled between the first collector/drain terminal and the corresponding noninverting input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages;

   a second feedback impedance, coupled between the second collector/drain terminal and the corresponding inverting input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages;

   a first AGC transistor, coupled in series with the first feedback impedance, the first AGC transistor including a control terminal coupled to the corresponding AGC input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages; and

4

a second AGC transistor, coupled in series with the second feedback impedance, the second AGC transistor including a control terminal coupled to the corresponding AGC input of the at least one of the first, second, third, fourth, fifth, and sixth gain stages.

**5**. The apparatus of claim 4, in which the at least one of the first, second, third, fourth, fifth, and sixth gain stages further comprises:

a ground node; and

a current source, the current source including a first current source terminal coupled to each of the emitter/source terminals of the respective first and second input transistors, the current source further including a second current source terminal coupled to the ground node.

**6**. The apparatus of claim 3, in which at least one of the first, second, third, fourth, fifth, and sixth feedback impedances includes an adjustable resistor.

**7**. The apparatus of claim 1, in which at least one of the first and second gain stages comprises:

a bias voltage node;

a first input transistor, including a first control terminal coupled to the corresponding noninverting input of the at least one of the first and second gain stages, a first emitter/source terminal, and a first collector/drain terminal coupled to the corresponding inverting output of the at least one of the first and second gain stages;

a second input transistor, including a second control terminal coupled to the corresponding inverting input of the at least one of the first and second gain stages, a second emitter/source terminal coupled to the first emitter/source terminal of the first input transistor, and a second collector/drain terminal coupled to the corresponding noninverting output of the at least one of the first and second gain stages;

a first load impedance, coupled between the first collector/drain terminal and the bias voltage node;

a second load impedance, coupled between the second collector/drain terminal and the bias voltage node;

a first feedback impedance, coupled between the first collector/drain terminal and the corresponding noninverting input of the at least one of the first and second gain stages;

a second feedback impedance, coupled between the second collector/drain terminal and the corresponding inverting input of the at least one of the first and second gain stages;

a first AGC transistor, coupled in series with the first feedback impedance, the first AGC transistor including a control terminal coupled to the corresponding AGC input of the at least one of the first and second gain stages; and

a second AGC transistor, coupled in series with the second feedback impedance, the second AGC transistor including a control terminal coupled to the corresponding AGC input of the at least on of the first and second gain stages.

**8**. The apparatus of claim 7, further comprising a current source, the current source including a first current source

terminal coupled to each of the emitter/source terminals of the respective first and second input transistors, the current source further including a second current source terminal coupled to the ground node.

**9**. The apparatus of claim 1, further comprising:

a bias voltage; and

a programmably adjustable capacitor coupled between the first noninverting input and the bias voltage, the adjustable capacitor sized to substantially match a photodiode capacitance.

**10**. The apparatus of claim 9, further comprising a photodiode coupled between the first inverting input and the bias voltage.

**11**. The apparatus of claim 1, further comprising:

a bias voltage; and

a photodiode coupled between the first inverting input and the bias voltage.

**12**. An automatic gain control (AGC) gain stage apparatus comprising:

a bias voltage node;

an AGC input node;

a ground node;

a first input transistor, including a first control terminal providing a noninverting gain stage input, a first emitter/source terminal, and a first collector/drain terminal providing an inverting gain stage output;

a second input transistor, including a second control terminal providing an inverting gain stage input, a second emitter/source terminal coupled to the first emitter/source terminal of the first input transistor, and a second collector/drain terminal providing a noninverting gain stage output;

a first load impedance, coupled between the first collector/drain terminal and the bias voltage node;

a second load impedance, coupled between the second collector/drain terminal and the bias voltage node;

a first feedback impedance, coupled between the first collector/drain terminal and the noninverting gain stage input;

a second feedback impedance, coupled between the second collector/drain terminal and the inverting gain stage input;

a first AGC transistor, coupled in series with the first feedback impedance, the first AGC transistor including a control terminal coupled to the AGC input node;

a second AGC transistor, coupled in series with the second feedback impedance, the second AGC transistor including a control terminal coupled to the AGC input node; and

a current source, the current source including a first current source terminal coupled to each of the emitter/source terminals of the respective first and second input transistors, the current source further including a second current source terminal coupled to the ground node.

US 2004/0129862 A1                                                                     Jul. 8, 2004

5

**13**. An apparatus including the AGC gain stage apparatus of claim 12, and further comprising a programmably adjustable capacitor coupled between the noninverting gain stage input and the bias voltage, the adjustable capacitor sized to substantially match a photodiode capacitance.

**14**. The apparatus of claim 13, further comprising a photodiode coupled between the inverting gain stage input and the bias voltage.

**15**. A method comprising:

receiving light at a photodiode;

generating a photocurrent using the received light;

converting the photocurrent into a responsive voltage signal;

amplifying the voltage signal using at least one cascaded gain stage, each of the at least one gain stages including a noninverting input, an inverting input, an inverting output, and a noninverting output;

feeding back a first amplified voltage signal from a noninverting output of the at least one cascaded gain stage to a preceding noninverting input of the at least one cascaded gain stage; and

feeding back a second amplified voltage signal from an inverting output of the at least one cascaded gain stage to a preceding inverting input of the at least one cascaded gain stage.

**16**. The method of claim 15, further comprising automatically adjusting a gain of the at least one gain stage using feedback output from a last one of the at least one cascaded gain stage.

**17**. The method of claim 15, further comprising programming a capacitance value of an adjustable capacitor, located on an integrated circuit with a transimpedance amplifier, to match a capacitance of the photodiode.

\*   \*   \*   \*   \*

# EXHIBIT 12

Case 8:19-cv-00220-JVS-JDE   Document 431-1   Filed 08/03/09   Page 135 of 164   Page ID #:563

US 20050200421A1

(19) **United States**
(12) **Patent Application Publication**     (10) Pub. No.: US 2005/0200421 A1
Bae et al.                                   (43) Pub. Date:    Sep. 15, 2005

(54) **TRANSIMPEDANCE AMPLIFIER WITH DIFFERENTIAL PEAK DETECTOR**

(76) Inventors: **Brandon Boagkee Bae**, Winnetka, CA (US); **Martin Sandor**, Los Angeles, CA (US)

Correspondence Address:
**BLAKELY SOKOLOFF TAYLOR & ZAFMAN**
**12400 WILSHIRE BOULEVARD**
**SEVENTH FLOOR**
**LOS ANGELES, CA 90025-1030 (US)**

(21) Appl. No.:     10/801,373

(22) Filed:        Mar. 15, 2004

**Publication Classification**

(51) Int. Cl.$^7$ ..................................... H03F 3/08
(52) U.S. Cl. ............................................. 330/308

(57)                    **ABSTRACT**

A method and apparatus to provide automatic gain control and offset correction in a transimpedance amplifier.





FIG 1



**FIG 2**



FIG 3

1

# TRANSIMPEDANCE AMPLIFIER WITH DIFFERENTIAL PEAK DETECTOR

## BACKGROUND

[0001]  A high speed optical communication system may communicate information using optical signals at various transmission speeds, such as 2.5 Gigabits Per Second (Gbps), 10 Gbps, 40 Gbps, and so forth. These optical communication systems may use a photodetector to convert the optical signals to a proportional current signal. A transimpedance amplifier (TIA) converts this current to a corresponding voltage signal for later amplification and signal processing. Because the received optical signals have varying power levels, the TIA must have a wide dynamic range. When automatic gain control and automatic offset correction features are implemented in a TIA, the offset correction signal is often used for the automatic gain control and this may negatively affect the gain control function. Consequently, there may be a need for a TIA having a robust and precise gain control which is independent of the offset control architecture.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0002]  The subject matter regarded as embodiments is particularly pointed out and distinctly claimed in the concluding portion of the specification. The embodiments, however, both as to organization and method of operation, together with objects, features, and advantages thereof, may best be understood by reference to the following detailed description when read with the accompanying drawings in which:

[0003]  FIG. 1 illustrates a block diagram of a transceiver suitable for use in practicing one embodiment;

[0004]  FIG. 2 illustrates a schematic diagram of transimpedance amplifier in accordance with one embodiment; and

[0005]  FIG. 3 illustrates a schematic diagram of peak detectors in accordance with one embodiment.

## DETAILED DESCRIPTION

[0006]  It is worthy to note that any reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment. Numerous specific details may be set forth herein to provide a thorough understanding of the embodiments. It will be understood by those skilled in the art, however, that the embodiments may be practiced without these specific details. In other instances, well-known methods, procedures, components and circuits have not been described in detail so as not to obscure the embodiments. It can be appreciated that the specific structural and functional details disclosed herein may be representative and do not necessarily limit the scope of the embodiment.

[0007]  Referring now in detail to the drawings wherein like parts are designated by like reference numerals throughout, there is illustrated in FIG. 1 a block diagram of a high speed optical transceiver 100 suitable for practicing one embodiment. In high speed optical communication systems, information signals propagate over various distances along transmission medium 120, such as optical fiber. These signals are amplified during propagation by optical amplifiers disposed along the transmission medium and are incident on an optical receiver or transceiver 110. The power levels associated with these transmitted signals vary significantly due to a number of effects. These variations in signal power effect whether or not a particular signal is recognized by the receiver.

[0008]  Transceiver 110 may include an optical to electrical (O/E) converter module or photodetector 130, transimpedance amplifier (TIA) 140, limiting amplifier 150, CDR module 160 which includes a clock and data recovery circuit (CDR) 161 and decoder 162 for the receive side and laser 165, laser driver 166 and re-timer circuit or encoder 167 for the transmit side. Re-timer circuit 167 receives information signals in electrical form from input 180 and supplies these signals to laser driver 166 which provides current variations proportional to the received information signals. Semiconductor laser 165 generates optical signals proportional to the received current levels for transmission over optical fiber 120.

[0009]  The receive side of transceiver 110 receives optical information signals propagating along transmission medium 120 and outputs its electrical equivalent via output 170. The optical information signals are incident on photodetector 130 where optical energy is converted to an electrical current proportional to the received optical signals. The expression "information signals," as used herein, refers to a signal which has been coded with information. These signals are amplified during propagation by optical amplifiers disposed along the transmission medium 120 and are incident on photodetector 130 which is configured to detect an individual or range of optical wavelengths. The electrical signals generated by the photodetector may be relatively weak and require conversion to a voltage equivalent, as well as squaring-off of digital pulses, regenerating clock signals, and noise filtering induced by transmission and dark noise generated by the photodetector. The current signal generated by photodetector 130 must be converted into a corresponding voltage for further processing. This conversion is accomplished by TIA 140 which is functionally equivalent to a resistor and is typically characterized by high transimpedance on the front end and low impedance on the back end. TIA 140 provides high transimpedance with low noise amplification. Because the current signal received by TIA 140 from photodetector 130 is small, TIA 140 acts as a pre-amplifier and outputs signal amplitude ranging from a few millivolts to a few hundred millivolts. In optical communications systems the average power of the received optical signals may vary by orders of magnitude depending on span losses and fiber nonlinearities. Thus, TIA 140 must be configured to operate over a wide dynamic range of input currents from photodetector 130.

[0010]  Limiting amplifier 150 functions to produce a consistent waveform in response to the input received from TIA 140. Again, because the input signal from the TIA 140 may be small, the gain level provided by the limiting amplifier 150 is significant. This gain is usually provided in multiple stages because high gain produced by a single stage amplifier is too unstable for high bandwidth communication receivers. In other words, limiting amplifier 150 increases the voltage gain of the signals received from TIA 140 so that

Exhibit 12, Page 139

US 2005/0200421 A1

Sep. 15, 2005

2

these signals may be processed by CDR **160**. CDR **160** recovers both the data and the clock signal embedded in the input data stream received by photodetector **130**.

[0011]   11 **FIG. 2** illustrates a schematic diagram of TIA **140** in accordance with one embodiment. The output of the photodetector is to couple to an input of differential inverting amplifier **230** with an open loop gain of −A configured to produce outputs Vip and Vin which are typically supplied to limiting amplifier **150**. Because TIA **140** must function over a wide range of input currents, automatic gain control is employed. Feed back resistors **R1** and **R2** are to couple across the input and outputs of amplifier **230**. Because of the high input impedance of amplifier **230**, the current signal from photodetector **130** supplied to the amplifier inputs is passed through the feedback resistors **R1** and **R2**. Photodetector **130** supplies the input current to amplifier **230** essentially making the amplifier single ended. Therefore, the output will inherently be asymmetric. In addition, if the gain is fixed by feedback resistors **R1** and **R2** then amplifier **230** usually operates in saturation. TIA **140** receives a relatively large range of input current, thereby increasing the amplifier's dynamic range. By employing gain control transistors T1 and T2 and peak detectors **240** and **245** to monitor the output amplitude of the amplifier, however, a robust and precise gain control architecture may be achieved.

[0012]   TIA **140** includes two feedback circuits to increase the dynamic range of TIA **140**. The first, an automatic gain control (AGC) circuit or loop, includes peak detectors **240** and **245**, DC gain amp **250**, and gain control transistors T1 and T2. AGC is used in conjunction with the transimpedance amplifier in order to produce an output voltage which comprises a pulse train switched in accordance with the optical source having substantially constant amplitude over a wide range of input currents. Thus, AGC may be used to increase the dynamic range of the TIA by designing it to operate over a wide range of input currents.

[0013]   A second feed back circuit, an automatic offset cancellation or control loop, includes low pass filter **260**, integrator **270** in parallel with capacitor C3, and transistor T3. Offset correction or cancellation is a technique to correct amplifier output variation due to having a single input source for the differential circuit or offset produced from manufacturing induced variations in the structure of the circuit devices that comprise the amplifier. The offset control loop is separated from the gain control loop, thereby providing amplifier operating stability.

[0014]   Peak detector **245** receives output signals Vip and Vin from amplifier **230** and produces a first input **246** (Vout) to DC gain amplifier **250**. Low pass filter **260** also receives output signals Vip and Vin and generates an averaged voltage signal **247** (Vout_ref) which is supplied by peak detector **240**. The output of peak detector **240** produces a second input **247** to DC gain amplifier **250**. The gate terminals of transistors T1 and T2 are connected to the output of DC gain amp **250**. The transimpedance of TIA **140** is controlled by DC gain amplifier **250**. The source terminal of transistor T2 is connected to amplifier **230** and the drain is connected to feedback resistor **R1**. The source terminal of transistor T1 is connected to amplifier **230** and the drain is connected to feedback resistor **R2**. Integrator **270** is connected to low pass filter **260** and capacitor C2 is connected in parallel to integrator **270** which is connected to the gate

terminal of transistor T3. Because the input to amplifier **230** is single ended, an offset exists at the output. Low pass filter **260** and integrator **270** function to vary the current in T3 such that the transistor T3 mimics photodetector **130** and the current of transistor T3 will be proportional to the amplifier offset. In this manner, if an offset exists at the amplifier output, transistor T3 corrects the offset thereby balancing the output.

[0015]   Peak detectors **240** and **245** may perform as rectifiers to supply a voltage in the automatic gain control loop of TIA **140**. Peak detector **245** detects the peaks of differential outputs Vip and Vin. When the output voltages Vip and Vin vary, a voltage swing is produced and peak detector **245** supplies corresponding voltage signal Vout to DC gain amp **250**. Outputs Vip and Vin are also supplied to low pass filter **260** which essentially averages the output signals and filters out any AC signal components. In this manner, peak detector **245** monitors the output amplitude of amplifier **230** thereby providing improved automatic gain control provided by the gain control feedback loop.

[0016]   Because outputs Vip and Vin are passed through low pass filter **260**, they will have reduced voltage swing and peak detector **240** produces reference voltage Vout_ref. When the peak voltages of Vip and Vin are small, Vout=Vout_ref and DC gain amp **250** will not turn on transistors T2 and T1. When Vout exceeds Vout_ref by a nominal voltage, DC gain amp **250** turns on gain control transistors T1 and T2. By coupling the gain control transistors T1 and T2 with feedback resistors **R1** and **R2**, the variable gain of the amplifier may be realized.

[0017]   Peak detectors **240** and **245** function in the same way, but receive different input signals. Peak detector **240** receives the outputs from low pass filter **260**, and peak detector 2 receives voltage signals Vip and Vin from amplifier **230**. Therefore, if the DC input values to peak detector **245** increase, the DC input values to peak detector **240** also increase and the effect is cancelled out. This adds additional robustness to TIA **140**.

[0018]   **FIG. 3** is a schematic diagram of peak detectors **240** and **245** in accordance with one embodiment. Peak detector **240** includes transistors T4, T5, and T6, resistors R3 and R4 and capacitor C3. The outputs of low pass filter **260** are connected to the gate terminals of transistors T4 and T5. Resistor R3 is connected to the source terminals of transistors T4 and T5 and the drain terminals of transistors T4 and T5 are connected to resistor R4 and the source terminal of transistor T6. Bias **310** supplies a signal to the gate terminal of transistor T6 which turns the transistor on. Because outputs Vip and Vin are averaged by low pass filter **260**, the signals will not have a differential peak value and Vout_ref is a voltage related to the current source that is compared to the output amplitude of Vout generated by peak detector **245**.

[0019]   Peak detector **245** includes transistors T7, T8 and T9, resistors R5 and R6, and capacitor C4. As can be seen from the schematic illustrations, differential peak detectors **240** and **245** have the same architecture, thereby providing stable operation and improved immunity to manufacturing process variations. Output Vip from inverting amplifier **230** is supplied to the gate terminal of transistor T8. Output Vin from inverting amplifier **230** is supplied to the gate terminal of transistor T7. Resistor R5 is connected to the source terminals of transistors T7 and T8. Drain terminals of

3

transistors T7 and T8 are connected to resistor R6 and the source terminal of transistor T9. Capacitor C4 is coupled to resistor R6. This coupling provides a noiseless DC voltage and a stable Vout signal. The inputs to peak detector 245 (Vip and Vin) are combined via transistors T7 and T8. Depending on the peak values between these signals, Vout will increase or decrease accordingly. As discussed previously, Vout>Vout_ref if the peaks of signals Vip and Vin are relatively large and Vout=Vout_ref if the peaks of signals Vip and Vin are relatively small. Both peak detectors 240 and 245 use the same bias signal 310. Transistors T6 and T9 control the nominal threshold voltage of peak detectors 240 and 245 respectively. Peak detector 245 utilizes the bias signal, however, to determine the threshold voltage swing between outputs Vip and Vin of amplifier 230, whereas the outputs from low pass filter 260 are averaged. When no peak is detected Vout=Vout_ref, which is dependent on the bias.

[0020]   While certain features of the embodiments have been illustrated as described herein, many modifications, substitutions, changes and equivalents will now occur to those skilled in the art. It is, therefore, to be understood that the appended claims are intended to cover all such modifications and changes as fall within the true spirit of the embodiments.

1. A transimpedance amplifier, comprising:

a differential amplifier having an input and a first and second output;

a low pass filter operatively responsive to said amplifier outputs; and

an automatic gain control circuit to couple across the input and outputs of said differential amplifier to control impedance of said differential amplifier, said automatic gain control circuit comprising a direct current gain amplifier and a first peak detector to couple between said amplifier outputs and said direct current gain amplifier, and a second peak detector to couple between said direct current gain amplifier and said low pass filter.

2. The transimpedance amplifier of claim 1, wherein said amplifier input is a first amplifier input, said amplifier further comprising a second amplifier input and an offset control circuit operatively responsive between said amplifier outputs and said second amplifier input for correcting offset associated with said differential amplifier, said offset control circuit including an integrator operatively responsive to said low pass filter for integrating a first and second outputs from said low pass filter.

3. The transimpedance amplifier of claim 2, wherein said offset control circuit further comprising a transistor connected to said integrator and said second amplifier input, said transistor configured to have a current proportional to an offset associated with said differential amplifier.

4. The transimpedance amplifier of claim 1, wherein said automatic gain control circuit further comprises a gain control transistor to couple between said differential amplifier and said direct current gain amplifier.

5. The transimpedance amplifier of claim 4, wherein said gain control transistor includes a first gain control transistor, said automatic gain control circuit further comprising a second gain control transistor to couple between said first gain control transistor and said differential amplifier.

6. The transimpedance amplifier of claim 1, wherein said input includes a first amplifier input, said amplifier further comprising a second input and a first feedback resistor connected across a first of said amplifier outputs and said first input, and a second feedback resistor connected across a second of said amplifier outputs and said second amplifier input.

7. The transimpedance amplifier of claim 1, wherein said first peak detector is configured to detect peak amplitudes associated with signals at said amplifier outputs.

8. The transimpedance amplifier of claim 1, wherein said second peak detector is configured to generate a reference signal associated with said differential amplifier outputs.

9. The transimpedance amplifier of claim 1, wherein said first peak detector comprises a first and second transistors, said first transistor to couple to a first of said amplifier outputs, said second transistor to couple to a second of said amplifier inputs.

10. The transimpedance amplifier of claim 9, wherein said first peak detector further comprises a third transistor to couple to said first and second transistors, said third transistor configured to receive a bias signal to control detection of a differential voltage swing between output signals of said differential amplifier.

11. The transimpedance amplifier of claim 1, wherein said second peak detector includes a first and second transistors, said first transistor to couple to a first output of said low pass filter, said second transistor to couple to a second output of said low pass filter.

12. The transimpedance amplifier of claim 11, further including a third transistor to couple to said first and second transistors, said third transistor configured to receive a bias signal to control the nominal threshold voltage of said first peak detector.

13. A transimpedance amplifier, comprising:

a differential amplifier having an input, a feedback input and outputs;

an automatic gain control circuit connected across the input and outputs of said differential amplifier for controlling the impedance of said differential amplifier; and

an offset control circuit, independent of said automatic gain control circuit, connected between said amplifier feedback input and said amplifier outputs, said offset control circuit configured to correct offset associated with said differential amplifier.

14. The transimpedance amplifier of claim 13, wherein said offset control circuit comprising:

a low pass filter to couple to said differential amplifier outputs;

an integrator to couple to said low pass filter; and

a transistor to couple to said integrator configured to have a current proportional to said offset associated with said differential amplifier.

15. The transimpedance amplifier of claim 13, wherein said automatic gain control circuit comprising:

a direct current gain amplifier;

a first peak detector to couple between said amplifier outputs and said direct current gain amplifier config-

US 2005/0200421 A1

4

Sep. 15, 2005

ured to detect peak amplitudes associated with differential amplifier output signals; and

a second peak detector to couple to said direct current gain amplifier.

**16**. The transimpedance amplifier of claim 15, wherein said automatic gain control circuit further comprises a plurality of gain control transistors to couple between said differential amplifier and said direct current gain amplifier.

**17**. The transimpedance amplifier of claim 1, wherein said transimpedance amplifier is connected to a transmission medium configured to allow propagation of optical signals.

**18**. A system, comprising:

a transmission medium configured to allow propagation of information signals;

an optical to electrical converter for receiving optical signals and generating a current signal proportional to said received optical signals; and

a transimpedance amplifier operatively responsive to said optical to electrical converter, said transimpedance amplifier having an automatic gain control circuit for controlling said transimpedance amplifier and an offset correction circuit for correcting the offset voltage associated with said transimpedance amplifier, said automatic gain control circuit being independent from said offset correction circuit.

**19**. The system of claim 18, wherein said automatic gain control circuit comprises first peak detector to couple to a first and second outputs of said transimpedance amplifier, said first peak detector configured to detect peak amplitude voltages associated with said transimpedance amplifier.

**20**. The system of claim 19, further comprising:

a low pass filter to couple to said TIA outputs; and

a second peak detector to couple to said low pass filter, said second peak detector configured to produce a reference voltage associated with said TIA.

\*   \*   \*   \*   \*

# EXHIBIT 13

Case 8:19-cv-00220-JVS-JDE   Document 234-13   Filed 03/30/21   Page 144 of 164   Page ID #:5443

US 20170026011A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2017/0026011 A1

Khaw (43) **Pub. Date:** **Jan. 26, 2017**

(54) **TRANSIMPEDANCE AMPLIFIER WITH BANDWIDTH EXTENDER**

(71) Applicant: **Mindspeed Technologies, Inc.,** Newport Beach, CA (US)

(72) Inventor: **Michael P. Khaw**, Portland, OR (US)

(21) Appl. No.: **14/839,747**

(22) Filed: **Aug. 28, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/194,745, filed on Jul. 20, 2015.

**Publication Classification**

(51) **Int. Cl.**
*H03F 3/08* (2006.01)

(52) **U.S. Cl.**
CPC ................ *H03F 3/082* (2013.01); *H03F 3/08* (2013.01)

(57) **ABSTRACT**

A transimpedance amplifier that includes an input configured to receive a current input from an upstream device and output configured to present an output voltage. The current input may be from a photodetector or any other device that is part of an optical signal receiving unit front end. In one configuration, there are three amplifier stages in the transimpedance amplifier connected in series. A feedback path with feedback resistor connects between the input and output of the transimpedance amplifier. A bandwidth extender circuit connects between a stage output and a stage input of the transimpedance amplifier. In a three stage embodiment, the bandwidth extender circuit extends between an input of the second stage and the output of the second stage. The bandwidth extender includes at least one active device configured to provide positive feedback to increase gain. The bandwidth extender circuit is able to be automatically or selectively deactivated to filter unwanted frequency components.



Exhibit 13, Page 144



FIG. 1

Exhibit 13, Page 145





FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10B

FIG. 10A



FIG. 11

1104 — Enable or disable bandwidth extender

1108 — Receive input signal from photodetector at first TIA stage

1112 — Amplify input signal with first TIA stage to create first TIA stage output

1116 — Amplify first TIA stage output with second TIA stage to create second TIA stage output

1120 — Amplify second TIA stage output with third TIA stage to create third TIA stage output

1128 — Present third TIA stage output as feedback signal to the first TIA stage input

1132 — Process second TIA stage output with bandwidth extender circuit to create bandwidth extender output

1136 — Present bandwidth extender output to first TIA stage output as feedback signal to increase gain and bandwidth of TIA

US 2017/0026011 A1

Jan. 26, 2017

1

# TRANSIMPEDANCE AMPLIFIER WITH BANDWIDTH EXTENDER

## 1. PRIORITY CLAIM

[0001] This application claims priority to and the benefit of U.S. Provisional Patent Application No. 62/194,745 filed on Jul. 20, 2015, the contents of which are incorporated by reference in its entirety herein.

## 2. FIELD OF THE INVENTION

[0002] The invention relates to transimpedance amplifiers and in particular to a method and apparatus for selectively improving the bandwidth capability of transimpedance amplifiers.

## 3. RELATED ART

[0003] In electronics, a transimpedance amplifier, (TIA) is a widely used device configured as a current-to-voltage converter, most often implemented using an operational amplifier. The TIA can be used to amplify[1] the current output of Geiger-Müller tubes, photo multiplier tubes, accelerometers, photodetectors, such as but not limited to photodetectors in fiber optic communication systems, as well as other types of sensors to generate a usable voltage. Current-to-voltage converters are also often used with sensors that have a current response that is more linear than the voltage response. This is the case with photodiodes where it is not uncommon for the current response to have better than 1% linearity over a wide range of light input. Thus, the transimpedance amplifier ideally presents a low impedance to the photodiode and isolates it from the output voltage of the operational amplifier. One common factor of transimpedance amplifiers is an ability to convert the low-level current of a sensor to a voltage. The gain, bandwidth, current and voltage offsets change with different types of sensors (such as photodetectors), requiring different configurations of transimpedance amplifiers.

[0004] When configured in a communication system or data exchange system, the bandwidth of the transimpedance amplifier is of importance due to the trend for communication systems to operate at higher speeds with each new product release. One aspect of a TIA that affects bandwidth capabilities is an ability to support a wide range of input capacitance. This is an important requirement for TIA for optical communication applications. Maintaining sufficient bandwidth during operation of transimpedance amplifiers under various input capacitance is also an important requirement.

[0005] As demand continues to increase for high sensitivity of the TIA along with lower cost TIA designs, the main driving force is to replace the APD-based receivers (avalanche photodiode) with the PIN-based (p-i-n photodiode) type devices. APD-based receivers are more expensive due to higher cost to manufacture and require external circuitry to control temperature compensation.

[0006] A typical PIN-based optical receiver consists of a photodiode and a TIA. It is well known that the photodiode capacitance at the input of a TIA can significantly degrade the bandwidth and the sensitivity. Recently, new generation of Super-TIAs became available with promise of ultra-high sensitivity but require minimum photodiode capacitances to achieve such low input referred noise (IRN). While it is a possible solution, it is not without drawbacks. Low capacitance photodetectors require small optical apertures which are more expensive to manufacture due to low production yield. Therefore, there is a need in the art to develop a TIA topology which has high tolerance and flexibility to accommodate a wide input capacitance range, thereby providing a cost effective and widely application solution.

[0007] In addition, with cost still a controlling factor, more and more inexpensive lasers are now commonly used in 2.5 Gbps data rate applications. However, such low cost lasers are known to exhibit laser relaxation oscillation phenomena at certain frequency as shown in FIG. 1).

[0008] FIG. 1 illustrates an exemplary plot of optical signal magnitude over time. The horizontal axis 112 represents time while the vertical axis 116 represents signal magnitude. The plots, which are overlapping and collective, show poor signal eye quality due to laser relaxation oscillation. Laser relaxation frequency is induced by unwanted coherent optical feed-back from an external target. The problem with laser relaxation oscillation is its high frequency content introduces aberration glitches that reduce receiver eye opening and thus greatly degrade receiver sensitivity. This interferes with a receiver's ability to accurately recover the transmitted signal.

[0009] A number of TIA designs are possible. FIGS. 2A & 2B, both single stage and multistage-stage amplifiers are commonly used in TIA designs. As shown in FIG. 2A, the TIA 204 an optical signal input 208, such as from an optical fiber 212. A photodetector 216 receives the optical signal 208. Any type photodetector 216 may be used subject to meeting specification requirements for the TIA and application of the TIA. The photodetector 216 is connected between a ground node 216 an input to an amplifier 230. The photodetector 216 has an inherent capacitance Cpd 224. The capacitance Cpd 224 is not a separate element, but is part of the photodetector 216 and will vary with the brand and type of photodetector used in the TIA 204.

[0010] The optical signal presented to the photodetector 216 is converted to an electrical signal and sent to the amplifier 230. The amplifier 230 may comprise an operational amplifier or any type of low noise amplifier capable of serving in a TIA environment and amplifying the output of a photodetector 216. The output of the amplifier 230 is presented on the TIA output 240 and fed back through a resistor RF 234 to the input of the TIA. The resistor RF 234 and the amplifier are part of the TIA and typically co-located on an integrated circuit. The resistor RF 234 in the feedback path converts the input current to a voltage and set the gain of the amplifier. Gain is defined as Vout/Iin=RF.

[0011] The TIA design may be expanded multiple stages as shown in FIG. 2B. FIG. 2B illustrates a block diagram of an exemplary multistage-stage amplifiers in a TIA. As compared to FIG. 2A, identical or similar elements are labeled with identical reference numbers. In this embodiment, a first stage amplifier 230 connects to one or more additional stages, shown by dashed line, up to an Ntn stage amplifier 230N. By adding additional stages, gain can be increased.

[0012] Prior art TIA designs, such as that shown in FIGS. 2A and 2B, are very sensitive to input photodetector capacitance Cpd and lack capability to improve eye quality deterioration that is caused by the laser relaxation oscillation blow-by.

[0013] The innovation described below overcomes these drawbacks in the prior art and provides additional benefits.

## SUMMARY

[0014]   A novel photodetector with a transimpedance amplifier is disclosed that includes a photodetector configured to receive and process an optical signal to generate a photodetector output that represents the optical signal. A transimpedance amplifier is configured to receive the photodetector output. The transimpedance amplifier has a transimpedance amplifier input and a transimpedance amplifier output. The transimpedance amplifier includes a first stage that includes a transistor and a load element such that the first stage is connected to the photodetector output and also includes a first stage output.

[0015]   A second stage is also part of this embodiment and it includes a transistor and a load element such that the second stage has an input that is connected to the first stage output. The second stage has a second stage output. A third stage comprising a transistor and a load element, the third stage having an input connected to the second stage output. The output of the third stage forms the transimpedance amplifier output. Also part of this embodiment is a feedback loop including feedback resistor such that the feedback loop is connected between the transimpedance amplifier output and the transimpedance amplifier input. A bandwidth extender is also part of this embodiment. The bandwidth extender includes an active element connected between the first stage output and the second stage output.

[0016]   In one configuration, the active element in the bandwidth extender is a FET such that the FET has a gate terminal connected to the second stage output and a drain terminal connected to the first stage output. The bandwidth extender may be configured to provide positive feedback from the second stage output to the first stage output to increase the gain of the transimpedance amplifier. The transimpedance amplifier may further include a switch configured to receive an enable signal that selectively enables or disables the bandwidth extender. In one configuration, the first stage, second stage, and third stage include a FET acting as an amplifier and an active load.

[0017]   A transimpedance amplifier is disclosed that includes an input configured to receive the transimpedance amplifier input signal and one or more amplifiers stages such that each of the one or more stages has a stage input and a stage output. Also part of the transimpedance amplifier is a bandwidth extender connected between a stage output and a stage input, the bandwidth extender including at least one active device configured to provide positive feedback from the stage output to the stage input.

[0018]   In one embodiment, the bandwidth extender is configured to be selectively enabled and disabled. The step of selective enabling and disabling is responsive to a control signal. Disabling the bandwidth extender filters out high frequency content of a relaxation oscillation signal. In one configuration the one or more stages consist of one stage with an input and an output, and the bandwidth extender is connected between the one stage input and the one stage output. In another embodiment, the one or more stages comprise a first stage, a second stage, a third stage, a fourth stage and a fifth stage, such that each stage has an input and an output, and the bandwidth extender is connected between a second stage input and a fourth stage output.

[0019]   Also disclosed herein is a method for processing a photodetector output with a transimpedance amplifier to generate a corresponding amplified voltage. In this exemplary embodiment, this method includes receiving the pho-

todetector output current at a first stage amplifier of a transimpedance amplifier that has one or more amplifier stages. The transimpedance amplifier also receives a feedback signal from a feedback path at the first stage amplifier such that the feedback path includes feedback resistor. Then amplifying the feedback signal and the photodetector output with the one or more amplifier stages to generate a transimpedance amplifier output signal. The transimpedance amplifier output signal is then presented as an input to the feedback path. This method of operation also performs bandwidth enhancement by amplifying an amplifier stage output signal from one of the one or more amplifier stage and presents the amplifier stage output signal to an input of the one or more amplifier stages to increase the gain of at least one amplifier stage to thereby increase the bandwidth of the transimpedance amplifier.

[0020]   This method of operation may also include receiving a control signal to selectively enable or disable bandwidth enhancement. The method of operation may also include the step of detecting unwanted high frequency content in the transimpedance amplifier output or photodetector output, such as by filtering, and responsive thereto disabling the bandwidth enhancement. The one or more stages may be three stages. In one configuration, the photodetector or transimpedance amplifier operates at 2.5 Gbps data rate or higher. In one embodiment, the method is performed in a ROSA package of a passive optical network. The step of performing bandwidth enhancement may occur by amplifying an amplifier stage output signal.

[0021]   Other systems, methods, features and advantages of the invention will be or will become apparent to one with skill in the art upon examination of the following figures and detailed description. It is intended that all such additional systems, methods, features and advantages be included within this description, be within the scope of the invention, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0022]   The components in the figures are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention. In the figures, like reference numerals designate corresponding parts throughout the different views.

[0023]   FIG. 1 illustrates an exemplary plot of optical signal magnitude over time showing coherent optical feedback.

[0024]   FIG. 2A illustrates a prior art single stage transimpedance amplifier.

[0025]   FIG. 2B illustrates a prior art multistage-stage transimpedance amplifier.

[0026]   FIG. 3 illustrates an exemplary environment of use of the improved TIA design as disclosed herein

[0027]   FIG. 4 illustrates an exemplary TIA and photodetector located in a receiver optical sub assembly (ROSA).

[0028]   FIG. 5 illustrates an exemplary TIA with a bandwidth extender circuit.

[0029]   FIG. 6 illustrates an exemplary circuit level diagram of a 3 stage TIA design with bandwidth extender.

[0030]   FIG. 7 illustrates an exemplary single stage TIA with a bandwidth extender.

[0031]   FIG. 8 illustrates an example embodiment of a five stage TIA with a bandwidth extender.

3

[0032]   FIG. 9 illustrates a simplified circuit diagram of a two stage TIA with bandwidth extender presented for discussion purposes.

[0033]   FIGS. 10A and 10B illustrates exemplary plots of bandwidth versus frequency without and with the bandwidth extender.

[0034]   FIG. 11 of a flow chart of an exemplary method of operation of the TIA with bandwidth extender.

DETAILED DESCRIPTION

[0035]   FIG. 3 illustrates an exemplary environment of use of the improved TIA design as disclosed herein. This is but one possible example embodiment and it is contemplated that the improved TIA design may be used in any environment that utilizes a TIA. This example environment is in a fiber link 304 between and as part of communication devices. As shown, an input signal 308 is presented to a laser driver 312. The driver 312 amplifies the signal to a magnitude and current level suitable for driving an optical signal generator 316, such as a laser or any other optical signal generating device. The optical signal generator 316 creates an optical signal 320 which is presented to a fiber optic or other transmission medium. At an opposing end of the fiber 324 the received optical signal 328, which is degraded due to passage through the fiber 324, is presented as an output.

[0036]   A photodetector 332, such as a photodiode, receives the optical signal 328 and converts the optical signal 328 to an electrical signal on an amplifier input node 336. The amplifier 340, which is part of the TIA 342, amplifies the input signal from the photodetector 332 and provides the amplified signal as an output. In this embodiment, the amplifier 340 converts an input current to an output voltage. The output is presented to a feedback resistor RF 344 and as an input to a limiting amplifier 350. The amplifier output provided to the feedback resistor 344 is presented as a feedback signal to the input of the amplifier 340. The feedback resistor 344 sets the gain based on the Vout/Iin relationship.

[0037]   Also part of the TIA 342 is a bandwidth extender module 348 that connects to the amplifier 340, or to the input and output of the amplifier. The bandwidth extender module 348 is discussed below in more detail. The bandwidth extender module 348 may be selectively enabled to selectively increase or decrease the bandwidth of the TIA. A control input 346 provides a control signal to the bandwidth extender module 348 to selectively enable and disable the bandwidth extender module.

[0038]   The limiting amplifier 350 may be a RF and microwave limiting amplifiers which may be manufactured with thin film hybrid manufacturing techniques or any other manufacturing process to maximize performance, repeatability, and reliability. The frequency range may be from 10 MHz to 4 GHz, or higher than 4 GHz. In this embodiment the input signal to the limiting amplifier may be distorted to rail to rail output in order to give a large signal to the other parts of the Rx (such as a clock data recovery circuit). The limiting amplifier may be configured to perform amplitude compression by performing a limiting function, which will protect subsequent components from input overdrive.

[0039]   The output of the limiting amplifier 350 is presented to clock data recovery circuit (CDR) 354. The CDR 354 aligns the data signal with the clock signal. As is understood, some data streams, especially high-speed serial data may be sent without an accompanying clock signal and thus must be synchronized with a clock signal at a receiver. The receiver generates a clock from an approximate frequency reference, and then phase-aligns to the transitions in the data stream with a phase-locked loop (PLL). This process is commonly known as clock and data recovery. The output of the CDR 354 is presented to one or more downstream processing elements, such as an analog to digital converter.

[0040]   FIG. 4 illustrates a TIA and photodetector located in a receiver optical sub-assembly (ROSA). This is but one possible example embodiment and as such different configurations are possible without departing from the claims that follow. The ROSA module 404 includes a housing 408 that is configured to house and protect the electronics contained within the housing and to mate with a fiber optic cable. Inside the ROSA 404 are four connectors or pins to which subsequent electronics, such as the limiting amplifier connect. These pins are the outputs 412A, 412B which carry the electrical output signal in a differential format. Additional pins include a supply voltage Vcc 416 and a monitor current output (Imon) 420. The supply voltage pin 416 supplies power to the ROSA while the current monitor output pin 420 monitors current output current.

[0041]   Connected to the pins 412A, 412B, 416, 420 is a transimpedance amplifier (TIA) 426. The TIA 426 receives an electrical input from the photodetector 430 which has associated capacitance, in this embodiment 0.35 Pico farads. Also located on the ROSA 428 are one or more capacitors 428, in this embodiment, one nano farad.

[0042]   FIG. 5 illustrates a TIA with a bandwidth extender circuit. The discussion of the TIA associated with FIG. 3 is repeated herein. Similar elements are identified with identical reference numbers. A photodetector 332, such as a photodiode, receives the optical signal 328 and converts the optical signal 328 to an electrical signal on an amplifier input node 336. The amplifier 340, which is part of the TIA 342, amplifies the input signal from the photodetector 332 and provides the amplified signal as an output on an output node 360. In this embodiment, the amplifier 340 converts an input current to an output voltage. The output is presented to a feedback resistor RF 344 and as an input to a limiting amplifier 350. The amplifier output provided to the feedback resistor 344 is presented as a feedback signal to the input of the amplifier. The feedback resistor 344 sets the gain based on the Vout/Iin relationship. This configuration may be expanded to additional stages as would be understood from FIG. 2B and FIG. 6 described below.

[0043]   Also part of the TIA 342 is a bandwidth extender module 348. That connects to the amplifier 340, in this embodiment to the input and output of the amplifier. The bandwidth extender module 348 is discussed below in more detail. The bandwidth extender module 348 may be selectively enabled to selectively increase or decrease the bandwidth of the TIA. A control input 346 provides a control signal to the bandwidth extender module 348 to selectively enable and disable the bandwidth extender module.

[0044]   FIG. 6 illustrates a circuit level diagram of a 3 stage TIA design with bandwidth extender. This is but one possible circuit level implementation with a focus on the components of interest. Other embodiments are contemplated that may differ in configuration yet do not depart from the claims that follow. In this example embodiment, a photodetector 604 has an associated capacitance 608 (shown as a separate element but is typically part of the photode-

4

tector itself). The photodetector **604** is configured or positioned to receive an optical signal, such as from a fiber optic cable (not shown). An output of the photodetector **604** connects to a gate terminal of a field effect transistor (FET) Q1 **612**. The FET Q1 **612** has a source terminal connected to ground and a drain terminal connected to an active load **644**A, (which is described below in greater detail) and to a second stage FET **626** of the TIA. The elements in dashed lines form the first stage **618** of the TIA.

[0045] The drain terminal of the FET Q1 **612** connects to the second stage **622** of the TIA, and in particular to a gate terminal of FET Q2 **626**. A source terminal of the FET Q2 **626** connects to ground while a drain terminal of the FET Q2 connects to an active load **644**B which is described below in detail, and to a third stage **630** of the TIA. The third stage **630** includes a FET Q3 **634** that has a source terminal connected to ground and a drain terminal connected to an active load **644**C (which is described below in greater detail) and to an output node **640** of the TIA.

[0046] A feedback loop connects between the output of the photodetector **604** (input to the TIA) and the output node **640** as shown. A feedback resistor **650** is part of the feedback loop. The feedback loop provides negative feedback to the input while the feedback resistor **650** converts input current to a voltage. Gain is set by the value of the feedback resistor **650**.

[0047] Associated with each stage are active loads elements **644**A, **644**B and **644**C. Each of these active load elements are generally similar and as such, only one is described in detail below. In reference to active load element **644**A, a source terminal of a FET Q5 **654** connects to the drain terminal of FET Q1 **612** as shown. A current source **652** provides an input current to the node established between the FET Q1 **612** and the FET Q5 **654**. A resistor **656** connects between the gate terminal and the drain terminal of the FET Q5 **654**. A resistor **658** connects the drain terminal of the FET Q5 to a power supply node.

[0048] In operation, the active load element **644**A provides a load to the first stage FET Q1 **612** to tune transfer curves and increase linearity of the TIA. This is but one possible example implementation of an active load element in a TIA and the load may change with design or application. The bandwidth extender disclosed herein can work with any TIA and with or without an active load element.

[0049] Shown at the bottom FIG. **6** is the selectively enabled bandwidth extender. In this embodiment it includes a transistor Q4 **660** is part of a feedback loop from the gate terminal of a third stage FET Q3 **634** and the gate terminal of the second stage FET Q2 **626**. Although transistor Q4 **660** as shown as a FET, any type active device may be used. Also part of the bandwidth extender loop is a switch **664** responsive to a control input **668** (enable BW extend) to selectively allow the bandwidth extender to be enabled and made a part of the TIA.

[0050] In operation, the transistor Q4, when enabled by the enable BW extend signal, amplifies the feedback signal from the third stage to the output of the first stage (input to the second stage). In this embodiment, the feedback is positive feedback. Active device **660** is selected to have an amount of gain which maintains stability in the bandwidth extender feedback loop. If the active device **660** is too large, then peaking may occur such that high frequency gain will result in oscillation. If the gain is too low, then the bandwidth enhancement does not occur and there is no difference

or inadequate improvement in circuit performance. Thus, bandwidth extension is desired but without overshoot or ringing. One exemplary method for selection of an active device **660** which yields a desired gain is through circuit simulation.

[0051] By providing positive feedback with gain from the input to the third stage TIA to the output of the first stage TIA, the open loop gain is increased. It is desired to have the input referred noise to be as low as possible. The bandwidth extender provides positive feedback to increase the output impedance of the first stage to reduce loading of the first stage.

[0052] Although the bandwidth extender is described herein as an enable or disable signal, such as a single bit signal, it is also contemplated that the control signal may be a multibit signal which sets varying level of positive feedback to the proceeding stages of the amplifier stages. For example, with a two bit control input, additional levels of control are available to custom tailor the amount of bandwidth extending gain is presented as positive feedback.

[0053] FIG. **7** illustrates a single stage TIA with a bandwidth extender. As compared to FIG. **6**, similar elements are labeled with common referenced numbers. Because this is a single stage embodiment, the values of each individual component will vary from the embodiment of FIG. **6**. As shown, the output **640** of the TIA feeds into a gate terminal of the transistor **612**. The source terminal of the transistor **612** connects to ground while the drain terminal connects to the active load **644**A.

[0054] The TIA output node is the drain terminal of the transistor **612**. The feedback resistor RF **650** connects between the input to the gate terminal of the transistor **612** and the output node **640**.

[0055] In this single stage embodiment the bandwidth extender feedback loop is configured the same as in FIG. **6** with the active element **660** and switch **664** connected between the output node **640** and the input (gate terminal) to the transistor **612**. Operation of the bandwidth extender is generally identical but the values and/or sizes of each element may vary.

[0056] FIG. **8** illustrates an example embodiment of a five stage TIA with a bandwidth extender. As compared to FIGS. **6** and **7**, identical elements are labeled with identical reference numbers. In this embodiment the feedback resistor connects to the input to the first stage FET and the output node. The bandwidth extender connects between the output of the first stage and the input to the fifth (last) stage. Operation of the bandwidth extender is generally identical but the values and/or sizes of each element may vary.

[0057] FIG. **9** illustrates a simplified circuit diagram of a two stage TIA with bandwidth extender presented for discussion purposes. In this example circuit diagram, an input **904** is present to receive a signal. Although shown in other embodiments as receiving a signal from a photodetector, it is contemplated and expected that any embodiment herein may be paired with devices other than a photodetector or optical front end.

[0058] The input **904** connects to a first stage transistor **908** at a gate terminal. The source terminal of the first stage transistor **908** connects to ground while the drain terminal connects to a first resistor **912**. The output node **916** of the first stage transistor **908** feeds into a gate terminal of a second stage transistor **920**. The source terminal of the

5

second stage transistor **920** connects to ground while the drain terminal connects to a second resistor **924**.

[0059]  The output of the second stage transistor **920** is presented on an output node **928**. A feedback loop extends from the output node **928** to the node **916**. A third transistor **932** is located in the feedback loop as shown connected between the gate terminal and drain terminal.

[0060]  Using FIG. **9** as a guide, the method and apparatus disclosed herein has many advantages over the prior art. Multistage inverter TIA designs had been popular in achieving high sensitivity to support 2.5 Gbps GPON (gigabit passive optical network) applications. For example, GPON systems, have been shown to achieve over −31 dBm of sensitivity by reducing the input referred noise (IRN) to less than 90 nA rms. However, as discussed above are two major drawbacks with existing TIA topologies: 1) sensitivity performance is highly depended on the input photodiode capacitance. 2) There is no provision to effectively suppress laser relaxation oscillation.

[0061]  The transimpedance amplifier (TIA) with bandwidth extender technique overcomes these drawbacks. The simplified two stage design shown in FIG. **9** aids in the understanding of these benefits and how the prior art issues are overcome. The gain of the bandwidth extender (feedback loop with the third transistor **932**) is defined as gm4*RL1. Without the third transistor **932** gain "gm4*RL1" (which may be referred to as a bootstrapping factor), the gain of the 1st stage is reduced to "gm1*RL1". RL1 is the resistance value of the first resistor **912** and the term gm1 is defined as transconductance, which is a measure of the conductance of a component. RL is the active or passive load. Gm of the device controls or is an aspect that affects gain.

[0062]  The gain of the bandwidth extender is defined as gm4*RL1 and thus increases the gain and the effective output impedance of the first stage (elements **908**, **912**). Because the first stage gain is increased, the TIA's open-loop gain, defined as Ao (open loop gain), is increased also.

[0063]  Working from the basic TIA feedback equation which defines bandwidth as BW=(1+Ao)/(Cin*Rf) where Cin is the photodiode capacitance Cpd plus the amplifier input capacitance Cg, while Rf is the shunt feedback resistor. This equation shows that the TIA's bandwidth will be extended by higher open loop gain Ao, created by the feedback gain from the bandwidth extender. Increases in the value of Ao increase bandwidth of the TIA. Increasing the value of RL (shown in FIG. **9**) and the feedback that causes the gain of the first stage to appear higher and that causes the increase in bandwidth.

[0064]  The equations that define gain of the first stage are thus defined as:

$$W/O \text{ } Bootstrap = gm1*RL1$$

$$W/Bootstrap = (gm1*RL1) + (gm4*RL1)$$

[0065]  Therefore, by enabling the bandwidth extending loop, the loss of bandwidth due to higher input capacitance of the photodetector can be compensated. This allows a wider range of photodetectors to be used, which can add design flexibility and allows for use of reduced cost photo detectors.

[0066]  As shown in FIG. **6**, a switch may be presented in any embodiment of the bandwidth extender feedback loop as shown in FIG. **6**. By disabling the bandwidth extender, such as by opening a switch or any other means, the bandwidth extender is disabled and the output impedance of the first

stage will be decreased and thus bandwidth is reduced accordingly. Thus, the bandwidth extender may be selectively enabled and disabled. By disabling the bandwidth extender the bandwidth is reduced, which provide the benefit of limiting the TIA's bandwidth offers an opportunity to filter out the high frequency content of the relaxation oscillation signal by suppressing it at the input. Stated another way, by limiting the TIA bandwidth the laser relaxation effect can be suppressed. Therefore, it is also desirable to have the option of reducing the TIA bandwidth (by disabling the bandwidth enable circuit or loop) to accommodate inexpensive lasers to further reduce the overall receiver system cost.

[0067]  FIGS. **10**A and **10**B illustrates exemplary plots of bandwidth in relation to output frequency with and without the bandwidth extender. These plots are from simulations of actual circuit performance but are exemplary only and other embodiments and elements may yield different numeric values. In both FIGS. **10**A and **10**B, the vertical axis **1004** represents gain while the horizontal axis represents frequency.

[0068]  In FIG. **10**A, the two plots are both without the bandwidth extender features present in the circuit, or if present, not enabled. The first plot **1020** is with the capacitance of the photodetector at 0.75 pico-farads. Thus, with the moderately high photodetector input capacitance the gain falls off at higher frequency. Based on these circuit test results, the TIA would not be suitable for use at 2.5 Gbps. The second plot **1024** is with the capacitance of the photodetector at 0.15 pico-farads. Thus, the lower photodetector input capacitance allows the suitable gain to be extended to higher frequencies as compared to plot **1020**. However, it is contemplated that the 0.15 pico-farads photodetector would cost considerably more than the photodetector with a capacitance of 0.75 pico-farads.

[0069]  Turning to FIG. **10**B, both plots are created with a photodetector with a high capacitance of 0.75 pico-farads. A third plot **1030** is without the bandwidth extender while a fourth plot **1034** is with the bandwidth extender enabled. As shown, the gain of the plot **1030** drop off at higher frequency but when the bandwidth extender is enabled, such as by being switched it into the TIA circuit, the gain at higher frequency increases, thereby enabling operation at higher frequencies. In this example embodiment, the bandwidth is improved by 40% over the situation with the bandwidth extender is not enabled. This is a significant performance increase given the complexity and cost of the bandwidth extender.

[0070]  FIG. **11** of a flow chart of an exemplary method of operation of the TIA with bandwidth extender. This is but one method of operation and it is contemplated that other methods of operation may occur without departing from the claims that follow. At a step **1104** the bandwidth extender circuit or feedback path is enabled or disabled. This may occur based on a control signal from a controller or other element configured to automatically detect operation parameters. The enable signal may also be manually set, such as by a user or system operation. This step may also occur during operation such as by comparing bit error rates or other performance parameters by automatically comparing performance with and without the bandwidth extender and selecting the option that yields the best performance.

[0071]  At a step **1108**, the TIA receives the input signal from a photodetector at a first stage of the TIA. As discussed

6

below, additional feedback signals are also received at the TIA input and processed during operation. Then at a step **1112**, the first TIA stage amplifies the input signal to create a first TIA output signal. At a step **1116**, the system amplifies the first TIA stage output and a feedback signal from a bandwidth extender with a second TIA stage to create a second TIA output. At step **1120** the second TIA output is presented to a third TIA stage and the third TIA stage amplifies the third TIA stage output. Then, at a step **1128** the third TIA stage amplifies the second TIA output to create the TIA output. In this example method of operation there are three TIA stage but in other embodiment a greater or fewer number of TIA stages may be present.

[0072]    At a step **1128** the TIA output, which is the output from the third TIA stage, is presented as a feedback signal to the TIA input, through a feedback resistor. At a step **1132**, the bandwidth extender device or circuit processes the TIA output to create a bandwidth extender output. At a step **1136** the output of the bandwidth extender is presented as a feedback signal to an earlier TIA stage, such as the second TIA stage. This input from the bandwidth extender increases the gain of the first stage, thereby increasing the bandwidth capabilities of the TIA.

[0073]    While various embodiments of the invention have been described, it will be apparent to those of ordinary skill in the art that many more embodiments and implementations are possible that are within the scope of this invention. In addition, the various features, elements, and embodiments described herein may be claimed or combined in any combination or arrangement.

What is claimed is:

1. An photodetector with a transimpedance amplifier comprising:

a photodetector configured to receive and process an optical signal to generate a photodetector output that represents the optical signal

a transimpedance amplifier having a transimpedance amplifier input and a transimpedance amplifier output, the transimpedance amplifier input configured to receive the photodetector output, transimpedance amplifier including

a first stage comprising a transistor and a load element, the first stage connected to the photodetector output and having a first stage output;

a second stage comprising a transistor and a load element, the second stage connected to the first stage output and having a second stage output;

a third stage comprising a transistor and a load element, the third stage connected to the second stage output and forming the transimpedance amplifier output;

a first feedback loop including feedback resistor, the feedback loop connected between to the transimpedance amplifier output and the transimpedance amplifier input;

a bandwidth extender including an active element, a bandwidth extender connected between the first stage output and the second stage output.

2. The photodetector with a transimpedance amplifier of claim **1**, wherein the active element in the bandwidth extender is a FET such that the FET has a gate terminal connected to the second stage output and a drain terminal connected to the first stage output.

3. The photodetector with a transimpedance amplifier of claim **1**, wherein the bandwidth extender is configured to provide positive feedback from the second stage output to the first stage output to increase the gain of the transimpedance amplifier.

4. The photodetector with a transimpedance amplifier of claim **1** further comprising a switch configured to receive an enable signal that selectively enables or disables the bandwidth extender.

5. The photodetector with a transimpedance amplifier of claim **1** wherein the first stage, second stage, and third stage include a FET acting as an amplifier and an active load or a passive load.

6. A transimpedance amplifier comprising:

an input configured to receive the transimpedance amplifier input signal;

one or more amplifiers stages, each of the one or more stages having a stage input and a stage output;

a bandwidth extender connected between a stage output and a stage input, the bandwidth extender including at least one active device configured to provide positive feedback from the stage output to the stage input.

7. The transimpedance amplifier of claim **6** wherein the bandwidth extender is configured to be selectively enabled and disabled.

8. The transimpedance amplifier of claim **7**, wherein the selective enabling and disabling is responsive to a control signal.

9. The transimpedance amplifier of claim **6**, wherein disabling the bandwidth extender filters out high frequency content of a laser relaxation oscillation signal.

10. The transimpedance amplifier of claim **6**, wherein the one or more stages comprise one stage with an input and an output, and the bandwidth extender is connected between the one stage input and the one stage output.

11. The transimpedance amplifier of claim **6**, wherein the one or more stages comprise a first stage, a second stage, a third stage, a fourth stage and a fifth stage, with each stage having an input and an output, and the bandwidth extender is connected between a second stage input and a fourth stage output.

12. A method for processing an photodetector output with a transimpedance amplifier to generate a corresponding amplified voltage comprising:

receiving the photodetector output current at a first stage amplifier of a transimpedance amplifier having one or more amplifier stages;

receiving a feedback signal from a feedback path at the first stage amplifier, the feedback path including feedback resistor;

amplifying the feedback signal and the photodetector output with the one or more amplifier stages to generate a transimpedance amplifier output signal;

presenting the transimpedance amplifier output signal as an input to the feedback path;

performing bandwidth enhancement by amplifying an amplifier stage output signal from one of the one or more amplifier stages and presenting the amplifier stage output signal to an input of the one or more amplifier stages to increase the gain of at least one amplifier stage of one or more amplifier stages of the transimpedance amplifier to thereby increase the bandwidth of the transimpedance amplifier.

13. The method of claim **12**, further comprising receiving a control signal to selectively enable or disable bandwidth enhancement.

US 2017/0026011 A1                                                                    Jan. 26, 2017

7

**14**. The method of claim **12** further comprising detecting, such as by filtering, unwanted high frequency content in the transimpedance amplifier input or photodetector output and responsive thereto disabling the bandwidth enhancement.

**15**. The method of claim **12** wherein the one or more stages comprises three stages.

**16**. The method of claim **12** wherein the photodetector or transimpedance amplifier operates at multi-data rates, higher or lower than 2.5 Gbps.

**17**. The method of claim **12** wherein the method is performed in a ROSA or other type optical packages of a passive optical network.

**18**. The method of claim **12** wherein performing bandwidth enhancement by amplifying an amplifier stage output signal.

*   *   *   *   *

# EXHIBIT 14

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 14839747

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Transimpedance Amplifier with Bandwidth Extender Michael P. Khaw | 10044328 Aug 07, 2018 | 20170026011 Jan 26, 2017 | 14839747 Aug 28, 2015 | | |

## Assignments (2 of 2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039269/0504 | Jul 26, 2016 | Jul 27, 2016 | 17 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MINDSPEED TECHNOLOGIES, INC.

**Correspondent**
ROB WINDER
4000 MACARTHUR BLVD
NEWPORT BEACH, CA 92660

**Assignee**
MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.
100 CHELMSFORD STREET
LOWELL, MASSACHUSETTS 01851

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037077/0992 | Nov 18, 2015 | Nov 18, 2015 | 1 | 2 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
KHAW, MICHAEL P.

**Correspondent**
CHAD W. MILLER
7251 W. LAKE MEAD BLVD., SUITE 530
LAS VEGAS, NV 89128

**Assignee**
MINDSPEED TECHNOLOGIES, INC.
4000 MACARTHUR BLVD.
NEWPORT BEACH, CALIFORNIA 92660