Michael I. Katz (CA State Bar No. 181728)
    mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
    cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, <br><br> Plaintiffs; <br><br> v. <br><br> **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, <br><br> Defendants. | Case No. 8:19cv-00220-JVS-JDE <br><br> **Litrinium, Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Their Trade Secrets** <br><br> Motion Assigned to:   Hon. John D. Early <br> Hearing Date:          June 20, 2019 at 10:00 a.m. <br> Courtroom:             6A <br><br> Discovery Cut-Off:     April 6, 2020 <br> Pretrial Conference:   August 3, 2020 <br> Trial Date:            August 18, 2020 |

1

**NOTICE OF MOTION AN MOTION**

2      PLEASE TAKE NOTICE that that on Thursday, June 20, 2019, at 10:00 a.m. in

3 Courtroom 6A of this Court at 411 West 4th Street, Santa Ana, California, 92701, or at

4 such other date and time that the Court may determine, before the Honorable John D.

5 Early, United States Magistrate Judge, Defendant Litrinium, Inc. will and hereby does

6 move the Court for a protective order, pursuant to the Court's instructions at the Rule 16

7 case management conference as well a Federal Rule of Civil Procedure 26(c), barring

8 Plaintiffs from taking discovery related to their trade-secret claims until after Plaintiffs

9 identify their asserted trade secrets with reasonable particularity.

10      During the Court's Rule 16 case management conference on May 6, 2019. Judge

11 Selna observed that the California statute "anticipates that a detailed statement of the

12 trade secret be made as a condition to going forward with discovery." Plaintiffs stated that

13 the allegations of trade secrets made in the First Amended Complaint "sufficiently

14 addressed" the issue of "getting a more definitive statement of what the trade secret is."

15 But Plaintiffs' First Amended Complaint only sets for broad categories of information

16 that cover every aspect of transimpedance amplifiers ("TIAs"), which are general

17 products that Plaintiffs, Litrinium, and others in the industry design and sell. Plaintiffs'

18 FAC, accordingly, does not provide particular identification of Plaintiffs' asserted trade

19 secrets in such a way to permit Litrinium to prepare discover and defend against

20 Plaintiffs' claims.

21      At the Court's Rule 16 case management conference, Judge Selna also stated that if

22 Litrinium found Plaintiffs' disclosure to be insufficient, then the matter should be brought

23 to Magistrate Judge Early on an expedited basis. Accordingly, Litrinium moves for an

24 expedited procedure to address the sufficiency of Plaintiffs' disclosure of their trade

25 secrets as follows:

26      1.    Litrinium is to serve detailed objections to any statement within three business

27             days of receipt of Plaintiffs' statement;

28

2.  Within three days from receiving the objections, Plaintiffs must meet and confer and definitively state their position, including proposing modifications;

3.  Litrinium is to agree to the proposed modifications, if satisfactory, within two business days; and

4.  Litrinium's obligations with respect to any discovery by Plaintiffs, including Plaintiffs' First Set of Requests for Production to Defendant Litrinium, Inc. and Plaintiffs' First Set of Interrogatories to Defendant Litrinium, Inc., are stayed until 14 days after the later of (a) the date on which Litrinium has advised Plaintiffs that it does not challenge (or challenge further) the sufficiency of their asserted trade secrets disclosure or (b) the date on which the Court (including review by the district judge if sought) has determined that Plaintiffs' disclosure is sufficient or (c) time period set for response by rule.

This Motion is based upon the attached Joint Stipulation Regarding Litrinium, Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Trade Secrets, the Declaration of Michael I. Katz submitted herewith, the pleadings and records on file in the Action, and such further evidence and argument as may be presented at the hearing on, or in connection with the Court's determination of, the Motion.

DATED: May 23, 2019                         Respectfully submitted,

                                            MASCHOFF BRENNAN

                                    By:  */s/ Jared J. Braithwaite*
                                            Michael I. Katz
                                            Charles S. Barquist
                                            Jared J. Braithwaite

                                            Attorneys for Defendant
                                            LITRINIUM, INC.