1   Andrew P. Holland/Bar No. 224737
    aholland@thoits.com
2   Mark V. Boennighausen/Bar No. 142147
    mboennighausen@thoits.com
3   Misasha S. Graham/Bar No. 237187
    mgraham@thoits.com
4   Nathaniel H. Lipanovich/Bar No. 292283
    nlipanovich@thoits.com
5   THOITS LAW
    A Professional Law Corporation
6   400 Main Street, Suite 250
    Los Altos, California 94022
7   Telephone:    (650) 327-4200
    Facsimile:    (650) 325-5572
8
    Attorneys for Plaintiffs
9   MACOM Technology Solutions Inc.
    and Mindspeed Technologies, S.A.S.

10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13              **SOUTHERN DIVISION**

14

| | |
|---|---|
| 15   MACOM TECHNOLOGY SOLUTIONS INC., a Delaware corporation; MINDSPEED TECHNOLOGIES, S.A.S., a French corporation, | Case No. **8:19-cv-00220-JVS-JDE** |
| 16 17 | **DECLARATION OF NATHANIEL H. LIPANOVICH IN OPPOSITION TO LITRINIUM, INC.'S MOTION FOR PLAINTIFFS' PRE-DISCOVERY DISCLOSURE OF THEIR TRADE SECRETS** |
| Plaintiffs, | |
| 18   v. | |
| 19 20   **LITRINIUM, INC.**, a Delaware corporation; **JEROME GAREZ**, an individual; and DOES 1 through 20, inclusive, | Motion Assigned to:   Hon. John D. Early Hearing Date: Courtroom:          6A |
| 21 22   Defendants. | Discovery Cut-Off:   April 6, 2020 Pretrial Conference: August 3, 2020 Trial Date:          August 18, 2020 |

23

24

25

26

DECLARATION OF NATHANIEL H. LIPANOVICH IN OPPOSITION TO LITRINIUM, INC.'S MOTION FOR PLAINTIFFS' PRE-DISCOVERY DISCLOSURE OF THEIR TRADE SECRETS

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

**DECLARATION OF NATHANIEL H. LIPANOVICH**

I, Nathaniel H. Lipanovich, declare as follows:

1.      I am an attorney licensed to practice law in all courts in the State of California and am admitted to practice before the United States District Court, Central District of California. I am an associate in the law firm of Thoits Law, PC, and one of the attorneys responsible for the representation of Plaintiffs MACOM Technology Solutions Inc. and Mindspeed Technologies, S.A.S. in this matter. I make this declaration of my own personal knowledge, unless the context indicates otherwise, and, if called as a witness, I could and would testify competently to the facts stated herein. This declaration is submitted in opposition to Litrinium Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Their Trade Secrets.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff MACOM Technology Solutions Inc., dated April 25, 2019.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff Mindspeed Technologies, S.A.S., dated April 25, 2019.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff MACOM Technology Solutions Inc., dated April 25, 2019.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff Mindspeed Technologies, S.A.S., dated April 25, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 16th day of May, 2019, at Los Altos, California.


By:   _/s/ Nathaniel H. Lipanovich_
**Nathaniel H. Lipanovich**

DECLARATION OF NATHANIEL H. LIPANOVICH IN OPPOSITION TO LITRINIUM, INC.'S MOTION FOR PLAINTIFFS' PRE-DISCOVERY DISCLOSURE OF THEIR TRADE SECRETS

# EXHIBIT 1

Michael I. Katz (CA State Bar No. 181728)
    mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
    cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, <br><br> Plaintiffs; <br><br> v. <br><br> **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, <br><br> Defendants. | Case No. 8:19cv-00220-JVS-JDE <br><br> **Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff MACOM Technology Solutions Inc.** <br><br> HON. JAMES V. SELNA <br> UNITED STATES DISTRICT JUDGE <br> SANTA ANA, COURTROOM 10C |

Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, including Rule 26(d)(2) regarding Early Rule 34 Requests, Defendant Litrinium, Inc. ("Litrinium") requests that Plaintiff MACOM Technology Solutions Inc. ("MACOM") produce the materials requested below for inspection, copying, and related activities within thirty days of the parties' 26(f) conference at the offices of Maschoff Brennan, 100 Spectrum Center Dr., Suite 1200, Irvine, California 92618.

## DEFINITIONS

As used herein, the term "MACOM," "you," or "your" refers to Plaintiff MACOM Technology Solutions, Inc.

As used herein, the term "MACOM TIAs" refers to the transimpedance amplifiers referenced in paragraph 13 and paragraph 14 (including each of its subparts of the First Amended Complaint (ECF. No. 30), the "different versions of the 2nd generation design of the 28G TIA" and "3rd generation 28 TIA" referenced by you in paragraph 16 of the Complaint (ECF No. 1), as well as any other transimpedance amplifier of your for which you believe your alleged trade secrets relate.

As used herein, the term "Trade Secrets" refers to those trade secrets on which your claims in this case are based.

As used herein, the term "Litrinium Products" refers to the "Litrinium products" referenced by you in paragraph 17 of the First Amended Complaint (ECF No. 30) as well as any other Litrinium products to which you believe your alleged trade secrets relate.

## INSTRUCTIONS

1.      Unless otherwise specified, the relevant time period for these requests is December 1, 2014 until the time of the trial of this case.

2.      If you withhold any document otherwise responsive to these Requests on the basis of a privilege or discovery protection, then identify the document and the nature of the privilege.

3.      All electronically stored information ("ESI") must be collected and produced in a format that preserves all metadata associated with the documents. Production of any ESI should be as single-page .tiff images and include OCR and associated load files. Spreadsheets and other non-paginated documents must be produced in native format.

4.      The foregoing definitions and instructions are not intended to limit your obligations under the Federal Rules of Civil Procedure or any other applicable rule, regulation or law.

5. Please produce documents as they are kept in the usual course of business. The documents copied shall be copied as they are kept in the normal course of business, and any titles, labels, or other descriptions on any box, folder, binder, file cabinet, or other container shall be copied as well.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:** All patents, patent applications, and all documents filed or submitted in connection with filing of patents and patent applications related to MACOM TIAs or the Trade Secrets.

**Request for Production No. 2:** Documents that relate to Litrinium Products.

**Request for Production No. 3:** Documents constituting or relating to any investigation by you into the configuration, operation, or design of Litrinium Products.

**Request for Production No. 4:** Documents related to sales or marketing of MACOM TIAs in the last five years.

**Request for Production No. 5:** Communications with customers or prospective customers, power point presentations, pricing information, shipment information including end point-of-sale data, marketing materials, customer contact or trip reports, customer test results, application notes, data sheets, and documents reflecting or constituting competitive benchmarking regarding MACOM TIAs within the last five years.

**Request for Production No. 6:** Documents related to the sale or marketing of MACOM TIAs to or by Shanghai BIBO Communication ("BIBO").

**Request for Production No. 7:** Documents related to BIBO's use or sales of MACOM TIAs to other parties as well as shipment information to and by BIBO.

**Request for Production No. 8:** Documents that relate to the design or specifications of MACOM TIAs.

**Request for Production No. 9:** Datasheets, design documents, characterization and validation reports, technical specifications, and documents related to the operational design specifications of MACOM TIAs.

**Request for Production No. 10:** Documents and communications, internal or with third parties, concerning Defendants, this lawsuit, Jerome Garez, Litrinium, any of Litrinium's employees, or Litrinium Products.

**Request for Production No. 11:** Documents and communications concerning your former employees that you believe may work for Litrinium or with Litrinium employees, now or any time in the future.

**Request for Production No. 12:** Documents and communications, internal or with third parties, related to your former employees accused or suspected of trade secret misappropriation or breach of confidentiality obligations.

**Request for Production No. 13:** Documents that describe, embody or identify the Trade Secrets, or any of them.

**Request for Production No. 14:** Documents evidencing, concerning, or relating to the development of the Trade Secrets, or any of them.

**Request for Production No. 15:** Documents related to the hiring or termination of employees of your high-performance analog business unit.

**Request for Production No. 16:** Documents related to exit interviews and the collection and return of computers and other storage media, including company mobile phones, tablets, USB drives.

**Request for Production No. 17:** All documents evidencing misappropriation of the Trade Secrets by Litrinium.

**Request for Production No. 18:** All documents evidencing misappropriation of the Trade Secrets by Jerome Garez.

**Request for Production No. 19:** All documents, communications, and investigations related to Jerome Garez's interaction with Litrinium or any of Litrinium's employees while employed by you.

**Request for Production No. 20:** Documents evidencing that you have been damaged by Defendants' alleged misappropriation of the Trade Secrets.

**Request for Production No. 21:** Documents that evidence your policies and procedures, since January 1, 2014, relating to preserving the confidentiality of your business information.

**Request for Production No. 22:** Detail the process and procedures followed, including providing all documents, relating to Jerome's and all suspected and actual Litrinium employee's exit from MACOM.

**Request for Production No. 23:** Documents, datasheets, design specifications, and customer trip reports that relate to transimpedance amplifiers or components thereof of any of your competitors.

**Request for Production No. 24:** Documents evidencing and identifying customers or sales you allegedly lost due to Defendants' conduct.

**Request for Production No. 25:** Documents and communications, with customers or potential customers, regarding MACOM TIAs in the last five years.

**Request for Production No. 26:** Documents that describe your process and procedures to define what is classified as a trade secret including all training (and frequency of such training) provided to employees pertaining to what a trade secret is and how it should be handled.

**Request for Production No. 27:** Documents evidencing that Defendants have developed, manufactured, or sold products that copy or rely on the Trade Secrets.

**Request for Production No. 28:** Communications with Jerome Garez or any other of your former employees regarding Trade Secrets being classified as trade secrets by you.

**Request for Production No. 29:** Documents related to or constituting your procedures and processes governing electronic information storage and communications.

**Request for Production No. 30:** Documents and change orders reflecting changes in your procedures or processes governing electronic information storage and communications.

**Request for Production No. 31:** All documents related to any investigation or analysis conducted by you of Jerome Garez or any current or suspected employee of Litrinium.

**Request for Production No. 32:** Documents regarding the forensic investigation and analysis referenced in paragraphs 18–20 of the First Amended Complaint (ECF No. 30).

**Request for Production No. 33:** Documents related to any investigation, surveillance or analysis conducted by you of employees in the high-performance analog business unit.

**Request for Production No. 34:** All documents on which you intend to rely to support your claim for damages.

**Request for Production No. 35:** Financials, forecasts, sales records, and projections prepared by you or on your behalf from 2014 to present.

**Request for Production No. 36:** All documents related to proposed applications for patent protection in the last ten years related to the work conducted by the high-performance analog business unit.

**Request for Production No. 37:** Regulatory documents filed by you from 2014 to present, including with respect to any overseas sales directly, or indirectly, that are or might be subject to Department of Defense regulations.

**Request for Production No. 38:** Patents, publications, books, treatise, and papers related to transimpedance amplifiers.

**Request for Production No. 39:** All documents consulted or relied upon in answering any interrogatory propounded in this action.

**Request for Production No. 40:** All documents identified in your initial disclosures and any supplements thereto.

DATED: April 25, 2019

MASCHOFF BRENNAN

By: */s/ Jared J. Braithwaite*

Michael I. Katz
Charles S. Barquist
Jared J. Braithwaite

Attorneys for Defendant LITRINIUM, INC.

## Certificate of Service

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 100 Spectrum Center Drive, Suite 1200, Irvine, California 92618. On April 25, 2019, I served the foregoing document:

**Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff MACOM Technology Solutions Inc.**

> **BY FAX**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

> **BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address(s) as stated on the attached service list.

☒ **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

> **BY PERSONAL**: By arranging with a courier service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

> **BY OVERNIGHT DELIVERY**: By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Maschoff Brennan ordinary business practices.

### ~ SEE ATTACHED SERVICE LIST ~

☒ (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2019, at Irvine, California.

*/s/ Michelle Gao*

Michelle Gao

**Service List**

Andrew P. Holland
  aholland@thoits.com
Erin M. Doyle
  edoyle@thoits.com
Mark V. Boennighausen
  mboennighausen@thoits.com
Misasha S. Graham
  mgraham@thoits.com
THOITS LAW APC
400 Main Street, Suite 250
Los Altos, CA 94022

*Attorneys for Plaintiffs*
*MACOM Technology Solutions Inc. and*
*Mindspeed, Technologies S.A.S*

# EXHIBIT 2

Michael I. Katz (CA State Bar No. 181728)
    mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
    cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, | Case No. 8:19cv-00220-JVS-JDE |
| Plaintiffs; | **Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff Mindspeed Technologies, S.A.S.** |
| v. | |
| **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, | HON. JAMES V. SELNA UNITED STATES DISTRICT JUDGE SANTA ANA, COURTROOM 10C |
| Defendants. | |

Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, including Rule 26(d)(2) regarding Early Rule 34 Requests, Defendant Litrinium, Inc. ("Litrinium") requests that Plaintiff Mindspeed Technologies, S.A.S. ("Mindspeed SAS") produce the materials requested below for inspection, copying, and related activities within thirty days of the parties' 26(f) conference at the offices of Maschoff Brennan, 100 Spectrum Center Dr., Suite 1200, Irvine, California 92618.

**DEFINITIONS**

As used herein, the term "Mindspeed SAS," "you," or "your" refers to Plaintiff Mindspeed Technologies, S.A.S.

As used herein, the term "MACOM TIAs" refers to the transimpedance amplifiers referenced in paragraph 13 and paragraph 14 (including each of its subparts of the First Amended Complaint (ECF. No. 30), the "different versions of the 2nd generation design of the 28G TIA" and "3rd generation 28 TIA" referenced by you in paragraph 16 of the Complaint (ECF No. 1), as well as any other transimpedance amplifier of your for which you believe your alleged trade secrets relate.

As used herein, the term "Trade Secrets" refers to those trade secrets on which your claims in this case are based.

As used herein, the term "Litrinium Products" refers to the "Litrinium products" referenced by you in paragraph 17 of the First Amended Complaint (ECF No. 30) as well as any other Litrinium products to which you believe your alleged trade secrets relate.

**INSTRUCTIONS**

1.      Unless otherwise specified, the relevant time period for these requests is December 1, 2014 until the time of the trial of this case.

2.      If you withhold any document otherwise responsive to these Requests on the basis of a privilege or discovery protection, then identify the document and the nature of the privilege.

3.      All electronically stored information ("ESI") must be collected and produced in a format that preserves all metadata associated with the documents. Production of any ESI should be as single-page .tiff images and include OCR and associated load files. Spreadsheets and other non-paginated documents must be produced in native format.

4.      The foregoing definitions and instructions are not intended to limit your obligations under the Federal Rules of Civil Procedure or any other applicable rule, regulation or law.

5.        Please produce documents as they are kept in the usual course of business. The documents copied shall be copied as they are kept in the normal course of business, and any titles, labels, or other descriptions on any box, folder, binder, file cabinet, or other container shall be copied as well.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**  All patents, patent applications, and all documents filed or submitted in connection with filing of patents and patent applications related to MACOM TIAs or the Trade Secrets.

**Request for Production No. 2:**  Documents that relate to Litrinium Products.

**Request for Production No. 3:**  Documents constituting or relating to any investigation by you into the configuration, operation, or design of Litrinium Products.

**Request for Production No. 4:**  Documents related to sales or marketing of MACOM TIAs in the last five years.

**Request for Production No. 5:**  Communications with customers or prospective customers, power point presentations, pricing information, shipment information including end point-of-sale data, marketing materials, customer contact or trip reports, customer test results, application notes, data sheets, and documents reflecting or constituting competitive benchmarking regarding MACOM TIAs within the last five years.

**Request for Production No. 6:**  Documents related to the sale or marketing of MACOM TIAs to or by Shanghai BIBO Communication ("BIBO").

**Request for Production No. 7:**  Documents related to BIBO's use or sales of MACOM TIAs to other parties as well as shipment information to and by BIBO.

**Request for Production No. 8:**  Documents that relate to the design or specifications of MACOM TIAs.

**Request for Production No. 9:**   Datasheets, design documents, characterization and validation reports, technical specifications, and documents related to the operational design specifications of MACOM TIAs.

**Request for Production No. 10:** Documents and communications, internal or with third parties, concerning Defendants, this lawsuit, Jerome Garez, Litrinium, any of Litrinium's employees, or Litrinium Products.

**Request for Production No. 11:** Documents and communications concerning your former employees that you believe may work for Litrinium or with Litrinium employees, now or any time in the future.

**Request for Production No. 12:** Documents and communications, internal or with third parties, related to your former employees accused or suspected of trade secret misappropriation or breach of confidentiality obligations.

**Request for Production No. 13:** Documents that describe, embody or identify the Trade Secrets, or any of them.

**Request for Production No. 14:** Documents evidencing, concerning, or relating to the development of the Trade Secrets, or any of them.

**Request for Production No. 15:** Documents related to the hiring or termination of employees of your high-performance analog business unit.

**Request for Production No. 16:** Documents related to exit interviews and the collection and return of computers and other storage media, including company mobile phones, tablets, USB drives.

**Request for Production No. 17:** All documents evidencing misappropriation of the Trade Secrets by Litrinium.

**Request for Production No. 18:** All documents evidencing misappropriation of the Trade Secrets by Jerome Garez.

**Request for Production No. 19:** All documents, communications, and investigations related to Jerome Garez's interaction with Litrinium or any of Litrinium's employees while employed by you.

**Request for Production No. 20:** Documents evidencing that you have been damaged by Defendants' alleged misappropriation of the Trade Secrets.

**Request for Production No. 21:** Documents that evidence your policies and procedures, since January 1, 2014, relating to preserving the confidentiality of your business information.

**Request for Production No. 22:** Detail the process and procedures followed, including providing all documents, relating to Jerome's and all suspected and actual Litrinium employee's exit from your employment.

**Request for Production No. 23:** Documents, datasheets, design specifications, and customer trip reports that relate to transimpedance amplifiers or components thereof of any of your competitors.

**Request for Production No. 24:** Documents evidencing and identifying customers or sales you allegedly lost due to Defendants' conduct.

**Request for Production No. 25:** Documents and communications, with customers or potential customers, regarding MACOM TIAs in the last five years.

**Request for Production No. 26:** Documents that describe your process and procedures to define what is classified as a trade secret including all training (and frequency of such training) provided to employees pertaining to what a trade secret is and how it should be handled.

**Request for Production No. 27:** Documents evidencing that Defendants have developed, manufactured, or sold products that copy or rely on the Trade Secrets.

**Request for Production No. 28:** Communications with Jerome Garez or any other of your former employees regarding Trade Secrets being classified as trade secrets by you.

**Request for Production No. 29:** Documents related to or constituting your procedures and processes governing electronic information storage and communications.

**Request for Production No. 30:** Documents and change orders reflecting changes in your procedures or processes governing electronic information storage and communications.

**Request for Production No. 31:** All documents related to any investigation or analysis conducted by you of Jerome Garez or any current or suspected employee of Litrinium.

**Request for Production No. 32:** Documents regarding the forensic investigation and analysis referenced in paragraphs 18–20 of the First Amended Complaint (ECF No. 30).

**Request for Production No. 33:** Documents related to any investigation, surveillance or analysis conducted by you of employees in the high-performance analog business unit.

**Request for Production No. 34:** All documents on which you intend to rely to support your claim for damages.

**Request for Production No. 35:** Financials, forecasts, sales records, and projections prepared by you or on your behalf from 2014 to present.

**Request for Production No. 36:** All documents related to proposed applications for patent protection in the last ten years related to the work conducted by the high-performance analog business unit.

**Request for Production No. 37:** Regulatory documents filed by you from 2014 to present, including with respect to any overseas sales directly, or indirectly, that are or might be subject to Department of Defense regulations.

**Request for Production No. 38:** Patents, publications, books, treatise, and papers related to transimpedance amplifiers.

**Request for Production No. 39:** All documents consulted or relied upon in answering any interrogatory propounded in this action.

**Request for Production No. 40:** All documents identified in your initial disclosures and any supplements thereto.

DATED: April 25, 2019

MASCHOFF BRENNAN

By: */s/ Jared J. Braithwaite*

Michael I. Katz
Charles S. Barquist
Jared J. Braithwaite

Attorneys for Defendant LITRINIUM, INC.

**Certificate of Service**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 100 Spectrum Center Drive, Suite 1200, Irvine, California 92618. On April 25, 2019, I served the foregoing document:

**Defendant Litrinium, Inc.'s First Set of Requests for Production to Plaintiff Mindspeed Technologies, S.A.S.**

    **BY FAX**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

    **BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address(s) as stated on the attached service list.

☒    **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

    **BY PERSONAL**: By arranging with a courier service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

    **BY OVERNIGHT DELIVERY**: By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Maschoff Brennan ordinary business practices.

**~ SEE ATTACHED SERVICE LIST ~**

☒    (**_Federal_**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2019, at Irvine, California.

*/s/ Michelle Gao*

Michelle Gao

**Service List**

Andrew P. Holland
  aholland@thoits.com
Erin M. Doyle
  edoyle@thoits.com
Mark V. Boennighausen
  mboennighausen@thoits.com
Misasha S. Graham
  mgraham@thoits.com
THOITS LAW APC
400 Main Street, Suite 250
Los Altos, CA 94022

*Attorneys for Plaintiffs*
*MACOM Technology Solutions Inc. and*
*Mindspeed, Technologies S.A.S*

# EXHIBIT 3

Michael I. Katz (CA State Bar No. 181728)
    mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
    cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, <br><br> Plaintiffs; <br><br> v. <br><br> **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, <br><br> Defendants. | Case No. 8:19cv-00220-JVS-JDE <br><br> **Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff MACOM Technology Solutions Inc.** <br><br> HON. JAMES V. SELNA <br> UNITED STATES DISTRICT JUDGE <br> SANTA ANA, COURTROOM 10C |

Pursuant to Rule 26 and Rule 33 of the Federal Rules of Civil Procedure, Defendant Litrinium, Inc. ("Litrinium") propounds the following interrogatories to Plaintiff MACOM Technology Solutions Inc. ("MACOM") to be answered under oath within thirty days of service.

## DEFINITIONS

As used herein, the term "MACOM," "you," or "your" refers to Plaintiff MACOM Technology Solutions, Inc.

As used herein, the term "Litrinium Products" refers to the "Litrinium products" referenced by you in paragraph 17 of the First Amended Complaint (ECF No. 30) as well as any other Litrinium products to which you believe your alleged trade secrets relate.

The foregoing definitions are not intended to limit your obligations under the Federal Rules of Civil Procedure or any other applicable rule, regulation or law.

## INTERROGATORIES

**Interrogatory No. 1:**   Describe with particularity your trade secrets allegedly misappropriated by Litrinium.

**Interrogatory No. 2:**   Identify each of the Litrinium Products that that you believe incorporate your trade secrets and set forth the factual bases supporting your belief.

DATED: April 25, 2019                    MASCHOFF BRENNAN

                                                  By: */s/ Jared J. Braithwaite*
                                                       _____
                                                       Michael I. Katz
                                                       Charles S. Barquist
                                                       Jared J. Braithwaite

                                                       Attorneys for Defendant LITRINIUM, INC.

**Certificate of Service**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 100 Spectrum Center Drive, Suite 1200, Irvine, California 92618. On April 25, 2019, I served the foregoing document:

**Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff MACOM Technology Solutions Inc.**

☐     **BY FAX**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐     **BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address(s) as stated on the attached service list.

☒     **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐     **BY PERSONAL**: By arranging with a courier service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐     **BY OVERNIGHT DELIVERY**: By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Maschoff Brennan ordinary business practices.

**~ SEE ATTACHED SERVICE LIST ~**

☒     (*Federal*) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2019, at Irvine, California.

*/s/ Michelle Gao*

Michelle Gao

3

**Service List**

Andrew P. Holland
  aholland@thoits.com
Erin M. Doyle
  edoyle@thoits.com
Mark V. Boennighausen
  mboennighausen@thoits.com
Misasha S. Graham
  mgraham@thoits.com
THOITS LAW APC
400 Main Street, Suite 250
Los Altos, CA 94022

*Attorneys for Plaintiffs*
*MACOM Technology Solutions Inc. and*
*Mindspeed, Technologies S.A.S*

# EXHIBIT 4

Michael I. Katz (CA State Bar No. 181728)
  mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
  cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
  jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, | Case No. 8:19cv-00220-JVS-JDE |
| Plaintiffs; | **Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff Mindspeed Technologies S.A.S.** |
| v. | |
| **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, | HON. JAMES V. SELNA UNITED STATES DISTRICT JUDGE SANTA ANA, COURTROOM 10C |
| Defendants. | |

Pursuant to Rule 26 and Rule 33 of the Federal Rules of Civil Procedure, Defendant Litrinium, Inc. ("Litrinium") propounds the following interrogatories to Plaintiff Mindspeed Technologies S.A.S. ("Mindspeed") to be answered under oath within thirty days of service.

## DEFINITIONS

As used herein, the term "Mindspeed," "you," or "your" refers to Plaintiff Mindspeed Technologies S.A.S.

As used herein, the term "Litrinium Products" refers to the "Litrinium products" referenced by you in paragraph 17 of the First Amended Complaint (ECF No. 30) as well as any other Litrinium products to which you believe your alleged trade secrets relate.

The foregoing definitions are not intended to limit your obligations under the Federal Rules of Civil Procedure or any other applicable rule, regulation or law.

## INTERROGATORIES

**Interrogatory No. 1:**   Describe with particularity your trade secrets allegedly misappropriated by Litrinium.

**Interrogatory No. 2:**   Identify each of the Litrinium Products that that you believe incorporate your trade secrets and set forth the factual bases supporting your belief.

DATED: April 25, 2019

MASCHOFF BRENNAN

By: */s/ Jared J. Braithwaite*

Michael I. Katz
Charles S. Barquist
Jared J. Braithwaite

Attorneys for Defendant LITRINIUM, INC.

2

## Certificate of Service

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 100 Spectrum Center Drive, Suite 1200, Irvine, California 92618. On April 25, 2019, I served the foregoing document:

**Defendant Litrinium, Inc.'s First Set of Interrogatories to Plaintiff Mindspeed Technologies S.A.S.**

> **BY FAX**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

> **BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address(s) as stated on the attached service list.

☒ **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

> **BY PERSONAL**: By arranging with a courier service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

> **BY OVERNIGHT DELIVERY**: By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Maschoff Brennan ordinary business practices.

### ~ SEE ATTACHED SERVICE LIST ~

☒ (*Federal*) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2019, at Irvine, California.

*/s/ Michelle Gao*

Michelle Gao

**Service List**

Andrew P. Holland
  aholland@thoits.com
Erin M. Doyle
  edoyle@thoits.com
Mark V. Boennighausen
  mboennighausen@thoits.com
Misasha S. Graham
  mgraham@thoits.com
THOITS LAW APC
400 Main Street, Suite 250
Los Altos, CA 94022

*Attorneys for Plaintiffs*
*MACOM Technology Solutions Inc. and*
*Mindspeed, Technologies S.A.S*