Michael I. Katz (CA State Bar No. 181728)
  mkatz@mabr.com
Charles S. Barquist (CA State Bar No. 133785)
  cbarquist@mabr.com
Jared J. Braithwaite (CA State Bar No. 288642)
  jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant LITRINIUM, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **MACOM Technology Solutions Inc.**, a Delaware corporation; **Mindspeed Technologies, S.A.S.**, a French corporation, | Case No. 8:19cv-00220-JVS-JDE |
| Plaintiffs; | **[Proposed] Order Granting Litrinium, Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Their Trade Secrets** |
| v. | |
| **Litrinium, Inc.**, a Delaware corporation; **Jerome Garez**, an individual; and **Does 1 through 20**, inclusive, | Motion Assigned to:  Hon. John D. Early<br>Hearing Date:    June 20, 2019 at 10:00 a.m.<br>Courtroom:       6A |
| Defendants. | Discovery Cut-Off:  April 6, 2020<br>Pretrial Conference:  August 3, 2020<br>Trial Date:       August 18, 2020 |

The Court having considered Defendant Litrinium, Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Their Trade Secrets, the Joint Stipulation Regarding Litrinium, Inc.'s Motion for Plaintiffs' Pre-Discovery Disclosure of Their Trade Secrets, and the declarations in support thereof, and good cause appearing, hereby grants the Motion.

The Court hereby orders as follows:

Plaintiffs are barred from taking discovery related to their trade-secret claims until after Plaintiffs identify their asserted trade secrets with reasonable particularity according to the following procedure:

1.  Litrinium is to serve detailed objections to any statement within three business days of receipt of Plaintiffs' statement;

2.  Within three days from receiving the objections, Plaintiffs must meet and confer and definitively state their position, including proposing modifications;

3.  Litrinium is to agree to the proposed modifications, if satisfactory, within two business days; and

4.  Litrinium's obligations with respect to any discovery by Plaintiffs, including Plaintiffs' First Set of Requests for Production to Defendant Litrinium, Inc. and Plaintiffs' First Set of Interrogatories to Defendant Litrinium, Inc., are stayed until 14 days after the later of (a) the date on which Litrinium has advised Plaintiffs that it does not challenge (or challenge further) the sufficiency of their asserted trade secrets disclosure or (b) the date on which the Court (including review by the district judge if sought) has determined that Plaintiffs' disclosure is sufficient or (c) time period set for response by rule.

DATED: _____        _____
                                       Hon. John D. Early
                                       United States Magistrate Judge